## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of Connecticut

Case Number: 3:20-CV-01790-VAB

Plaintiff:
**RALPH BIRCH**

vs.

Defendants:
**TOWN OF NEW MILFORD, ET AL.**



For:
David Lebowitz
Kaufman, Lieb, Lebowitz & Frick LLP
10 E. 40th Street
Suite 3307
New York, NY 10016

Received by MERCURY SERVE, INC. on the 8th day of December, 2020 at 2:21 pm to be served on **Brian Acker, 1036 Greenway Terrace, Sebring, FL 33876**.

I, GUY W. ALLEN, being duly sworn, depose and say that on the **10th day of December, 2020** at **11:10 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons; Complaint and Jury Demand; Notice to Counsel and Self-Represented Parties; Electronic Filing Order; Order on Pretrial Deadlines; and Standing Protective Order with Exhibit A.** with the date and hour of service endorsed thereon by me, to: **Marjori Acker** as **Co Resident / Spouse** at the address of: **1036 Greenway Terrace, Sebring, FL 33876**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 145, Hair: Red, Glasses: N

## AFFIDAVIT OF SERVICE For 3:20-CV-01790-VAB

I certify that I am over the age of 18, have no interest in the above action. "Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a court appointed, certified process server in good standing for the judicial circuit in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2)."

Subscribed and Sworn to before me on the 10th day of December, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC



Notary Public State of Florida
Bradley N Smith
My Commission GG 180125
Expires 01/29/2022

GUY W. ALLEN
CA-593

MERCURY SERVE, INC.
412 EAST MADISON ST. STE 815
TAMPA, FL 33602
(813) 223-5400

Our Job Serial Number: MSI-2020008411

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u