UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ANDREW OCIF, | : | |
| SCOTT O'MARA, JOHN MUCHERINO, | : | |
| STEVEN JORDAN, JOSEPH QUARTIERO, | : | |
| MICHEAL GRAHAM, BRIAN ACKER and | : | |
| HENRY LEE | : | |
| *Defendants* | : | DECEMBER 23, 2020 |

## **APPEARANCE**

Please enter the appearance of **ELLIOT B. SPECTOR** as counsel for defendants

**TOWN OF NEW MILFORD and STEVEN JORDAN**, in the above captioned matter.

> BY /s/
> Elliot B. Spector
> Federal Bar #ct05278
> Hassett & George, P.C.
> 945 Hopmeadow Drive
> Simsbury, CT 06070
> (860) 651-1333
> ebspector87@gmail.com

1

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888   Juris 407894

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ANDREW OCIF, | : | |
| SCOTT O'MARA, JOHN MUCHERINO, | : | |
| STEVEN JORDAN, JOSEPH QUARTIERO, | : | |
| MICHEAL GRAHAM, BRIAN ACKER and | : | |
| HENRY LEE | : | |
| *Defendants* | : | DECEMBER 23, 2020 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing **APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY /s/
Elliot B. Spector
Federal Bar #ct05278
Hassett & George, P.C.
945 Hopmeadow Drive
Simsbury, CT 06070
(860) 651-1333
ebspector87@gmail.com

2

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888   Juris 407894