UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH, ET AL. | : | CIVIL NO. 3:20CV01790 (VAB) |
| v. | : | |
| NEW MILFORD, ET AL. | : | FEBRUARY 14, 2021 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants Andrew Ocif, Scott O'Mara, John Mucherino, Patrick McCafferty, Joseph Quartiero, Michael Graham, Brain Acker, and Henry Lee in addition to the appearance already on file, in the above-captioned case.

Dated at Hartford, Connecticut, this 14th day of February, 2021.

             DEFENDANTS
             Ocif, O'Mara, Mucherino, Quartiero, Graham, Acker and Lee.

             WILLIAM TONG
             ATTORNEY GENERAL


         BY: */s/ Samantha C. Wong*
             Samantha C. Wong
             Assistant Attorney General
             110 Sherman Street
             Hartford, CT 06105
             Federal Bar #ct30974
             E-Mail: samantha.wong@ct.gov
             Tel.: (860) 808-5450
             Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on February 14, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Samantha C. Wong*
Samantha C. Wong
Assistant Attorney General