UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                              Plaintiff,<br><br>     -against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                              Defendants. | No.  3:20-CV-1790 (VAB)<br>[*rel*. No. 3:20-CV-1792]<br><br> March 4, 2021 |

**PLAINTIFFS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 7(b), *et seq*., plaintiffs Ralph Birch and Shawn Henning jointly move for an extension of time to respond to the defendants' motions to dismiss (Docs 32, 33, 34, 35). The plaintiffs seek a fourteen (14) day extension, up to and including Monday, **March 22, 2021**, to file their responses to the defendants' motions to dismiss.

In support of this motion, the undersigned represent:

1. The defendants have raised numerous issues by their motions to dismiss. In the aggregate, their supporting memoranda total 110 pages.

2. The plaintiffs are crafting responses that will avoid overlap and duplication in their respective opposition papers. This effort has required all counsels' participation to coordinate this preparation.  As a result of varying schedules and preexisting litigation commitments, counsel needs an additional two weeks to complete their responses.

3. This is the first extension of time sought by plaintiffs to respond to the motions to dismiss.

4. Counsel for all defendants consent to the request.

WHEREFORE, the plaintiffs respectfully request that this motion be granted.

SHAWN HENNING, PLAINTIFF

_____/s/_____
Craig A. Raabe (ct04116)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Direct: (860) 513-2939
Fax:  (860) 493-6290
Email: craabe@ikrlaw.com

W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, CT 06877
Tel. No.: (203) 205-0622
Cell (203) 417-9679
Email:jcousins@wjcousinslaw.com

RALPH BIRCH, PLAINTIFF

_____/s/_____
David A. Lebowitz
Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
10 E. 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332

Damon A.R. Kirschbaum
Andrew P. O'Shea
KIRSCHBAUM LAW GROUP, LLC
433 South Main Street, Suite 101
West Hartford, CT 06110
(860) 522-7000