# ATTACHMENT A



Plaintiffs' Exhibit 52