# ATTACHMENT H



# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
WESTERN DISTRICT HEADQUARTERS

March 5, 1987

**RECEIVED**
APR 1 1987
STATE'S ATTORNEY'S OFFICE
LITCHFIELD, J.D.

Mrs. Evelyn Carr
535 Avenue A Apt. #929
Bayonne, New Jersey 07002

Dear Mrs. Carr,

In regard to our telephone conversation earlier this date I wish to advise you that seriological evidence examined by Dr. Henry Lee of the State Police Forensic Laboratory will be hand-delivered to the F.B.I. laboratory in Washington, D.C.

I checked into your comment that unexamined evidence was in the possession of the New Milford Police Department. That is not the case. They do, however, possess random samples of blood; control samples of carpet material; record documentation and; one piece of evidence that we wish to keep confidential as it may be useful in the future investigation. This source of evidence has no apparent scientific value that would necessitate forensic examination.

The State Police collected and sent one hundred and eleven pieces of evidence to our forensic laboratory along with thirty-two latent fingerprints for examination. Fifty known fingerprints were compared to the latents and all but one have been eliminated. The one remaining fingerprint remains unidentified. The evidence sent to the laboratory has not been linked to any known suspects.

I do understand your frustrations regarding this tragic occurance in your life. We share some of that frustration with you. I can assure you that everything that could be done has been done. Suspects have been identified but sufficient probable cause does not exist at this time to proceed against them. State Police involvement in assisting the New Milford Police will continue. We are as anxious to bring this matter to justice as you are. Please feel free to call or write to me with any questions you may have and I will strive to promptly assist you.

Sincerely,

Major John M. Watson
Commander, Western District
Connecticut State Police

bg

Phone
750 Chase Parkway, Waterbury, CT 06708-3089
*An Equal Opportunity Employer*

BIRCH000008