# ATTACHMENT P

