# ATTACHMENT T

