UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH | : | CIVIL NO. 3:20-CV-1790 (VAB) |
| v. | : | |
| TOWN OF NEW MILFORD, ET AL. | : | NOVEMBER 7, 2022 |

### STATE DEFENDANT LEE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, State Defendant, Dr. Henry Lee, respectfully moves this Court to grant summary judgment in his favor on the First Cause of Action in Plaintiff Birch's First Amended Complaint, filed April 16, 2021 (ECF No. 54), and on the First, Fourth, Sixth, Seventh and Eighth Causes of Action in Plaintiff Henning's Complaint filed December 12, 2020 (Doc. 1 in 3:20-cv-1792), as there remain no genuine issues of material fact to be tried with respect to these matters. As set forth more fully in the accompanying memorandum of law, the Defendant is shielded from suit by absolute testimonial immunity.

Filed herewith is a memorandum of law filed in support of State Defendant Lee's Motion, a Rule 56(a)1 Statement, and supporting exhibits.

STATE DEFENDANT
Dr. Henry Lee

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
E-Mail: terrence.oneill@ct.gov

1

Tel.:  (860) 808-5450
Fax:  (860) 808-5591

BY: */s/ Lisamaria T. Proscino*
Lisamaria T. Proscino
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30588
E-Mail: lisamaria.proscino@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

By: */s/ Robin S. Schwartz*
Robin S. Schwartz
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct24891
E-Mail: robin.schwartz@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

**CERTIFICATION**

    I hereby certify that on November 7, 2022, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

                                /s/ *Lisamaria T. Proscino*
                                Lisamaria T. Proscino
                                Assistant Attorney General