UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH                          :          CIVIL NO. 3:20-CV-1790 (VAB)

   v.                                :

TOWN OF NEW MILFORD, ET AL.          :          NOVEMBER  7, 2022

**STATE DEFENDANT DR. HENRY LEE'S STATEMENT OF MATERIAL FACTS NOT
IN DISPUTE PURSUANT TO LOCAL RULE 56(a)1**

Pursuant to Local Rule 56(a)1, the State Defendant, Dr. Henry Lee, submits this statement of undisputed material facts in support of his motion for summary judgment.

1. In 1985 the Defendant served as the Director of the Connecticut State Forensic Laboratory.  Deposition Transcript of Henry Lee - Volume I, at p. 23 (March 1, 2022) (hereinafter, Exhibit A).

2. Defendant worked on the Everett Carr murder case in New Milford in 1985. (Exhibit A, at pp. 78-79).

3. Defendant took pictures in the bathroom of the Carr home, which were developed into slides, including one picture of a white towel hanging on a bar in the victim's bathroom.  Birch Trial Transcript, p. 167 (June 6, 1989) (hereinafter, Exhibit B).

4. The Defendant did not create any written documents memorializing any testing or analysis that he either did or did not perform on the white towel.

5. Before testifying, Lee met with State's Attorney Shepack to go over the content of his upcoming testimony.  Deposition Transcript of David Shepak, p. 152 (October 19, 2021) (hereinafter, Exhibit C).

6.  In 1989, the Defendant was called as a witness in the case of *State of Connecticut v. Shawn Henning*.  State v. Henning, 220 Conn. 417 (1991) (hereinafter, Exhibit D).

7.  At the *Henning* trial, the Defendant testified on direct-examination about the white towel on the bar in the victim's bathroom.  Henning Trial Transcript, pp. 133 (April 5, 1989) (hereinafter, Exhibit E).

8.  The Defendant was not asked any questions about the towel on cross-examination.

9.  No reports were introduced during the trial documenting that any forensic tests were performed on the towel at the state laboratory.

10. The state's attorney referenced the Defendant's testimony about the white towel during his closing argument.  Henning Trial Transcript, pp. 100-01, 122-23 (April 18, 1989) (hereinafter, Exhibit F).

11. Plaintiff Henning was convicted at the close of his trial.

12. The Defendant was called as a witness in the case *State of Connecticut v. Ralph Birch*.  State v. Birch, 219 Conn. 743 (1991) (hereinafter, Exhibit G).

13. During the trial, the Defendant again testified about the white towel on the bar in the victim's bathroom.  Birch Trial Transcript, pp. 209 (June 6, 1989) (hereinafter, Exhibit H).

14. The Defendant was not asked any questions about the towel on cross-examination.

15. No reports were introduced during the trial documenting that any forensic tests were performed on the towel at the state laboratory.

16. The state's attorney referenced the Defendant's testimony about the white towel during his closing argument. <u>Birch Trial Transcript</u>, pp. 56, 76, 77 (June 20, 1989) (hereinafter, Exhibit I).

17. Plaintiff Birch was convicted at the close of his trial.

18. In 2019, the Connecticut Supreme Court vacated the convictions of Plaintiffs Birch and Henning on the ground that the Defendant had wrongly testified at both mens' trials that the white towel in the victim's bathroom had tested positive for the presence of blood. <u>Henning v. Commr. Of Corr.</u>, 334 Conn. 1 (2019) (hereinafter, Exhibit J); <u>Birch v. Commr. Of Corr.</u>, 334 Conn. 37 (2019) (hereinafter, Exhibit K).

STATE DEFENDANT
Dr. Henry Lee

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Terrence M. O'Neill*
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
E-Mail: terrence.oneill@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

BY: /s/ *Lisamaria T. Proscino*
Lisamaria T. Proscino
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30588
E-Mail: lisamaria.proscino@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

By: */s/ Robin S. Schwartz*
Robin S. Schwartz
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct24891
E-Mail: robin.schwartz@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


**CERTIFICATION**

I hereby certify that on November 7, 2022, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing).  Parties may access this filing through the Court's system.


*/s/ Lisamaria T. Proscino*
Lisamaria T. Proscino
Assistant Attorney General