1  something without the fact.  And also warned them I
 2  reserve the right for suiting for defamation.
 3               MR. LEBOWITZ:  We'll call for
 4          production of those messages as well.
 5       Q    Other than emails you sent to news
 6  editors, are there any other texts or emails that
 7  you've sent or received with anyone other than
 8  lawyers in the last five years about this case?
 9       A    I don't remember.
10       Q    What is your current age?
11       A    84.
12       Q    And you have a Ph.D. in biochemistry
13  from NYU; is that right?
14       A    Yes.
15       Q    And you -- that degree was conferred
16  in 1975; is that right?
17       A    Yes.
18       Q    Okay.  And you became director of the
19  Connecticut State Forensic Laboratory in 1978; is
20  that correct?
21       A    About that time.
22       Q    How did that come about that you got
23  that job?
24       A    In 1975-'76 they asked me to be their
25  chief consultant helping them to develop a

```
 1                  You can answer, Doctor.
 2          A       Okay.  Different request.  They
 3   request we take in the car as evidence.  I look at
 4   the car.  I don't -- no way can put the car in my
 5   laboratory.  So we went to the scene to make
 6   assessment and take the car apart.
 7          Q       So --
 8          A       Got it?  Or no?
 9          Q       What does that have to do with why
10   there are two different reports?
11          A       Because we did the crime scene report,
12   we examined the car.  They ask us to give a report,
13   maybe want a search warrant or some legal -- I'm not
14   in charge the case.  I'm not the lawyer.  So they
15   need something to take the car apart.
16                  MR. LEBOWITZ:  Let's take a
17           five-minute break.
18                  THE VIDEOGRAPHER:  We are going off
19           the record.  The time is 11:42 a.m.
20                  (Whereupon, a recess was taken
21           between 11:42 and 11:56 a.m.)
22                  THE VIDEOGRAPHER:  We are back on the
23           record.  The time is 11:56 a.m.
24   BY MR. LEBOWITZ:
25          Q       Dr. Lee, do you recall working on the
```

```
 1  Everett Carr murder case in New Milford starting in
 2  1985?
 3          A     Yes.
 4          Q     And did part of your work on that case
 5  involve analyzing items of evidence from the crime
 6  scene?
 7          A     I was called to the scene to assist to
 8  do some chemical tests and reconstruction.
 9                 (12/11/85 evidence receipt, Bates
10             Nos. SAO 033273 and 274, was marked as
11             Plaintiffs' Exhibit No. 141 for
12             identification, as of this date.)
13  BY MR. LEBOWITZ:
14          Q     I'm going to show you what we've
15  marked as Plaintiffs' Exhibit 141.
16                 MR. LEBOWITZ:  And for the record,
17             this is a two-page document with the Bates
18             range SAO 033273 and 274.
19  BY MR. LEBOWITZ:
20          Q     Dr. Lee, this is another evidence
21  receipt, the form that you designed, right?
22          A     Yes.
23          Q     And it's dated December 11, 1985?
24          A     Yes.
25          Q     And since I imagine you, at least
```