166

MR. MENCUCCINI: What is the purpose of this photograph?

THE WITNESS: Smear of blood was found on the towel here.

MR. MENCUCCINI: Was that analyzed?

THE WITNESS: Analyzed and shows --

MR. MENCUCCINI: Human blood?

THE WITNESS: I did not -- I don't recall if it was human blood or animal. I would have to check my report.

MR. MENCUCCINI: Your Honor, I would register an objection to this particular photo on the basis of at least at this point in time that they are introducing it to establish there were traces of blood on the towel, I believe they would have to do an analysis. He said it is a blood like substance. Without a test result, I don't believe it is relevant at this point.

MR. SHEPACK: It is properly admissible, your Honor. The witness can testify as to what he did with respect to that towel, what he observed, and what he had done.

THE COURT: There is no evidence of this towel before this time.

MR. SHEPACK: Somebody has to find it. I mean, Doctor Lee is the person that noted it.

167

THE COURT: Are you prepared to admit it?

MR. SHEPACK: I am prepared to -- I do not intend to use the towel, but just have the doctor testify that he found the towel and what he observed on it and its location.

THE COURT: I think your objection goes to the weight rather than admissibility, Mr. Mencuccini.

MR. MENCUCCINI: May I have an exception, your Honor.

THE COURT: Yes.

MR. MENCUCCINI: Thank you. Is that the last photograph?

THE WITNESS: Yes, that is the last one. May be we use the screen.

THE COURT: How did you mark the exhibits?

MR. SHEPACK: Mr. Lutz marked thirty-two -- he marked them seriatim. He marked each slide and gave it a number like 36.1, 36.2, 36.3 as in the previous trial.

THE COURT: Where are we now?

MR. SHEPACK: Yes, but I am saying in the previous trial. If Mr. Clerk could have the opportunity to mark those.

THE COURT: What?

MR. SHEPACK: He wanted to mark the slides tonight. He had a system worked out.