1
2   you, right?
3        A.    Yes.  I believed that he had
4   conducted a presumptive test.  And I
5   believe that to be accurate.  Yes.
6        Q.    And the reason you believed
7   that he had conducted a presumptive test
8   was because he conveyed that to you,
9   correct?
10       A.    I believe that -- yes.  I mean,
11  otherwise how would I have known that?
12  Yes.
13       Q.    Do you have any specific
14  recollection of when Dr. Lee conveyed to
15  that you?
16       A.    No.  No.  And you guys are
17  asking me a lot of questions about the
18  trials and HPCs and I don't have a great
19  deal of recollection of what occurred.
20  Obviously I know I met with him prior to
21  testifying, I assume it was before the
22  first trial, that would be my assumption.
23  But I don't recall the verbiage.  I just
24  don't.
25       Q.    You had indicated this morning