Q    Did you notice a similar pattern to that anywhere else in the house?

A    Yes, sir.

Q    And where did you notice that?

A    Downstairs on the hard wood floor hallways and in that hallway area.

Q    Do we have a slide of that, Doctor?

A    Yes, sir.

(The witness displayed a slide)

A    This shows the pattern.

Q    This pattern is depicted in this slide is similar to the pattern you observed in the carpet upstairs?

A    Yes.

(The next slide was displayed)

Q    What does this photograph depict?

A    This photograph, which is the last photograph, depicts the portion of the bathroom. Bathroom, two towels. This towel had a reddish smear, very light smear. Subsequently that smear was identified to be blood.

Q    Doctor, I think you used the term dynamic scene.

A    Yes, sir.

Q    At some point quite some time ago during your -- as you explained what happened in the hallway. What do you mean by dynamic scene?

A    A crime scene usually we can enter scene, we can type what kind of scene. First scene we look at indoor or