# TAB 11

Case 3:20-cv-01790-VAB   Document 137-11   Filed 12/19/22   Page 2 of 7



PLAINTIFF'S
EXHIBIT
44
10/8/21 EC

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-202-C REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

R-1

| CASE NUMBER | INCIDENT TYPE | ☐ PROSECUTOR'S REPORT HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |
|---|---|---|---|---|---|---|
| A-85-436535 | Homicide | | | | | |

DATE & TIME OF INVESTIGATION: 6-26-86  0800-1200 hrs.

DANBURY EXPLOSIVES & CONN. LIGHT & POWER AREAS:

On the aforementioned date & time, this officer & Trooper Andrew Rebmann of Emergency Services and his dog, Dupa, trained in the detection of blood searched an area consisting of approx. 140 acres on the north side of Aspetuck Road in New Milford. This search met with negative results.

On June 24,1986., a consent to search form was left at Danbury Explosives as they are the owners of the land. Mr. Gerald Barra, the President of Danbury Explosives signed the consent form which was picked up by this officer on June 25th. This consent form is attached to this report.

Det. Jordan of the New Milford Police Department assisted in the search.

STATUS OF CASE: 1. ACTIVE  2. CLEARED ARREST  3. SUSPENDED  4. UNCLEARED  F. FUGITIVE  6. NO CRIMINAL ASPECT  CODE 1  ID NO 223  ID NO 368  DATE OF REPORT 6-27-86  PAGE NUMBER 1 of 1

MASTER COPY

AUG 0 7 1986

3-16 Initial Disclosures - 001090