# TAB 17



PLAINTIFF'S EXHIBIT
3
8/11/21 EC



# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
WESTERN DISTRICT HEADQUARTERS

*Delivered 10/14/86 St Sta*

October 9, 1986

Office of the
  State's Attorney
Box 325
West Street
Litchfield Prof. Bldg.
Litchfield, CT 06759

Attn:  Mr. Dennis Santore

Re:  C.S.P.  A85-436535

Dear Mr. Santore:

On December 5, 1985 at approximately 4:50am, Everett Carr, age 65 was found murdered in his home at 74 Aspetuck Road, New Milford, Connecticut.  An autopsy subsequently concluded that Mr. Carr's death was caused by multiple stab wounds to his body.

Since the aforementioned date, all conventional investigative leads and processes have been exhausted. All known associates, friends, possible witnesses and/or suspects have been interviewed.  Evidence has been collected and forensically examined and analyzed. Simply stated, there is not enough Probable Cause for an arrest or prosecution.

It is felt that a cash reward of $20,000 might generate an individual and/or individuals to come forward with information that would aid in this investigation, and lead to an arrest and conviction for this crime of Homicide.

Asking you for consideration in this matter of mutual concern.

Sincerely,

Lt. James D. Hiltz
Commanding, Major Crime Squad

JDH/cpl

Phone  575-8195
750 Chase Parkway, Waterbury, CT 06708-4080

*An Equal Opportunity Employer*

3-16 Initial Disclosures - 001164