# TAB 90

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH,

                Plaintiff,

-against-

TOWN OF NEW MILFORD et al.,

                Defendants.

No.  3:20-CV-1790 (VAB)
[*rel*. No. 3:20-CV-1792]

December 19, 2022

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs Ralph Birch and Shawn Henning have manually filed the electronic files constituting **Tab 53** (Audio of 3/4/86 Tina Yablonski Pre-Polygraph Interview) and **Tab 90** (Habeas Ex. 122 Videotaped interview of Timothy Saathoff) to the *Index of Record Exhibits Cited in Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment* [ECF Nos. 137 *et seq.*].

These electronic files have not been filed electronically because they are audio and video recordings respectively (not pdfs) that cannot be filed through the ECF system.

***Both*** recordings are included on a ***single*** flash drive filed with the Clerk of Court. These files have been manually served on all parties.

Respectfully submitted,

/s/ Seth R. Klein
Seth R. Klein (ct18121)
Izard Kindall & Raabe LLP
Suite 305
West Hartford, CT 06107
Phone: (860)493-6291
FAX: (860) 493-6292
Email: sklein@ikrlaw.com