# EXHIBIT 9

```
CASE NO. CR 18-62954    )    SUPERIOR COURT
                        )
STATE OF CONNECTICUT    )    JUDICIAL DISTRICT
                        )    OF LITCHFIELD
V                       )
                        )    (At Litchfield)
SHAWN HENNING           )
                             APRIL 5, 1989
```

---

B E F O R E:

    HONORABLE HOWARD J. MORAGHAN, Judge,
        And a JURY OF TWELVE (12)

APPEARANCES:

DAVID SHEPACK, Assistant State's Attorney
    for the State of Connecticut
    Office of the State's Attorney
    West Street
    Litchfield, Ct. 06759

CARL EISENMAN, Public Defender
    for the Defendant
    Office of Public Defender
    Corner West & Meadow Streets
    P. O. Box 944
    Litchfield, Ct. 06759


VOLUME 2


Mark Lutz, Assistant Clerk
Judicial District
of Litchfield

JAMES W. HOPKINS,
Official Court Reporter
(As of April 5, 1989)
Superior Court
Judicial District
of Litchfield

can see a handprint, but it is not readable, no forensic value, which we cannot use. We have to see all those so-called rich characteristics, those minutiae, compare the minutiae and reach a conclusion and, so, after a spray in this location, I found a lot of finger movement but no reasonable minutiae, in other words, no forensic value in this location.

This location, I did not find neither. We spent several hours working the scene. As you can see, it shows the finger, a portion of the palm and shows the movement but no readable minutiae; therefore, no forensic value for comparison. We know individuals can contact the surface, but I cannot tell you what this -- that it belongs to a certain individual or not.

Q   Is it fair to say, Doctor, if there is too much liquid on the hand, it does not leave a readable hand print?

A   If you saturate it with liquid or too much movement where it become a smear instead of a print, therefore, if you want to take a known print from somebody, you have to tell them don't move your finger, slow and nice and gentle. If you put too much ink, fingerprint ink on the finger, you again see a pattern but not readable. However, we was able to enhance those

footwear imprints on the floor downstair in the bedroom, in the hallway.

In addition, I was able to also find one upstairs, the carpet area directly in front of the bathroom, this, again, as you can see, is zig-zag or Chevron design.

The last slide shows a portion of the view of upstairs bathroom. On this towel have reddish color smear. That smear, I did a few tests, show that it positive consistent with blood.

Those are the slides I wanted to present to you today.

Q   Thank you, Doctor.   (Witness returns to stand)

Doctor, when blood dries, does it remain transferable?

A   When blood dry, it will cake on the surface. It will transfer; however, you can't adhere to the surface. Maybe you can make up a crust and walk away with it, transfer it, if you know what I mean, but you cannot really walk in and pick it up and then deposit it subsequently as a bloody print.

Q   Doctor, based upon your examination of the scene, at 74 Aspetuck Avenue, do you have an opinion as to whether or not the burglary continued after the