# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH | : | CIVIL NO. 3:20-CV-01790 (VAB) |
| v. | : | |
| TOWN OF NEW MILFORD, ET AL. | : | MAY 27, 2022 |

**STATE DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES AND TESTIMONY,
*IN ACCORDANCE WITH* Fed. R. Civ. Pro. 26(a)(2)**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), the State defendants hereby disclose the following individual who may be called to testify at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

**Brooke W. Kammrath, Ph.D.
University of New Haven
300 Boston Post Road
West Haven, CT 06516**

Dr. Kammrath's curriculum vitae is attached hereto as Exhibit A. It is expected that Dr. Kammrath will offer testimony regarding her evaluation of the use of the field presumptive blood test tetramethylbenzidine (TMB) at the 1985 crime scene of Everett Carr. Dr. Kammrath's analysis and opinions are more fully set forth in her report, which is attached hereto as Exhibit B, in accordance with Federal Rule of Civil Procedure 26(a)(2).

Respectfully submitted,

STATE DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL



PLAINTIFF'S EXHIBIT
171
6-22-22

1