IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH AND SHAWN HENNING | : | No. 3:20-cv-1790 (VAB) |
| *Plaintiffs,* | : | [rel. No. 3:20-cv-1792 (VAB)] |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ET AL., | : | |
| *Defendants.* | : | July 26, 2023 |

**DEFENDANT DR. HENRY LEE'S NOTICE OF APPEAL**

Notice is hereby given that the Defendant in the above captioned matter, Dr. Henry Lee, hereby appeals to the United States Court of Appeals for the Second Circuit from the July 21, 2023, order of the district court denying Dr. Lee's motion to amend his answer, denying his motion for summary judgment, and granting Plaintiffs' partial motion for summary judgment. *See* Doc. No. 161.

Respectfully submitted,

DEFENDANT DR. HENRY LEE

WILLIAM TONG
ATTORNEY GENERAL

JOSHUA PERRY
SOLICITOR GENERAL

BY: */s/ Michael K. Skold*
Michael K. Skold (ct28407)
Deputy Solicitor General
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Michael.Skold@ct.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael K. Skold*
Michael K. Skold
Deputy Solicitor General