UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>        Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>        Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br>August 8, 2023 |

**NOTICE REGARDING APPLICATION FOR PREJUDGMENT REMEDIES
AND MOTION FOR DISCLOSURE OF ASSETS**

  In light of the representations by counsel for the State Defendants (Dkt. #175), Plaintiffs Ralph Birch and Shawn Henning hereby withdraw their application for prejudgment remedies and motion for disclosure of assets (Dkt. #168) as to the State Defendants only.

1

Dated: August 8, 2023

    */s/ Craig A. Raabe*
IZARD, KINDALL & RAABE, LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, CT 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*

    */s/ Douglas E. Lieb*
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*