UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH and SHAWN HENNING | : | 3:20-cv-01790-VAB |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ANDREW OCIF, | : | |
| SCOTT O'MARA, JOHN MUCHERINO, | : | |
| STEVEN JORDAN, JOSEPH QUARTIERO, | : | |
| MICHEAL GRAHAM, BRIAN ACKER, | : | |
| HENRY LEE and ROBERT SANTARO AS | : | |
| ADMINISTRATOR OF THE ESTATE OF | : | AUGUST 9, 2023 |
| DAVID SHORTT | | |
| *Defendants* | | |

## DEFENDANTS, STEVEN JORDAN, ROBERT SANTARO AS ADMINISTRATOR OF THE ESTATE OF DAVID SHORTT, AND TOWN OF NEW MILFORD'S NOTICE OF APPEAL

Notice is hereby given that the Defendants in the above captioned matter, Steven Jordan, Robert Santoro as Administrator for the Estate of David Shortt, and the Town of New Milford, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's order, dated July 21, 2023, denying Defendant Steven Jordan's Motion for Summary Judgment, dated October 4, 2022 and Defendants' Town of New Milford and Robert Santoro as Administrator of the Estate of David Shortt's Motion for Summary Judgment, dated October 4, 2022. *See* Doc. No. 161. Within its order, the District Court denied qualified immunity to Defendants, which decision is immediately appealable. *See Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985).

DEFENDANTS
TOWN OF NEW MILFORD,
STEVEN JORDAN, ROBERT
SANTORO AS ADMINISTRATOR
OF THE ESTATE OF DAVID
SHORTT

BY/s/  Jeffrey O. McDonald
Jeffrey O. McDonald (ct28195)
Elliot B. Spector (ct05278)
Hassett & George, P.C.
628 Hebron Avenue Suite 212
Glastonbury, CT 06033
T: (860)651-1333
F: (860)651-1888
ebspector87@gmail.com
jmcdonald@hgesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY/s/   Jeffrey O. McDonald
Federal Bar No.: ct28195