APPEAL,EFILE,FOLDER,LEAD,RAR

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:20-cv-01790-VAB

Birch v. New Milford et al
Assigned to: Judge Victor A. Bolden
Referred to: Judge Robert A. Richardson (Settlement)
Member case:
   3:20-cv-01792-VAB
Cause: 42:1983 Civil Rights Act

Date Filed: 12/02/2020
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Ralph Birch**
                                        represented by  **Damon A. R. Kirschbaum**
                                                         Kirschbaum Law Group, LLC
935 Main Street
Ste Level A
Manchester, CT 06040
860-522-7000
Fax: 860-522-7001
Email: damon@kirschbaumlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Lebowitz**
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street
Suite 802
New York, NY 10017
212-660-2332
Email: dlebowitz@kllflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Edward Lieb**
18 East 48th Street
Suite 802
New York, NY 10017
212-660-2332
Email: dlieb@kllflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew O'Shea**
Kirschbaum Law Group, LLC
433 South Main Street
Suite 101

West Hartford, CT 06110
860-756-5567
Fax: 860-552-7001
Email: andrew.p.oshea@gmail.com
*TERMINATED: 01/07/2022*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Shawn Henning**                    represented by   **Craig A. Raabe**
Izard, Kindall & Raabe LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
860-513-2939
Email: craabe@ikrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Casteleiro**
Paul Casteleiro
1000 Herrontown Road
Ste 2nd Floor
Princeton, NJ 08540
609-921-2418
Fax: 609-921-6919
Email: paul@casteleirolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth R. Klein**
Izard Kindall & Raabe
29 South Main Street
Suite 315
Hartford, CT 06103
860-493-6292
Fax: 860-493-6291
Email: sklein@ikrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. James Cousins**
W. James Cousins, P.C.
54 Danbury Road
Ste 413
Ridgefield, CT 06877
203-205-0622
Email: jcousins@wjcousinslaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Town of New Milford**                 represented by  **David C. Yale**
                                                        Ct Office of the Attorney General
                                                        110 Sherman Ave
                                                        Hartford, CT 06105
                                                        860-808-5406
                                                        Fax: 860-808-5387
                                                        Email: David.Yale@ct.gov
                                                        *TERMINATED: 10/06/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elliot B. Spector**
                                                        Hassett & George, P.C.
                                                        945 Hopmeadow St.
                                                        Simsbury, CT 06070
                                                        860-676-1115
                                                        Fax: 860-651-1888
                                                        Email: ebspector87@gmail.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey O. McDonald**
                                                        Hassett & George, PC
                                                        915 Hopmeadow St.
                                                        Simsbury, CT 06070
                                                        860-651-1333
                                                        Email: jmcdonald@hgesq.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Ocif**                         represented by  **Dennis Mark Carnelli**
                                                        Neubert, Pepe & Monteith, P.C.
                                                        195 Church Street
                                                        13th Floor
                                                        New Haven, CT 06510
                                                        203-821-2000
                                                        Fax: 203-821-2009
                                                        Email: dcarnelli@npmlaw.com
                                                        *TERMINATED: 06/16/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph Alfred Jaumann , Sr**
                                                        Office of the Attorney General
                                                        110 Sherman Street

Hartford, CT 06105
203-231-5668
Email: joseph.jaumann@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
Connecticut Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5372
Fax: 860-808-5387
Email: joshua.perry@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5432
Email: lisamaria.proscino@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
State of Connecticut Office of the Attorney
General
165 Capitol Avenue
Ste 5000
Hartford, CT 06106
860-808-5020
Fax: 860-808-5347
Email: michael.skold@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
Connecticut Attorney General's Office
110 Sherman Street
Hartford, CT 06105
860-808-5450
Email: robin.schwartz@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

860-808-5450
Email: samantha.wong@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: terrence.oneill@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
Office of the Attorney General--Sherman
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: zenobia.graham-days@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Scott O'Mara**                    represented by   **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Mucherino**                represented by   **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Jordan**                    represented by **David C. Yale**
(See above for address)
*TERMINATED: 10/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot B. Spector**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey O. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Quartiero**                 represented by **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Graham**                represented by   **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Acker**                    represented by   **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Lee**                                   represented by   **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alfred Jaumann , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zenobia Gertrude Graham-Days**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Santoro**
*as Administrator of the Estate of David Shortt*

represented by **David C. Yale**
(See above for address)
*TERMINATED: 10/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot B. Spector**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**H. Patrick McCafferty**
*TERMINATED: 01/28/2022*

represented by **Dennis Mark Carnelli**
(See above for address)
*TERMINATED: 06/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisamaria T. Proscino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha C. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Paul V Lioon**
*as Administrator of the Estate of H.*
*Patrick McCafferty*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2020 | 1 | COMPLAINT against Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero, Town of New Milford ( Filing fee $402 receipt number ACTDC-6255133.), filed by Ralph Birch. (Attachments: # 1 Civil Cover Sheet)(Kirschbaum, Damon) (Entered: 12/02/2020) |
| 12/02/2020 | | Judge Victor A. Bolden added. (Oliver, T.) (Entered: 12/03/2020) |
| 12/02/2020 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 1/31/2021. Discovery due by 6/3/2021. Dispositive Motions due by 7/8/2021. Signed by Clerk on 12/2/2020.(Fazekas, J.) (Entered: 12/03/2020) |
| 12/02/2020 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Victor A. Bolden on 12/2/2020.(Fazekas, J.) (Entered: 12/03/2020) |
| 12/02/2020 | 4 | STANDING PROTECTIVE ORDER Signed by Judge Victor A. Bolden on 12/2/2020.(Fazekas, J.) (Entered: 12/03/2020) |
| 12/03/2020 | 5 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Order on Pretrial Deadlines, |

| | | |
|---|---|---|
| | 1 | Complaint, filed by Ralph Birch, 3 Electronic Filing Order, 4 Standing Protective Order<br>Signed by Clerk on 12/3/2020.(Fazekas, J.) (Entered: 12/03/2020) |
| 12/03/2020 | 6 | MOTION for Attorney(s) David Lebowitz and Douglas Lieb to be Admitted Pro Hac Vice (paid $400 PHV fee; receipt number ACTDC-6256646) by Ralph Birch. (Attachments: # 1 Exhibit Exhibit A - Declaration of David Lebowitz, # 2 Exhibit Exhibit B - Declaration of Douglas Lieb)(Kirschbaum, Damon) (Entered: 12/03/2020) |
| 12/03/2020 | 7 | NOTICE of Related Case by Ralph Birch (Kirschbaum, Damon) (Entered: 12/03/2020) |
| 12/04/2020 | 8 | ORDER granting 6 Motion to Appear Pro Hac Vice for David Lebowitz and Douglas Lieb. Certificate of Good Standing due by 2/2/2021. Signed by Clerk on 12/4/2020. (Imbriani, Susan) (Entered: 12/04/2020) |
| 12/04/2020 | 9 | NOTICE of Appearance by Douglas Edward Lieb on behalf of Ralph Birch *(admitted pro hac vice)* (Lieb, Douglas) (Entered: 12/04/2020) |
| 12/04/2020 | 10 | CERTIFICATE OF GOOD STANDING re 6 MOTION for Attorney(s) David Lebowitz and Douglas Lieb to be Admitted Pro Hac Vice (paid $400 PHV fee; receipt number ACTDC-6256646) by Ralph Birch. (Lieb, Douglas) (Entered: 12/04/2020) |
| 12/04/2020 | 11 | NOTICE of Appearance by David A Lebowitz on behalf of Ralph Birch (Lebowitz, David) (Entered: 12/04/2020) |
| 12/04/2020 | | Request for Clerk to issue summons as to Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Town of New Milford, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Lebowitz, David) (Entered: 12/04/2020) |
| 12/07/2020 | 12 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Town of New Milford, Scott O'Mara, Joseph Quartiero* with answer to complaint due within *21* days. Attorney *David A Lebowitz* *Kaufman Lieb Lebowitz & Frick LLP* *10 East 40th Street, Suite 3307* *New York, NY 10016*. (Fazekas, J.) (Entered: 12/07/2020) |
| 12/10/2020 | 13 | CERTIFICATE OF GOOD STANDING re 6 MOTION for Attorney(s) David Lebowitz and Douglas Lieb to be Admitted Pro Hac Vice (paid $400 PHV fee; receipt number ACTDC-6256646) by Ralph Birch. (Lebowitz, David) (Entered: 12/10/2020) |
| 12/11/2020 | 14 | SUMMONS Returned Executed by Ralph Birch. Brian Acker served on 12/10/2020, answer due 12/31/2020. (Lebowitz, David) (Entered: 12/11/2020) |
| 12/16/2020 | 15 | SUMMONS Returned Executed by Ralph Birch. Michael Graham served on 12/11/2020, answer due 1/1/2021; Steven Jordan served on 12/12/2020, answer due 1/2/2021; Henry Lee served on 12/11/2020, answer due 1/1/2021; John Mucherino served on 12/11/2020, answer due 1/1/2021; Town of New Milford served on 12/11/2020, answer due 1/1/2021; Scott O'Mara served on 12/11/2020, answer due 1/1/2021; Andrew Ocif served on 12/11/2020, answer due 1/1/2021; Joseph Quartiero served on 12/11/2020, answer due 1/1/2021. (Lebowitz, David) (Entered: 12/16/2020) |

| 12/23/2020 | 16 | NOTICE of Appearance by Elliot B. Spector on behalf of Steven Jordan, Town of New Milford (Spector, Elliot) (Entered: 12/23/2020) |
|---|---|---|
| 12/23/2020 | 17 | NOTICE of Appearance by David C. Yale on behalf of Steven Jordan, Town of New Milford (Yale, David) (Entered: 12/23/2020) |
| 12/29/2020 | 18 | NOTICE of Appearance by Lisamaria Proscino on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Proscino, Lisamaria) (Entered: 12/29/2020) |
| 12/31/2020 | 19 | MOTION for Extension of Time until February 15, 2021 to file an answer or appropriate motion responding to the allegations in plaintiff's complaint by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 12/31/2020) |
| 01/04/2021 | 20 | ORDER granting 19 Motion for Extension of Time until February 15, 2021. Signed by Judge Victor A. Bolden on 1/4/2020. (Shaffer, Chelsea) (Entered: 01/04/2021) |
| 01/04/2021 | | Set Deadlines: Rule 26 Meeting Report due by 2/8/2021 (Perez, J.) (Entered: 01/04/2021) |
| 01/05/2021 | 21 | First MOTION for Extension of Time until Febrary 15, 2021 to file an answer or responsive motion by Steven Jordan, Town of New Milford. (Yale, David) (Entered: 01/05/2021) |
| 01/05/2021 | 22 | NOTICE of Appearance by Terrence M. O'Neill on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (O'Neill, Terrence) (Entered: 01/05/2021) |
| 01/05/2021 | 23 | RESPONSE re 21 First MOTION for Extension of Time until Febrary 15, 2021 to file an answer or responsive motion filed by Ralph Birch. (Lieb, Douglas) (Entered: 01/05/2021) |
| 01/06/2021 | 24 | ORDER granting 21 Motion for Extension of Time until February 15, 2021 *nunc pro tunc*. While the Court will not expressly impose conditions on the granting of this motion, to the extent Defendants are aware of any statutory deficiencies, Defendants shall inform Plaintiff promptly of any such alleged deficiencies, in the interest of moving this litigation forward expeditiously. *See Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").. Signed by Judge Victor A. Bolden on 1/6/2020. (Shaffer, Chelsea) (Entered: 01/06/2021) |
| 01/07/2021 | | Answer deadline updated for Steven Jordan to 2/15/2021; Town of New Milford to 2/15/2021. (Perez, J.) (Entered: 01/07/2021) |
| 01/14/2021 | 25 | NOTICE of Appearance by Andrew O'Shea on behalf of Ralph Birch (O'Shea, Andrew) (Entered: 01/14/2021) |
| 02/03/2021 | 26 | Joint MOTION to Consolidate Cases. Case to be consolidated with 20-CV-01792 *(Henning v. Town of New Milford, et al.)* by Ralph Birch.Responses due by 2/24/2021 (Lebowitz, David) (Entered: 02/03/2021) |
| 02/04/2021 | 27 | ORDER granting 26 Motion to Consolidate Cases. Case to be consolidated with 3:20-cv-1792 filed by Shawn Henning. The Clerk of the Court is respectfully |

| | | directed to consolidate the cases. Signed by Judge Victor A. Bolden on 2/4/2021. (Shaffer, Chelsea) (Entered: 02/04/2021) |
|---|---|---|
| 02/04/2021 | 28 | Joint REPORT of Rule 26(f) Planning Meeting. (Lebowitz, David) (Entered: 02/04/2021) |
| 02/09/2021 | 29 | NOTICE OF CONSOLIDATION.<br>Signed by Clerk on 2/9/2021.(Imbriani, Susan) (Entered: 02/09/2021) |
| 02/10/2021 | 30 | SCHEDULING ORDER. Following the parties' submission of a joint 26(f) report, the Court adopts the following pre-trial schedule in this case:<br><br>- Plaintiffs' motions to join additional parties or amend pleadings due by March 15, 2021.<br>- Defendants' motions to join additional parties due by March 15, 2021.<br>- Defendants' response to Complaint or amended pleadings due by April 16, 2021.<br>- Depositions of fact witnesses completed by November 19, 2021.<br>- Designation of parties' trial experts retained on any issues on which they bear the burden of proof due by December 17, 2021.<br>- Depositions of parties' trial experts retained on any issues on which they bear the burden of proof completed by February 18, 2022.<br>- Designation of parties' trial experts retained on any issues on which they do not bear the burden of proof due by April 15, 2022.<br>- Depositions of parties' trial experts retained on any issues on which they do not bear the burden of proof completed by June 17, 2022.<br>- Damages analysis due by June 17, 2022.<br>- All discovery completed by June 17, 2022.<br>- Post-discovery telephonic status conference will be on June 23, 2022 at 10:00 a.m.<br>- Dispositive motions due by September 9, 2022.<br>- Joint trial memorandum is due by February 3, 2023.<br>- Trial ready date is March 6, 2023.<br><br>Signed by Judge Victor A. Bolden on 2/10/2021. (Shaffer, Chelsea) (Entered: 02/10/2021) |
| 02/14/2021 | 31 | NOTICE of Appearance by Samantha C. Wong on behalf of Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Wong, Samantha) (Entered: 02/14/2021) |
| 02/15/2021 | 32 | MOTION to Dismiss *as to the Birch complaint* by Steven Jordan, Town of New Milford.Responses due by 3/8/2021 (Attachments: # 1 Memorandum in Support) (Yale, David) (Entered: 02/15/2021) |
| 02/15/2021 | 33 | MOTION to Dismiss *as to the Henning complaint* by Steven Jordan, Town of New Milford.Responses due by 3/8/2021 (Attachments: # 1 Memorandum in Support)(Yale, David) (Entered: 02/15/2021) |
| 02/15/2021 | 34 | MOTION to Dismiss *as to the Birch Complaint* by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero.Responses due by 3/8/2021 (Attachments: # 1 Memorandum in Support)(Wong, Samantha) (Entered: 02/15/2021) |

| 02/15/2021 | 35 | MOTION to Dismiss *as to the Henning Complaint* by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, Scott O'Mara, Andrew Ocif, Joseph Quartiero.Responses due by 3/8/2021 (Attachments: # 1 Memorandum in Support)(Wong, Samantha) (Entered: 02/15/2021) |
| 03/04/2021 | 36 | Joint MOTION for Extension of Time to File Response/Reply as to 34 MOTION to Dismiss *as to the Birch Complaint*, 32 MOTION to Dismiss *as to the Birch complaint*, 33 MOTION to Dismiss *as to the Henning complaint*, 35 MOTION to Dismiss *as to the Henning Complaint* until March 22, 2021 by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 03/04/2021) |
| 03/05/2021 | 37 | ORDER granting 36 Motion for Extension of Time to File Response/Reply until March 22, 2021. Signed by Judge Victor A. Bolden on 3/5/2021. (Shaffer, Chelsea) (Entered: 03/05/2021) |
| 03/11/2021 | 38 | First MOTION for Extension of Time until 7 Days After Appointment of Administrator of Estate of David Shortt *to* Amend Complaint by Ralph Birch. (Lieb, Douglas) (Entered: 03/11/2021) |
| 03/12/2021 | 39 | ORDER granting 38 Motion for Extension of Time until seven (7) days after the formal appointment by the Connecticut Probate Court of an administrator for the estate of David Shortt. Signed by Judge Victor A. Bolden on 3/12/2021. (Shaffer, Chelsea) (Entered: 03/12/2021) |
| 03/22/2021 | 40 | Joint Memorandum in Opposition *to State Defendants' Motions to Dismiss* re 34 MOTION to Dismiss *as to the Birch Complaint*, 35 MOTION to Dismiss *as to the Henning Complaint* filed by Ralph Birch, Shawn Henning. (Lieb, Douglas) (Entered: 03/22/2021) |
| 03/22/2021 | 41 | Joint Memorandum in Opposition *to Town Defendants' Motions to Dismiss* re 32 MOTION to Dismiss *as to the Birch complaint*, 33 MOTION to Dismiss *as to the Henning complaint* filed by Ralph Birch, Shawn Henning. (Lieb, Douglas) (Entered: 03/22/2021) |
| 03/22/2021 | 42 | NOTICE of Voluntary Dismissal of Specified State-Law Negligence Claims Against State Defendants Only by Ralph Birch, Shawn Henning (Lieb, Douglas) (Entered: 03/22/2021) |
| 03/25/2021 | 43 | ORDER. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and based on 42 Joint Notice of Partial Voluntary Dismissal, the Court dismisses the Fourth and Fifth Causes of Action, negligence and negligent infliction of emotional distress respectively, brought by Ralph Birch ("Plaintiff") against the following Defendants: Andrew Ocif, Scott O'Mara, John Mucherino, Michael Graham, Joseph Quartiero, Brian Acker, and Henry Lee. The Court also dismisses the Sixth and Seventh Causes of Action, negligence and negligent infliction of emotional distress respectively, brought by Shawn Henning ("Consol Plaintiff") against the following Defendants: Andrew Ocif, Scott O'Mara, H. Patrick McCafferty, Joseph Quartiero, Michael Graham, Brian Acker, and Henry Lee. Signed by Judge Victor A. Bolden on 3/25/2021. (Shaffer, Chelsea) (Entered: 03/25/2021) |
| 03/29/2021 | 44 | First MOTION for Extension of Time until May 24, 2021 to respond to discovery served March 25, 2021 by Steven Jordan, Town of New Milford. (Yale, David) (Entered: 03/29/2021) |

| 03/30/2021 | 45 | ORDER granting 44 Motion for Extension of Time until May 24, 2021. Signed by Judge Victor A. Bolden on 3/30/2021. (Shaffer, Chelsea) (Entered: 03/30/2021) |
|---|---|---|
| 04/05/2021 | 46 | RESPONSE re 40 Memorandum in Opposition to Motion, by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 04/05/2021) |
| 04/05/2021 | 47 | First MOTION for Extension of Time until May 24, 2021 to respond to Plaintiffs' joint discovery requests by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 04/05/2021) |
| 04/06/2021 | 48 | ORDER granting 47 Motion for Extension of Time until May 24, 2021. Signed by Judge Victor A. Bolden on 4/6/2021. (Shaffer, Chelsea) (Entered: 04/06/2021) |
| 04/09/2021 | 49 | REPLY to Response to 32 MOTION to Dismiss *as to the Birch complaint*, 33 MOTION to Dismiss *as to the Henning complaint* filed by Steven Jordan, Town of New Milford. (Yale, David) (Entered: 04/09/2021) |
| 04/12/2021 | 50 | MOTION to Strike 49 Reply to Response to Motion *(Motion to Strike Reply Memorandum in Support of Motion to Dismiss)* by Ralph Birch, Shawn Henning.Responses due by 5/3/2021 (Raabe, Craig) (Entered: 04/12/2021) |
| 04/13/2021 | 51 | MOTION for Leave to File *reply out of time nunc pro tunc* by Steven Jordan, Town of New Milford. (Yale, David) (Entered: 04/13/2021) |
| 04/14/2021 | 52 | ORDER denying 50 Motion to Strike; granting 51 Motion for Leave to File *nunc pro tunc*. Signed by Judge Victor A. Bolden on 4/14/2021. (Shaffer, Chelsea) (Entered: 04/14/2021) |
| 04/16/2021 | 53 | STIPULATION *of Consent to Amend Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2)* by Ralph Birch. (Attachments: # 1 Exhibit Redline of Amended Complaint)(Lebowitz, David) (Entered: 04/16/2021) |
| 04/16/2021 | 54 | AMENDED COMPLAINT against Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Town of New Milford, Scott O'Mara, Andrew Ocif, Joseph Quartiero, Robert Santoro, filed by Ralph Birch.(Lebowitz, David) (Entered: 04/16/2021) |
| 04/16/2021 | | Request for Clerk to issue summons as to Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Town of New Milford, Scott O'Mara, Andrew Ocif, Joseph Quartiero, Robert Santoro. (Lebowitz, David) (Entered: 04/16/2021) |
| 04/19/2021 | 55 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Brian Acker, Michael Graham, Steven Jordan, Henry Lee, John Mucherino, Town of New Milford, Scott O'Mara, Andrew Ocif, Joseph Quartiero, Robert Santoro* with answer to complaint due within *21* days. Attorney *David A Lebowitz* *Kaufman Lieb Lebowitz & Frick LLP* *10 East 40th Street, Suite 3307* *New York, NY 10016*. (Imbriani, Susan) (Entered: 04/19/2021) |

| 04/20/2021 | 56 | SUMMONS Returned Executed by Ralph Birch. Brian Acker served on 4/16/2021, answer due 5/7/2021; Michael Graham served on 4/16/2021, answer due 5/7/2021; Steven Jordan served on 4/16/2021, answer due 5/7/2021; Henry Lee served on 4/16/2021, answer due 5/7/2021; John Mucherino served on 4/16/2021, answer due 5/7/2021; Town of New Milford served on 4/16/2021, answer due 5/7/2021; Scott O'Mara served on 4/16/2021, answer due 5/7/2021; Andrew Ocif served on 4/16/2021, answer due 5/7/2021; Joseph Quartiero served on 4/16/2021, answer due 5/7/2021; Robert Santoro served on 4/20/2021, answer due 5/11/2021. (Lebowitz, David) (Entered: 04/20/2021) |
|---|---|---|
| 05/21/2021 | 57 | Second MOTION for Extension of Time until June 24, 2021 to respond to Plaintiffs' first joint set of requests for production of documents and interrogatories by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 05/21/2021) |
| 05/21/2021 | 58 | Joint RESPONSE re 57 Second MOTION for Extension of Time until June 24, 2021 to respond to Plaintiffs' first joint set of requests for production of documents and interrogatories *, seeking denial as to written objections only* filed by Ralph Birch, Shawn Henning. (Lieb, Douglas) (Entered: 05/21/2021) |
| 05/24/2021 | 59 | ORDER granting 57 Motion for Extension of Time. The Court extends the time to respond to Plaintiffs' joint discovery requests until **June 24, 2021**. The Court notes Plaintiffs' objection to the State Defendants' refusal to serve written responses and objections to document requests, but declines to require the State Defendants to serve these responses and objections before the new extended deadline of June 24, 2021. *See Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."). Signed by Judge Victor A. Bolden on 5/24/2021. (Shaffer, Chelsea) (Entered: 05/24/2021) |
| 07/13/2021 | 60 | NOTICE of Appearance by Dennis Mark Carnelli on behalf of Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Carnelli, Dennis) (Entered: 07/13/2021) |
| 07/13/2021 | 61 | STIPULATION re 54 Amended Complaint, 56 Summons Returned Executed,, *extending time for Defendant Robert Santoro to answer the Amended Complaint* by Ralph Birch. (Lebowitz, David) (Entered: 07/13/2021) |
| 08/06/2021 | 62 | Supplemental Notice of Additional Authority *in support of Plaintiffs' opposition* re 32 MOTION to Dismiss *as to the Birch complaint*, 33 MOTION to Dismiss *as to the Henning complaint* filed by Ralph Birch, Shawn Henning. (Lebowitz, David) (Entered: 08/06/2021) |
| 09/08/2021 | 63 | Emergency MOTION for *Order directing Plaintiffs to conduct* Defendants' depositions remotely per FRCP 30(b)(4) Order by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Attachments: # 1 Exhibit 1 - Plaintiffs' Amended Notice of Deposition, 8/23/21)(Carnelli, Dennis) (Entered: 09/08/2021) |
| 09/08/2021 | 64 | NOTICE of Appearance by Seth R. Klein on behalf of Shawn Henning (Klein, Seth) (Entered: 09/08/2021) |

| 09/08/2021 | 65 | RESPONSE re 63 Emergency MOTION for *Order directing Plaintiffs to conduct* Defendants' depositions remotely per FRCP 30(b)(4) Order filed by Ralph Birch, Shawn Henning. (Lebowitz, David) (Entered: 09/08/2021) |
|---|---|---|
| 09/09/2021 | 66 | ORDER denying 63 Emergency Motion for Order Re: Deposition By Remote Means. The motion is **DENIED** in part as moot. The remainder of the motion is **DENIED** without prejudice to renewal after a discovery conference, consistent with the Court's Chamber Practices, *see* Bolden Pre-Trial Pref., at "Discovery" ("To initiate the Court's involvement, parties should file a joint motion for a discovery conference, describing the nature of the dispute and stating that the parties have conferred, attempted to resolve the dispute in good faith, but remain unable to resolve it."), and only to the extent the parties have not otherwise resolved the issue. Signed by Judge Victor A. Bolden on 9/9/2021. (Lee, Diana) (Entered: 09/09/2021) |
| 09/13/2021 | 67 | NOTICE of Appearance by Paul Casteleiro on behalf of Shawn Henning (Casteleiro, Paul) (Entered: 09/13/2021) |
| 09/17/2021 | 68 | SUGGESTION OF DEATH Upon the Record as to Consol Defendant H. Patrick McCafferty by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Carnelli, Dennis) (Entered: 09/17/2021) |
| 09/19/2021 | 69 | ORDER. In light of the suggestion of death of a Defendant, H. Patrick McCafferty, the Court orders the substitution of the proper party by **December 16, 2021**. Signed by Judge Victor A. Bolden on 9/19/2021. (Lee, Diana) (Entered: 09/19/2021) |
| 09/24/2021 | 70 | ORDER denying 32 Motion to Dismiss; denying 34 Motion to Dismiss. For the reasons described in the attached Ruling and Order, the State Defendants' motion to dismiss Mr. Birch's § 1983 suppression of material favorable evidence claim (Count Three) is **DENIED**.<br><br>The Town Defendants' motion to dismiss Mr. Birch's § 1983 suppression of material favorable evidence claim (Count Three); common law negligence (Count Four) and negligent infliction of emotional distress (Count Five) claims; and statutory indemnification (Count Six) and municipal liability (Count Seven) claims also is **DENIED**.<br><br>Signed by Judge Victor A. Bolden on 9/24/2021. (Lee, Diana) (Entered: 09/24/2021) |
| 09/24/2021 | 71 | ORDER granting in part and denying in part 33 Motion to Dismiss; denying 35 Motion to Dismiss. For the reasons described in the attached Ruling and Order, the State Defendants' motion to dismiss Mr. Henning's § 1983 suppression of material favorable evidence (Count Three) and intentional infliction of emotional distress (Count Eight) claims is **DENIED**.<br><br>The Town Defendants' motion to dismiss is **GRANTED** as to Mr. Henning's § 1983 civil rights conspiracy (Count Four) and failure to intervene (Count Five) claims and **DENIED** as to his § 1983 suppression of material favorable evidence (Count Three); common law negligence (Count Six), negligent infliction of emotional distress (Count Seven), and intentional infliction of emotional distress (Count Eight) claims; and statutory indemnification (Count Nine) and municipal |

| | | |
|---|---|---|
| | | liability (Count Ten) claims.<br><br>Signed by Judge Victor A. Bolden on 9/24/2021. (Lee, Diana) (Entered: 09/24/2021) |
| 10/08/2021 | 72 | Consent MOTION for Extension of Time until October 22, 2021 to file an Answer to the Amended Complaint by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 10/08/2021) |
| 10/11/2021 | 73 | ORDER granting 72 Motion for Extension of Time until **October 22, 2021** to file an Answer to the Amended Complaint. Signed by Judge Victor A. Bolden on 10/11/2021. (Lee, Diana) (Entered: 10/11/2021) |
| 10/12/2021 | 74 | MOTION for Extension of Time until 10/22/2021 to answer complaint 54 Amended Complaint by Steven Jordan, Town of New Milford, Robert Santoro. (Yale, David) (Entered: 10/12/2021) |
| 10/12/2021 | | Answer deadline updated for Brian Acker to 10/22/2021; Michael Graham to 10/22/2021; Henry Lee to 10/22/2021; John Mucherino to 10/22/2021; Scott O'Mara to 10/22/2021; Andrew Ocif to 10/22/2021; Joseph Quartiero to 10/22/2021. (Perez, J.) (Entered: 10/12/2021) |
| 10/13/2021 | 75 | ORDER granting 74 Motion for Extension of Time until **October 22, 2021** to file an Answer to the Amended Complaint. Signed by Judge Victor A. Bolden on 10/13/2021. (Lee, Diana) (Entered: 10/13/2021) |
| 10/13/2021 | | Answer deadline updated for Steven Jordan to 10/22/2021; Town of New Milford to 10/22/2021; Robert Santoro to 10/22/2021. (Perez, J.) (Entered: 10/13/2021) |
| 10/18/2021 | 76 | Consent MOTION for Extension of Time until July 1, 2022 to Complete All Discovery and for Modification of 30 Scheduling Order,,,,, by Ralph Birch. (Lebowitz, David) (Entered: 10/18/2021) |
| 10/19/2021 | 77 | ORDER granting 76 Motion for Extension of Time. The Court modifies the pre-trial schedule as follows:<br><br>- Depositions of fact witnesses completed by **January 28, 2022**.<br>- Designation of parties' trial experts retained on any issues on which they bear the burden of proof due by **March 11, 2022**.<br>- Depositions of parties' trial experts retained on any issues on which they bear the burden of proof completed by **April 8, 2022**.<br>- Designation of parties' trial experts retained on any issues on which they do not bear the burden of proof due by **May 27, 2022**.<br>- Depositions of parties' trial experts retained on any issues on which they do not bear the burden of proof completed by **July 1, 2022**.<br>- Damages analysis due by **July 1, 2022**.<br>- All discovery completed by **July 1, 2022**.<br>- Post-discovery telephonic status conference will be on **July 14, 2022 at 10:00 a.m.**<br>- Dispositive motions due by **October 7, 2022**.<br>- Joint trial memorandum due by **March 3, 2023**.<br>- Trial ready date is **April 3, 2023**.<br><br>Signed by Judge Victor A. Bolden on 10/19/2021. (Lee, Diana) (Entered: |

| | | |
|---|---|---|
| | | 10/19/2021) |
| 10/19/2021 | 78 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Post-Discovery Telephonic Status Conference set for 7/14/2022 10:00 AM before Judge Victor A. Bolden. Dial-in: (888) 808-6929 Participant code: 9284309 (Lee, Diana) (Entered: 10/19/2021) |
| 10/25/2021 | 79 | Sealed Offer of Compromise by Ralph Birch *to Defendants Town of New Milford, Steven Jordan, and Robert Santoro as Administrator of the Estate of David Shortt.* (Lebowitz, David) (Entered: 10/25/2021) |
| 10/25/2021 | 80 | Sealed Offer of Compromise by Shawn Henning . (Cousins, W.) (Entered: 10/25/2021) |
| 10/26/2021 | 81 | ANSWER to 54 Amended Complaint with Affirmative Defenses. by Steven Jordan, Town of New Milford, Robert Santoro.(Yale, David) (Entered: 10/26/2021) |
| 10/26/2021 | 82 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *to Henning Complaint* by Steven Jordan, Town of New Milford.(Yale, David) (Entered: 10/26/2021) |
| 12/01/2021 | 83 | ANSWER to 54 Amended Complaint with Affirmative Defenses. by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero.(Proscino, Lisamaria) (Entered: 12/01/2021) |
| 12/01/2021 | 84 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *as to Henning Complaint* by Brian Acker, Michael Graham, Henry Lee, Scott O'Mara, Andrew Ocif, Joseph Quartiero.(Proscino, Lisamaria) (Entered: 12/01/2021) |
| 12/03/2021 | 85 | First MOTION for Extension of Time until January 14, 2022 to comply with order to substitute proper party by Shawn Henning. (Cousins, W.) (Entered: 12/03/2021) |
| 12/05/2021 | 86 | ORDER granting 85 Motion for Extension of Time to comply with order to substitute proper party until **January 14, 2022**. Signed by Judge Victor A. Bolden on 12/5/2021. (Lee, Diana) (Entered: 12/05/2021) |
| 01/06/2022 | 87 | MOTION for Andrew O'Shea to Withdraw as Attorney by Ralph Birch. (O'Shea, Andrew) (Entered: 01/06/2022) |
| 01/07/2022 | 88 | ORDER granting 87 Motion to Withdraw as Attorney. Attorney Andrew O'Shea terminated. Signed by Judge Victor A. Bolden on 1/7/2022. (Lee, Diana) (Entered: 01/07/2022) |
| 01/13/2022 | 89 | Second MOTION for Extension of Time until January 28, 2022 to comply with order to substitute proper partyr by Shawn Henning. (Cousins, W.) (Entered: 01/13/2022) |
| 01/14/2022 | 90 | ORDER granting 89 Motion for Extension of Time. The Court extends the deadline to comply with the Court's Order, ECF No. 69, to substitute a proper party until **January 28, 2022**. Signed by Judge Victor A. Bolden on 1/14/2022. (Lee, Diana) (Entered: 01/14/2022) |

| 01/18/2022 | 91 | Joint MOTION for Discovery Conference *TO RESOLVE DISPUTE CONCERNING CONDUCT OF DEPOSITIONS ON JANUARY 26 AND 27* by Ralph Birch. (Attachments: # 1 Exhibit A)(Lebowitz, David) (Entered: 01/18/2022) |
| 01/19/2022 | 92 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Zoom Discovery Conference set for **January 20, 2022 at 9:00 AM** before Judge Victor A. Bolden. Zoom meeting information to follow. In light of the parties' 91 Joint Motion, the parties should be prepared for the Court to order either the depositions to proceed in person, or a date certain for the conduct of the depositions in person at a later date. (Lee, Diana) (Entered: 01/19/2022) |
| 01/19/2022 |  | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for 1/20/2022 at 9:00 AM will be conducted via Zoom. The public may access the proceedings at https://www.zoomgov.com /j/1616605607?pwd=SmdBU3NSWUo0U0loV01RL2NUQjNmdz09 or by telephone at 1-646-828-7666.

Meeting ID: 161 660 5607

Meeting Password: 115287

Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (Lee, Diana) (Entered: 01/19/2022) |
| 01/20/2022 | 93 | Minute Entry for proceedings held before Judge Victor A. Bolden: Zoom Discovery Conference held on 1/20/2022. Total Time: 00 hours and 15 minutes (Court Reporter S. Montini) (Lee, Diana) (Entered: 01/20/2022) |
| 01/20/2022 | 94 | ORDER: As discussed during the discovery conference, *see* Min. Entry, ECF No. 93 (Jan. 20, 2022), if the parties do not resolve the outstanding discovery matter by 5:00 PM today - and there will be no extensions of that deadline - the Court will decide either to order the depositions to go forward in person, as presently scheduled, or select two alternative dates for the depositions to take place in person and the depositions will happen on those dates, regardless of its relative inconvenience for any witness, party, or attorney in the case. *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

If the parties do not resolve the matter by 5:00 PM today, the parties need only file a supplemental filing relating to their 91 Joint Motion for Discovery Conference, indicating that the matter has been resolved. If the resolution of the discovery dispute requires the Court to extend the deadline for discovery, the Court will only entertain a motion for an extension of time for the close of discovery, only with respect to the taking of these two depositions and nothing |

| | | |
|---|---|---|
| | | else. If, however, all of the parties agree to something else in terms of an extension of the discovery schedule, then the Court likely will grant such a motion. *Id.*<br><br>Signed by Judge Victor A. Bolden on 1/20/2022. (Lee, Diana) (Entered: 01/20/2022) |
| 01/20/2022 | 95 | Joint RESPONSE re 91 Joint MOTION for Discovery Conference *TO RESOLVE DISPUTE CONCERNING CONDUCT OF DEPOSITIONS ON JANUARY 26 AND 27*, 94 Order,,,,, *re: Discovery Conference* filed by Ralph Birch. (Lebowitz, David) (Entered: 01/20/2022) |
| 01/21/2022 | 96 | First MOTION for Extension of Time until Feb. 4, 2022 to respond to discovery by Steven Jordan, Town of New Milford, Robert Santoro. (Yale, David) (Entered: 01/21/2022) |
| 01/21/2022 | 97 | ORDER granting 91 Motion for Conference. In light of the agreement by the parties, ECF No. 95 , the scheduling order entered into on October 19, 2021, ECF No. 77, is hereby amended to permit the taking of the depositions of Andrew Ocif and Dr. Henry Lee only, after the close of the deadline for the deposition of fact witnesses. *See* Order, ECF No. 77 (Oct. 19, 2021) ("Depositions of facts witnesses [shall be] completed by January 28, 2022."). Signed by Judge Victor A. Bolden on 1/21/2022. (Lee, Diana) (Entered: 01/21/2022) |
| 01/23/2022 | 98 | ORDER granting 96 Motion for Extension of Time. The Court extends the deadline to respond to Plaintiffs' fourth set of discovery requests until **February 4, 2022**. Signed by Judge Victor A. Bolden on 1/23/2022. (Lee, Diana) (Entered: 01/23/2022) |
| 01/27/2022 | 99 | First MOTION to Substitute Party *for deceased defendant Patrick McCafferty* by Shawn Henning. (Cousins, W.) (Entered: 01/27/2022) |
| 01/28/2022 | 100 | ORDER granting 99 Motion to Substitute Party. The Court grants the motion to substitute party, adding Paul V. Lioon, as Administrator of the Estate of H. Patrick McCafferty, to the case and terminating H. Patrick McCafferty. The Court respectfully directs the Clerk of Court to amend the case caption accordingly. Signed by Judge Victor A. Bolden on 1/28/2022. (Lee, Diana) (Entered: 01/28/2022) |
| 06/15/2022 | 101 | MOTION for Dennis M. Carnelli to Withdraw as Attorney by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Carnelli, Dennis) (Entered: 06/15/2022) |
| 06/16/2022 | 102 | ORDER granting 101 Motion to Withdraw as Attorney. Attorney Dennis Mark Carnelli terminated. Signed by Judge Victor A. Bolden on 6/16/2022. (Lee, Diana) (Entered: 06/16/2022) |
| 06/29/2022 | 103 | Joint MOTION for Extension of Time until July 19, 2022 to extend discovery deadline solely for the purpose of completing the continued deposition of Dr. Henry Lee and Attorney Michael Proto by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Wong, Samantha) (Entered: 06/29/2022) |
| 06/30/2022 | 104 | ORDER granting 103 Motion for Extension of Time. The Court extends the discovery deadline solely for the purpose of completing the continued deposition |

| | | |
|---|---|---|
| | | of Dr. Henry Lee, one limited in scope and duration, and the deposition of Michael Proto until **July 19, 2022**. Signed by Judge Victor A. Bolden on 6/30/2022. (Lee, Diana) (Entered: 06/30/2022) |
| 07/01/2022 | | Set Deadlines/Hearings: Discovery due by 7/19/2022. (Murphy, Tatihana) (Entered: 07/01/2022) |
| 07/12/2022 | 105 | CANCELLATION NOTICE: The Post-Discovery Telephonic Status Conference set for July 14, 2022 at 10:00 AM before Judge Victor A. Bolden is **CANCELLED**. Signed by Judge Victor A. Bolden on 7/12/2022. (Lee, Diana) (Entered: 07/12/2022) |
| 07/12/2022 | 106 | Joint MOTION for Request for Referral to a Magistrate Judge for a Settlement Conference Order by Shawn Henning. (Raabe, Craig) (Entered: 07/12/2022) |
| 07/13/2022 | 107 | ORDER granting 106 Motion for Referral to a Magistrate Judge for a Settlement Conference. Signed by Judge Victor A. Bolden on 7/13/2022. (Lee, Diana) (Entered: 07/13/2022) |
| 07/13/2022 | 108 | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for Settlement. Signed by Judge Victor A. Bolden on 7/13/2022.(Murphy, Tatihana) (Entered: 07/13/2022) |
| 07/15/2022 | 109 | ORDER: A video settlement conference is scheduled for 9/28/22 at 10:30 AM with Judge Richardson. Please see attached order for important instructions. Video conference instructions have been provided to counsel via email. Signed by Judge Robert A. Richardson on 7/15/22. (Fries, J.) Modified on 7/15/2022 to edit in the correct date (Blue, A.). (Entered: 07/15/2022) |
| 07/15/2022 | 110 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A video settlement conference is set for 9/28/2022 at 10:30 AM before Judge Robert A. Richardson. (Fries, J.) (Entered: 07/15/2022) |
| 09/21/2022 | 111 | ORDER: Please note that the conference scheduled for 9/28/2022 will now be held in person and the parties should report to the West Courtroom at 405 Main Street, Hartford, CT. The date and time of the conference remain the same. Signed by Judge Robert A. Richardson on 9/21/2022. (Fries, J.) (Entered: 09/21/2022) |
| 09/28/2022 | 112 | Minute Entry for proceedings held before Judge Robert A. Richardson: Settlement Conference held on 9/28/2022. Case not settled.Total Time: 6 hours and 35 minutes. (Fries, J.) (Entered: 09/28/2022) |
| 09/30/2022 | 113 | MOTION for Extension of Time until November 7, 2022 to file a dispositive motion by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 09/30/2022) |
| 09/30/2022 | 114 | Joint RESPONSE re 113 MOTION for Extension of Time until November 7, 2022 to file a dispositive motion *(Plaintiffs' Opposition to Extension Request)* filed by Ralph Birch, Shawn Henning. (Lieb, Douglas) (Entered: 09/30/2022) |

| 10/03/2022 | 115 | ORDER granting 113 Motion for Extension of Time. State Defendants' motion for an extension of time until November 7, 2022, to file a dispositive motion is **GRANTED**. The deadline for the filing of the Joint Trial Memorandum will remain March 3, 2023, and the trial ready date will remain April 3, 2023. Signed by Judge Victor A. Bolden on 10/3/2022. (Sullivan, John) (Entered: 10/03/2022) |
| 10/03/2022 | | Set Deadlines/Hearings: Dispositive Motions due by 11/7/2022. *RESET from 10/7/2022. (Sullivan, John) (Entered: 10/03/2022)* |
| 10/04/2022 | 116 | MOTION for Summary Judgment by Town of New Milford, Robert Santoro.Responses due by 10/25/2022 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Exhibit A - Ocif report 07-12-88, # 4 Exhibit B - Ocif affidavit, # 5 Exhibit C - Cocchia interview transcriipt, # 6 Exhibit D - Cocchia interview audio - manually filed, # 7 Exhibit E- Newspaper Articles, # 8 Exhibit F - Cocchia trial testimony)(Spector, Elliot) (Entered: 10/04/2022) |
| 10/04/2022 | 117 | MOTION for Summary Judgment by Steven Jordan, Town of New Milford.Responses due by 10/25/2022 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Exhibit A - Jordan Deposition, # 4 Exhibit B - State property form, # 5 Exhibit C - NMPD returned property reciept, # 6 Exhibit D - NMPD returned property reciept in file, # 7 Exhibit E - Crime scene video - manually filed, # 8 Exhibit F - Graham hearing testimony, # 9 Exhibit G - Graham deposition, # 10 Exhibit H - Mencuccini hearing testimony, # 11 Exhibit I - Jordan hearing testimony, # 12 Exhibit J - 1987 NMPD policy, # 13 Exhibit K - Search warrant return of seized property, # 14 Exhibit L - Ocif report for return of property)(Yale, David) (Entered: 10/04/2022) |
| 10/05/2022 | 118 | MOTION for David C. Yale to Withdraw as Attorney by Steven Jordan, Town of New Milford. (Yale, David) (Entered: 10/05/2022) |
| 10/06/2022 | 119 | ORDER granting 118 Motion to Withdraw as Attorney. Attorney David C. Yale terminated. Signed by Judge Victor A. Bolden on 10/6/2022. (Sullivan, John) (Entered: 10/06/2022) |
| 10/07/2022 | 120 | NOTICE of Appearance by Robin S. Schwartz on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Schwartz, Robin) (Entered: 10/07/2022) |
| 10/14/2022 | 121 | First MOTION for Extension of Time to File Response/Reply *for plaintiffs Birch and Henning* as to 117 MOTION for Summary Judgment , 116 MOTION for Summary Judgment until December 7, 2022 by Shawn Henning. (Cousins, W.) (Entered: 10/14/2022) |
| 10/15/2022 | 122 | ORDER granting 121 Motion for Extension of Time to File Response/Reply as to 117 Motion for Summary Judgment, 116 Motion for Summary Judgment, and any dispositive motion filed by the State Defendants. Responses due by **12/7/2022**. Signed by Judge Victor A. Bolden on 10/15/2022. (Sullivan, John) (Entered: 10/15/2022) |
| 11/07/2022 | 123 | MOTION for Leave to File Excess Pages by Brian Acker, Michael Graham, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Attachments: # 1 Memorandum in Support)(Proscino, Lisamaria) (Entered: 11/07/2022) |

| 11/07/2022 | 124 | MOTION for Summary Judgment *PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DR. HENRY LEE* by Ralph Birch, Shawn Henning.Responses due by 11/28/2022 (Raabe, Craig) (Entered: 11/07/2022) |
|---|---|---|
| 11/07/2022 | 125 | Memorandum in Support re 124 MOTION for Summary Judgment *PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DR. HENRY LEE* filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Attachment A - PX52, # 2 Attachment B - PX149, # 3 Attachment C - HILTZ Transcript Excerpts, # 4 Attachment D - OCIF Transcript Excerpts, # 5 Attachment E - LILLIS Transcript Excerpts, # 6 Attachment F - PX3, # 7 Attachment G - PX5, # 8 Attachment H - PX12, # 9 Attachment I - LEE Vol 1 Transcript Excerpts, # 10 Attachment J - PX16, # 11 Attachment K - PX19, # 12 Attachment L - SHEPACK Transcript Excerpts, # 13 Attachment M - HENNING Dismissal Transcript 7-10-20, # 14 Attachment N - BIRCH Dismissal Transcript 7-10-20, # 15 Attachment O - KAMMRATH Transcript Excerpts, # 16 Attachment P - PX154 BIRCH000885, # 17 Attachment Q - PX180, # 18 Attachment R - PX149A, # 19 Attachment S - LEE Vol 2 Transcript Excerpts, # 20 Attachment T - PX170A, # 21 Attachment U - PROTO Transcript Excerpts) (Raabe, Craig) (Entered: 11/07/2022) |
| 11/07/2022 | 126 | Joint Statement of Material Facts re 124 MOTION for Summary Judgment *PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DR. HENRY LEE* filed by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 11/07/2022) |
| 11/07/2022 | 127 | MOTION for Summary Judgment by Henry Lee.Responses due by 11/28/2022 (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Statement of Material Facts Statement of Material Facts, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Schwartz, Robin) (Entered: 11/07/2022) |
| 11/07/2022 | 128 | MOTION for Summary Judgment by Brian Acker, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero.Responses due by 11/28/2022 (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Statement of Material Facts Statement of Material Facts, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF)(Schwartz, Robin) (Entered: 11/07/2022) |
| 11/10/2022 | 129 | NOTICE of Appearance by Jeffrey O. McDonald on behalf of Steven Jordan, Town of New Milford (McDonald, Jeffrey) (Entered: 11/10/2022) |
| 11/15/2022 | 130 | MOTION for Extension of Time until December 19. 2022 for All Parties to respond to all Motions for Summary Judgment by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Schwartz, Robin) (Entered: 11/15/2022) |

| 11/16/2022 | 131 | ORDER granting [123](#) Motion for Leave to File Excess Pages. The Court **GRANTS** the Motion for Leave to File Excess Pages. Signed by Judge Victor A. Bolden on 11/16/2022. (Diallo, I.) (Entered: 11/16/2022) |
| 11/16/2022 | 132 | ORDER granting [130](#) Motion for Extension of Time. The Court **GRANTS** the joint motion for extension of time. Responses to the motions for summary judgment by all parties due by **December 19, 2022** and Replies due **by January 13, 2023**. Signed by Judge Victor A. Bolden on 11/16/2022. (Diallo, I.) (Entered: 11/16/2022) |
| 12/15/2022 | [133](#) | Consent MOTION for Leave to File *Excess Pages in Opposition to State Police MSJ and Single Consolidated Record in Opposition to All MSJs* by Ralph Birch. (Lieb, Douglas) (Entered: 12/15/2022) |
| 12/15/2022 | [134](#) | MOTION for Leave to File Excess Pages *for Statement of Additional Material Facts* by Ralph Birch, Shawn Henning. (Klein, Seth) (Entered: 12/15/2022) |
| 12/16/2022 | 135 | ORDER granting [133](#) Motion for Leave to File Excess Pages. The Court **GRANTS** the motion for leave to file excess pages in opposition to State Police Defendants' motion for summary judgment and to file a consolidated record in opposition to all motions for summary judgments. Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022) |
| 12/16/2022 | 136 | ORDER granting [134](#) Motion for Leave to File Excess Pages. The Court **GRANTS** the motion for leave to file excess pages for Statement of Additional Material Facts. Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022) |
| 12/19/2022 | [137](#) | NOTICE by Ralph Birch, Shawn Henning *INDEX OF RECORD EXHIBITS CITED IN PLAINTIFFS OPPOSITIONS TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT* (Attachments: # [1](#) Exhibit TAB 1, # [2](#) Exhibit TAB 2, # [3](#) Exhibit TAB 3, # [4](#) Exhibit TAB 4, # [5](#) Exhibit TAB 5, # [6](#) Exhibit TAB 6, # [7](#) Exhibit TAB 7, # [8](#) Exhibit TAB 8, # [9](#) Exhibit TAB 9, # [10](#) Exhibit TAB 10, # [11](#) Exhibit TAB 11, # [12](#) Exhibit TAB 12, # [13](#) Exhibit TAB 13, # [14](#) Exhibit TAB 14, # [15](#) Exhibit TAB 15, # [16](#) Exhibit TAB 16, # [17](#) Exhibit TAB 17, # [18](#) Exhibit TAB 18, # [19](#) Exhibit TAB 19, # [20](#) Exhibit TAB 20, # [21](#) Exhibit TAB 21, # [22](#) Exhibit TAB 22, # [23](#) Exhibit TAB 23, # [24](#) Exhibit TAB 24, # [25](#) Exhibit TAB 25, # [26](#) Exhibit TAB 26, # [27](#) Exhibit TAB 27, # [28](#) Exhibit TAB 28, # [29](#) Exhibit TAB 29, # [30](#) Exhibit TAB 30, # [31](#) Exhibit TAB 31, # [32](#) Exhibit TAB 32, # [33](#) Exhibit TAB 33, # [34](#) Exhibit TAB 34, # [35](#) Exhibit TAB 35, # [36](#) Exhibit TAB 36, # [37](#) Exhibit TAB 37, # [38](#) Exhibit TAB 38, # [39](#) Exhibit TAB 39, # [40](#) Exhibit TAB 40, # [41](#) Exhibit TAB 41, # [42](#) Exhibit TAB 42, # [43](#) Exhibit TAB 43, # [44](#) Exhibit TAB 44, # [45](#) Exhibit TAB 45, # [46](#) Exhibit TAB 46, # [47](#) Exhibit TAB 47, # [48](#) Exhibit TAB 48, # [49](#) Exhibit TAB 49, # [50](#) Exhibit TAB 50, # [51](#) Exhibit TAB 51, # [52](#) Exhibit TAB 52, # [53](#) Exhibit TAB 53, # [54](#) Exhibit TAB 54, # [55](#) Exhibit TAB 55, # [56](#) Exhibit TAB 56, # [57](#) Exhibit TAB 57, # [58](#) Exhibit TAB 58, # [59](#) Exhibit TAB 59, # [60](#) Exhibit TAB 60, # [61](#) Exhibit TAB 61, # [62](#) Exhibit TAB 62, # [63](#) Exhibit TAB 63, # [64](#) Exhibit TAB 64, # [65](#) Exhibit TAB 65, # [66](#) Exhibit TAB 66, # [67](#) Exhibit TAB 67, # [68](#) Exhibit TAB 68, # [69](#) Exhibit TAB 69, # [70](#) Exhibit TAB 70, # [71](#) Exhibit TAB 71, # [72](#) Exhibit TAB 72, # [73](#) Exhibit TAB 73, # [74](#) Exhibit TAB 74, # [75](#) Exhibit TAB 75, # [76](#) Exhibit TAB 76, # [77](#) Exhibit TAB 77, # [78](#) Exhibit TAB 78, # [79](#) Exhibit TAB 79, # [80](#) Exhibit TAB 80, # [81](#) |

| | | |
|---|---|---|
| | | Exhibit TAB 81, # 82 Exhibit TAB 82, # 83 Exhibit TAB 83, # 84 Exhibit TAB 84, # 85 Exhibit TAB 85, # 86 Exhibit TAB 86, # 87 Exhibit TAB 87, # 88 Exhibit TAB 88, # 89 Exhibit TAB 89, # 90 Exhibit TAB 90)(Raabe, Craig) (Entered: 12/19/2022) |
| 12/19/2022 | 138 | Memorandum in Opposition re 127 MOTION for Summary Judgment filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Statement of Material Facts Response to Henry Lee's Statement of Material Facts and Statement of Additional Material Facts)(Klein, Seth) (Entered: 12/19/2022) |
| 12/19/2022 | 139 | Joint Memorandum in Opposition re 117 MOTION for Summary Judgment filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Statement of Material Facts PLAINTIFFS LOCAL RULE 56(a)(2) STATEMENT OF MATERIAL FACTS IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS TOWN OF NEW MILFORD AND STEVEN JORDAN) (Lebowitz, David) (Entered: 12/19/2022) |
| 12/19/2022 | 140 | Memorandum in Opposition re 116 MOTION for Summary Judgment filed by Ralph Birch. (Attachments: # 1 Statement of Material Facts)(Lieb, Douglas) (Entered: 12/19/2022) |
| 12/19/2022 | 141 | Joint Memorandum in Opposition re 128 MOTION for Summary Judgment filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Statement of Material Facts) (Lieb, Douglas) (Entered: 12/19/2022) |
| 12/19/2022 | 142 | RESPONSE filed by Henry Lee. (Attachments: # 1 Statement of Material Facts, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Schwartz, Robin) (Entered: 12/19/2022) |
| 01/12/2023 | 143 | MOTION to Amend/Correct 83 Answer to Amended Complaint, 84 Answer to Complaint by Henry Lee.Responses due by 2/2/2023 (Attachments: # 1 Memorandum in Support Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Schwartz, Robin) (Entered: 01/12/2023) |
| 01/12/2023 | 144 | Memorandum in Support re 127 MOTION for Summary Judgment filed by Henry Lee. (Schwartz, Robin) (Entered: 01/12/2023) |
| 01/13/2023 | 145 | RESPONSE *TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT* filed by Steven Jordan, Town of New Milford. (Spector, Elliot) (Entered: 01/13/2023) |
| 01/13/2023 | 146 | RESPONSE re 139 Memorandum in Opposition to Motion, *Reply to Plaintiffs Opposition to Defendants Motion for Summary Judgment of Defendants Town of New Milford and David Shortt* filed by Steven Jordan, Town of New Milford. (Spector, Elliot) (Entered: 01/13/2023) |
| 01/13/2023 | 147 | RESPONSE re 141 Memorandum in Opposition to Motion filed by Brian Acker, Michael Graham, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 01/13/2023) |
| 01/13/2023 | 148 | REPLY to Response to 124 MOTION for Summary Judgment *PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DR. HENRY LEE* filed by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 01/13/2023) |

| 01/25/2023 | 149 | Memorandum in Opposition *PLAINTIFFS' JOINT OPPOSITION TO DEFENDANT LEE'S MOTION TO AMEND STATE DEFENDANT ANSWERS AND SPECIAL DEFENSES* re 143 MOTION to Amend/Correct 83 Answer to Amended Complaint, 84 Answer to Complaint filed by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 01/25/2023) |
|---|---|---|
| 01/25/2023 | 150 | First MOTION for Extension of Time until 45 DAYS AFTER RECEIPT OF THE COURT'S RULINGS ON ALL SUMMARY JUDGMENT MOTIONS TO FILE JOINT PRETRIAL MEMORANDUM by Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Schwartz, Robin) (Entered: 01/25/2023) |
| 01/30/2023 | 151 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for **2/1/2023 at 11:30 a.m.** before Judge Victor A. Bolden.<br><br>Dial-in: 888-808-6929<br>Participant Code: 9284309<br>If you are prompted to enter a security code, please bypass it.<br><br>(Diallo, I.) (Entered: 01/30/2023) |
| 02/01/2023 | 152 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference held on 2/1/2023. Total Time: 0 hours and 7 minutes (Court Reporter Sharon Montini) (Diallo, I.) (Entered: 02/01/2023) |
| 02/01/2023 | 153 | ORDER **granting in part** and **denying in part** 150 Motion for Extension of Time. The Court modifies the pre-trial schedule as follows:<br><br>- The joint trial memorandum shall be due by **September 1, 2023**;<br>- The final pretrial conference will be held on **October 4, 2023 at 10 a.m.**;<br>- The jury selection is set for **October 10, 2023**.<br><br>Signed by Judge Victor A. Bolden on 2/1/2023. (Diallo, I.) (Entered: 02/01/2023) |
| 02/02/2023 | | Set Deadlines/Hearings: Trial Brief due by 9/1/2023. Jury Selection set for 10/10/2023 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Pretrial Conference set for 10/4/2023 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Murphy, Tatihana) (Entered: 02/02/2023) |
| 06/12/2023 | 154 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. ZOOM Motion Hearing as to motions for summary judgment 116 , 117 , 124 , 127 , 128 , and motion to amend/correct answer 143 set for **June 27, 2023 at 02:00 p.m.** before Judge Victor A. Bolden. See Notice Regarding Hearing via Zoom for attendance details.<br><br>Although this hearing is currently scheduled to be conducted over ZOOM, the Court is amenable to holding the hearing in person. If any party prefers that the hearing be conducted in person, that party shall file a notice on the docket.<br><br>(Diallo, I.) (Entered: 06/12/2023) |

| | | |
|---|---|---|
| 06/12/2023 | | NOTICE regarding hearing via Zoom: The Motion Hearing scheduled for **June 27, 2023 at 2:00 p.m.** will be conducted via Zoom. The video link is https://www.zoomgov.com /j/1619916519?pwd=V05GNk1paThwMWNuZkZFYXVDOWdnUT09 and call in number is 646 828 7666.<br><br>Meeting ID: 161 991 6519<br><br>Meeting Password: 180253<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Diallo, Ibrahim) (Entered: 06/12/2023) |
| 06/13/2023 | 155 | NOTICE by Ralph Birch, Shawn Henning re 154 Calendar Entry,, *Plaintiffs' Joint Notice Requesting an In-Person Hearing* (Klein, Seth) (Entered: 06/13/2023) |
| 06/14/2023 | 156 | AMENDED NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>In light of Plaintiffs' joint notice requesting an in-person hearing, *see* ECF No. 155 , the previously scheduled ZOOM motion hearing, *see* ECF No. 154, will now be held in-person on **June 27, 2023 at 2:00 p.m.** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Diallo, I.) (Entered: 06/14/2023) |
| 06/14/2023 | 157 | MOTION to Continue *the June 27, 2023 Motion Hearing* by Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero. (Proscino, Lisamaria) (Entered: 06/14/2023) |
| 06/14/2023 | 158 | RESPONSE re 157 MOTION to Continue *the June 27, 2023 Motion Hearing* filed by Ralph Birch, Shawn Henning. (Klein, Seth) (Entered: 06/14/2023) |
| 06/15/2023 | 159 | NOTICE OF CANCELLATION OF HEARING: Given the parties' inability to agree on an oral argument date within the next month, *see* State Defendants' Mot. To Continue the June 27, 2023 Motion Hearing at 1, ECF No. 157 (indicating a lack of availability "between June 27 and July 14"), other pending deadlines in this case, *see* ECF No. 153 (setting deadlines for the filing of the Joint Trial Memorandum ("September 1, 2023"), and for trial ("October 10, 2023"), and the Court's own busy trial schedule this summer, the Court will resolve the pending motions for summary judgment based on the parties' submission and without oral argument. *See Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."). |

|  |  | Accordingly, the previously scheduled hearing on the pending motions for summary judgment, *see* ECF No. 156, is hereby **CANCELLED.**<br><br>Signed by Judge Victor A. Bolden on 6/15/2023. (Diallo, I.) (Entered: 06/15/2023) |
|---|---|---|
| 06/15/2023 | 160 | ORDER finding as moot 157 Motion to Continue the June 27, 2023 Motion Hearing. In light of the Court's Order cancelling the hearing, *see* ECF No. 159, the motion to continue is **DENIED** as moot. Signed by Judge Victor A. Bolden on 6/15/2023. (Diallo, I.) (Entered: 06/15/2023) |
| 07/21/2023 | 161 | ORDER denying 116 Motion for Summary Judgment; denying 117 Motion for Summary Judgment; granting 124 Motion for Summary Judgment; denying 127 Motion for Summary Judgment; granting in part and denying in part 128 Motion for Summary Judgment; denying 143 Motion to Amend/Correct.<br><br>For the reasons stated in the attached ruling and order,<br><br>Dr. Lee's 143 motion to amend his Answer is **DENIED.** His 127 motion for summary judgment also is **DENIED.**<br><br>Plaintiffs' 124 partial motion for summary judgment against Dr. Lee as to liability is **GRANTED.**<br><br>The State Defendants' 128 motion for summary judgment is **GRANTED in part** and **DENIED in part**. Specifically, State Police Sergeant Acker's motion for summary judgment as to Plaintiffs' fabrication claim, with respect to his knowledge of a fabricated supplemental police report, is **GRANTED**. In all other respects, including the remaining claims of fabrication of evidence, State Police Sergeant Acker's motion for summary judgment is **DENIED**. The remaining State Defendants' motion for summary judgment is **DENIED** as to all other claims raised in it.<br><br>The Town Defendants' 116 and 117 motions for summary judgment are **DENIED.**<br><br>Signed by Judge Victor A. Bolden on 7/21/2023. (Diallo, Ibrahim) (Entered: 07/21/2023) |
| 07/26/2023 | 162 | NOTICE of Appearance by Joshua Perry on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Perry, Joshua) (Entered: 07/26/2023) |
| 07/26/2023 | 163 | NOTICE of Appearance by Michael Skold on behalf of Brian Acker, Michael Graham, Henry Lee, H. Patrick McCafferty, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Skold, Michael) (Entered: 07/26/2023) |
| 07/26/2023 | 166 | NOTICE OF APPEAL as to 161 ORDER Signed by Judge Victor A. Bolden on 7/21/2023. (Diallo, Ibrahim). Filing fee $ 505 paid, receipt number ACTDC07427796. (Pesta, J.) (Entered: 07/28/2023) |
| 07/26/2023 | 167 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 166 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of |

| | | |
|---|---|---|
| | | Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: Exhibit D to 116 and Exhibit E to 117 (Pesta, J.) (Entered: 07/28/2023) |
| 07/28/2023 | 164 | NOTICE of Appearance by Zenobia Gertrude Graham-Days on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Graham-Days, Zenobia) (Entered: 07/28/2023) |
| 07/28/2023 | 165 | NOTICE of Appearance by Joseph Alfred Jaumann, Sr on behalf of Brian Acker, Michael Graham, Henry Lee, John Mucherino, Scott O'Mara, Andrew Ocif, Joseph Quartiero (Jaumann, Joseph) (Entered: 07/28/2023) |
| 08/01/2023 | 168 | Joint MOTION for Prejudgment Remedy *and MOTION for Disclosure of Assets* by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 08/01/2023) |
| 08/01/2023 | 169 | Memorandum in Support re 168 Joint MOTION for Prejudgment Remedy *and MOTION for Disclosure of Assets* filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Exhibit A - State Def. 3d Supp. Resp., # 2 Exhibit B - July 24, 2023 Ltr to AAG O'Neill, # 3 Exhibit C - Town Def. 4th Supp. Resp., # 4 Exhibit D - July 25, 2023 Email to Atty Spector, # 5 Exhibit E - Town Def. Initial Disclosures, # 6 Exhibit F - Dec 22, 2022 CIRMA Ltr, # 7 Exhibit G - Sept 27, 2021 Ltr to CIRMA, # 8 Exhibit H - Dec 7 2021 Ltr to KLLF, # 9 Exhibit I - Dec 10, 2021 Ltr to Steigelfest, # 10 Exhibit J - Jan 4, 2022 CIRMA Ltr)(Raabe, Craig) (Entered: 08/01/2023) |
| 08/02/2023 | 170 | Joint MOTION To Certify Defendant Lee's Appeal As Frivolous re 166 Notice of Appeal by Ralph Birch, Shawn Henning.Responses due by 8/23/2023 (Raabe, Craig) (Entered: 08/02/2023) |
| 08/02/2023 | 171 | Joint Memorandum in Support re 170 Joint MOTION To Certify Defendant Lee's Appeal As Frivolous re 166 Notice of Appeal filed by Ralph Birch, Shawn Henning. (Attachments: # 1 Exhibit A - July 26, 2023 CT Mirror Article)(Raabe, Craig) (Entered: 08/02/2023) |
| 08/02/2023 | 172 | Joint MOTION to Expedite re 170 Joint MOTION To Certify Defendant Lee's Appeal As Frivolous re 166 Notice of Appeal - *JOINT MOTION FOR EXPEDITED BRIEFING OF 170 MOTION TO CERTIFY HENRY LEE's APPEAL AS FRIVOLOUS* by Ralph Birch, Shawn Henning. (Raabe, Craig) (Entered: 08/02/2023) |
| 08/03/2023 | 173 | RESPONSE re 172 Joint MOTION to Expedite re 170 Joint MOTION To Certify Defendant Lee's Appeal As Frivolous re 166 Notice of Appeal - *JOINT MOTION FOR EXPEDITED BRIEFING OF 170 MOTION TO CERTIFY HENRY LEE's APPEAL AS FRIVOLOUS* filed by Henry Lee. (Perry, Joshua) (Entered: 08/03/2023) |
| 08/03/2023 | 174 | ORDER granting in part and denying in part 172 Motion to Expedite. The Court **GRANTS in part** and **DENIES in part** the motion for expedited briefing. The Court grants the motion with the following schedule: Defendant Lee will have until August 11, 2023, at 5:00 PM to file his opposition to the Motion to Certify. Plaintiffs will have until August 15, 2023, at 5:00 PM to file any reply. Signed by Judge Victor A. Bolden on 8/3/2023. (Rafla-Yuan, Deanna) (Entered: 08/03/2023) |

| 08/07/2023 | 175 | RESPONSE re 168 Joint MOTION for Prejudgment Remedy *and MOTION for Disclosure of Assets* filed by Henry Lee. (Attachments: # 1 Exhibit Declaration of Joshua Perry)(Perry, Joshua) (Entered: 08/07/2023) |
| --- | --- | --- |
| 08/08/2023 | 176 | Joint NOTICE by Ralph Birch, Shawn Henning re 168 Joint MOTION for Prejudgment Remedy *and MOTION for Disclosure of Assets - Withdrawing Application and Motion as to State Defendants Only* (Lieb, Douglas) (Entered: 08/08/2023) |
| 08/08/2023 | 177 | ORDER: A second settlement conference is scheduled for 8/16/2023 at 10:30 AM with Judge Richardson. Signed by Judge Robert A. Richardson on 8/8/2023. (Fries, J.) (Entered: 08/08/2023) |
| 08/08/2023 | 178 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A second settlement conference is set for 8/16/2023 at 10:30 AM in the West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson. (Fries, J.) (Entered: 08/08/2023) |
| 08/09/2023 | 179 | ***ENTERED IN ERROR*** NOTICE by Steven Jordan, Town of New Milford, Robert Santoro re 161 Order on Motion for Summary Judgment, Order on Motion to Amend/Correct, (McDonald, Jeffrey) Modified on 8/10/2023 (Imbriani, Susan). (Entered: 08/09/2023) |
| 08/09/2023 | 180 | NOTICE OF INTERLOCUTORY APPEAL as to 161 Order on Motion for Summary Judgment, Order on Motion to Amend/Correct, by Steven Jordan, Town of New Milford, Robert Santoro. (Imbriani, Susan) (Entered: 08/10/2023) |