UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH AND SHAWN HENNING | : | 3:20-cv-01790-VAB |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ANDREW OCIF, | : | |
| SCOTT O'MARA, JOHN MUCHERINO, | : | |
| STEVEN JORDAN, JOSEPH QUARTIERO, | : | |
| MICHEAL GRAHAM, BRIAN ACKER, | : | |
| HENRY LEE, AND ROBERT SANTORO AS | : | |
| ADMINISTRATOR OF THE ESTATE OF | : | AUGUST 16, 2023 |
| DAVID SHORTT | | |
| *Defendants* | | |

## DECLARATION OF JEFFREY O. MCDONALD, ESQ.

I, Jeffrey O. McDonald, declare as follows:

1. I am over the age of 18 and I am competent to testify as to the matters herein, to bind the Town of New Milford to the representations herein and to make this declaration based on my personal knowledge.

2. I am a partner with the law firm of Hassett & George, P.C., which firm has been retained to represent the Town of New Milford, Steven Jordan, and Robert Santoro as Administrator of the Estate of David Shortt (hereinafter "Town Defendants") in the above-captioned matters.

3. The Town of New Milford is obligated to "protect and save harmless any municipal officer . . . or any municipal employee, of such municipality from financial loss and expense, including legal fees and costs, if any, arising out of any claim, demand, suit or judgment by reason of alleged negligence, or for alleged infringement of any person's civil rights, on the part of such officer or such employee while acting in the discharge of his duties." Conn. Gen. State Sec. 7-

101(a). Further, the Town of New Milford is obligated to "pay on behalf of any employee of such municipality . . . all sums which such employee becomes obligated to pay by reason of the liability imposed upon such employee by law for damages awarded for infringement of any person's civil rights or for physical damages to person or property, except as set forth in this section, if the employee, at the time of the occurrence, accident, physical injury or damage was not the result of any willful or wanton act of such employee in the discharge of such duty." Conn. Gen. State Sec. 7-465.

4. Based on its investigation of the facts and circumstances of the above-captioned matters, including (1) the pleadings, (2) the documents, testimony and facts adduced in discovery and (3) the Court's Ruling and Order on Summary Judgement, the Town of New Milford continues to defend and indemnify the Town Defendants. The Town of New Milford has determined that all the Town Defendants' acts or omissions in the above captioned cases were in the performance of their official duties or the scope of their employment and were not willful, wanton, reckless or malicious.

5. As it always does in indemnifying and defending the Town of New Milford officers and employees, the Town of New Milford reserves all its rights. If the Town of New Milford determines that it must withdraw its defense or indemnification based on new facts and circumstances, the Town of New Milford will immediately notify counsel for Plaintiffs.

I declare under penalty of perjury under the law of the State of Connecticut and the United States of America that the foregoing is true and correct.

DATED this 16th day of August, 2023, at Glastonbury, Connecticut.

_____
Jeffrey D. McDonald, Esq.