**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RALPH BIRCH,

                    Plaintiff,

-against-

TOWN OF NEW MILFORD et al.,

                    Defendants.

No. 3:20-CV-1790 (VAB)
[*rel*. No. 3:20-CV-1792]

August 22, 2023

**NOTICE REGARDING APPLICATION FOR PREJUDGMENT REMEDIES**
**AND MOTION FOR DISCLOSURE OF ASSETS**

In light of the representations by counsel for the Town Defendants (Dkt. #185),

Plaintiffs Ralph Birch and Shawn Henning hereby withdraw their application for

prejudgment remedies and motion for disclosure of assets (Dkt. #168) as to the Town

Defendants. As Plaintiffs previously withdrew their motion as to the State Defendants

(Dkt. #176), the motion is now withdrawn in its entirety.

Dated: August 22, 2023


_____/s/ Craig A. Raabe_
IZARD, KINDALL & RAABE, LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 513-2939


W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, CT 06877
(203) 205-0622


LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543


*Counsel for Plaintiff Shawn Henning*


_____/s/ Douglas E. Lieb_
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332


KIRSCHBAUM LAW GROUP,
LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT  06040
(860) 522-7000


*Counsel for Plaintiff Ralph Birch*