UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                Defendants. | No. 3:20-CV-1790 (VAB)<br><br>September 19, 2023 |
| SHAWN HENNING,<br><br>                Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                Defendants. | No. 3:20-CV-1792 (VAB)<br><br>September 19, 2023 |

**JOINT MOTION FOR STAY OF PROCEEDINGS AS TO STATE DEFENDANTS**

        Plaintiffs Ralph Birch and Shawn Henning ("Plaintiffs") and Defendants Andrew Ocif, Scott O'Mara, John Mucherino, Michael Graham, Joseph Quartiero, Brian Acker, Henry Lee, and Paul V. Lioon as Administrator of the Estate of H. Patrick McCafferty (the "State Defendants"), hereby jointly move the Court to stay all proceedings in the above-captioned cases with respect to the State Defendants until **March 29, 2024**. In support of this motion, undersigned counsel represent as follows:

        1.     Plaintiffs and the State Defendants have reached an agreement to resolve all claims against the State Defendants in these actions, subject to the approval of the Connecticut General Assembly.

        2.     The legislature's next regularly scheduled session begins in February 2024.

3. Plaintiffs and the State Defendants parties therefore request a stay of all proceedings to allow the legislature to consider the matter. If the agreement is approved, the parties will inform the Court and file stipulations of dismissal.

Dated: September 19, 2023

| PLAINTIFF RALPH BIRCH | THE STATE DEFENDANTS |
|---|---|
| By: /s/ Douglas E. Lieb | WILLIAM TONG<br>ATTORNEY GENERAL |
| KAUFMAN LIEB LEBOWITZ<br>& FRICK LLP<br>David A. Lebowitz, *pro hac vice*<br>Douglas E. Lieb, (ct31164)<br>18 E. 48th Street, Suite 802<br>New York, NY 10017<br>(212) 660-2332<br>dlebowitz@kllflaw.com<br>dlieb@kllflaw.com | By: /s/ Joshua Perry<br>Joshua Perry (ct440303)<br>Solicitor General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-5372 (phone)<br>860-808-5374 (fax)<br>joshua.perry@ct.gov |

PLAINTIFF SHAWN HENNING

By: /s/ Craig A. Raabe
IZARD, KINDALL & RAABE LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 513-2939
craabe@ikrlaw.com
sklein@ikrlaw.com

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, Connecticut 06877
(203) 205-0622
jcousins@wjcousinslaw.com

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543
paul@casteleirolaw.com