UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                Plaintiff,<br><br>v.<br><br>TOWN OF NEW MILFORD; et al,<br><br>                Defendants. | No. 3:20-CV-1790 (VAB) |

## JOINT STATUS REPORT

As directed by the Court, the remaining parties submit this joint status report.

The claims asserted by Plaintiffs Ralph Birch and Shawn Henning against the State Defendants have been resolved and dismissed. ECF No. 206.

The interlocutory appeal of Defendants Steven Jordan and Robert Santoro as Administrator of the Estate of David Shortt from the Court's denial of their motions for summary judgment on the basis of qualified immunity is pending before the Second Circuit. Oral argument is scheduled for May 29, 2024.

Plaintiffs and the Town Defendants respectfully request that the case remain open on the active docket pending the Second Circuit's disposition of the appeal.

Dated: May 8, 2024

| | |
|---|---|
| PLAINTIFF RALPH BIRCH | DEFENDANTS TOWN OF NEW MILFORD, STEVEN JORDAN, AND ROBERT SANTORO AS ADMINISTRATOR OF THE ESTATE OF DAVID SHORTT |

PLAINTIFF RALPH BIRCH

By: */s/ Douglas E. Lieb*

KAUFMAN LIEB LEBOWITZ & FRICK LLP
David A. Lebowitz
Douglas E. Lieb
18 E. 48th Street, Suite 802
New York, NY 10011
(212) 660-2332
dlebowitz@kllf-law.com
dlieb@kllf-law.com

PLAINTIFF SHAWN HENNING

*By:  /s/ Craig A. Raabe*

IZARD, KINDALL & RAABE LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 513-2939
craabe@ikrlaw.com
sklein@ikrlaw.com

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, Connecticut 06877
(203) 205-0622
jcousins@wjcousinslaw.com

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543
paul@casteleirolaw.com

DEFENDANTS TOWN OF NEW MILFORD, STEVEN JORDAN, AND ROBERT SANTORO AS ADMINISTRATOR OF THE ESTATE OF DAVID SHORTT

By:    */s/ Elliot B. Spector*

HASSETT & GEORGE, P.C.
Elliot B. Spector
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
ebspector87@gmail.com