## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF NEW MILFORD et al.,<br><br>    Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br><br>September 16, 2024 |

### CONSENT MOTION FOR EXTENSION OF TIME REGARDING
### JOINT TRIAL MEMORANDUM

  Defendants respectfully request that the Court extend the deadline for filing the Joint Trial Memorandum and any motions in limine to September 25, 2024. All other deadlines would stay in place. Plaintiffs consent to this requested extension.

  The parties' deadline to file the Joint Trial Memorandum is September 20, 2024. Defendants' counsel's office is closed on September 19, 2024, and September 20, 2024, for an out of state retreat. Diligent efforts have been made to date to meet the existing deadline. However, due to the office closure on 9/19 and 9/20, additional time is needed. For these reasons, Defendants respectfully submit that there is good cause for a short extension of the current deadline. All other deadlines would stay in place.

  WHEREFORE, Defendants respectfully request that the Cout grant this motion for extension of time and modify the scheduling order accordingly.

DEFENDANTS
TOWN OF NEW MILFORD, STEVEN
JORDAN, ROBERT SANTORO AS
ADMINISTRATOR OF THE ESTATE OF
DAVID SHORTT

BY<u>/s/   Jeffrey O. McDonald</u>
Jeffrey O. McDonald (ct28195)
Elliot B. Spector (ct05278)
Hassett & George, P.C.
628 Hebron Avenue Suite 212
Glastonbury, CT 06033
T: (860)651-1333
F: (860)651-1888
ebspector87@gmail.com
jmcdonald@hgesq.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY/s/  Jeffrey O. McDonald
Federal Bar No.: ct28195