UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>       Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>       Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br>September 25, 2024 |

### MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM ELICITING PRIVILEGED INFORMATION OR EXPERT OPINION TESTIMONY CONCERNING THE MATERIALITY OF SUPPRESSED EVIDENCE FROM TESTIFYING ATTORNEYS

Pursuant to Federal Rules of Evidence 402-03 and 702-04, Federal Rule of Civil Procedure 26, and the law of attorney-client privilege, Plaintiffs move the Court to appropriately limit the testimony of defense attorney witnesses by precluding Defendants from: (i) eliciting testimony from Attorney Alfred Mencuccini concerning any attorney-client privileged communications or privileged attorney work product, except to the extent they bear on the limited issue of whether the defense was aware of the $1,000 cash at the time of trial; and/or (ii) eliciting the personal opinion of Attorney Mencuccini or former Assistant State's Attorney David Shepack about the utility of the $1,000 cash to the defense at either Plaintiff's criminal trial or its likely effect on the criminal jury. Plaintiffs have filed an accompanying memorandum of law in support of this motion.

                Respectfully submitted,
                THE PLAINTIFFS

                By: */s/ Craig A. Raabe*
                IZARD, KINDALL & RAABE LLP
                Craig A. Raabe (ct04116)
                Seth R. Klein (ct18121)

29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, Connecticut 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
204 Radcliff Drive
Nyack, NY 10960
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*

By:  */s/ David A. Lebowitz*
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*