**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RALPH BIRCH,<br><br>               Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>               Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>September 25, 2024 |

## MOTION IN LIMINE TO PROHIBIT SPECULATION

Pursuant to Federal Rules of Evidence 401, 402, 403 and 602, Plaintiffs move to prohibit

Defendants from offering speculative testimony or argument relating to where $1,000 of cash

might have been located at the crime scene and whether forms relating to the seizure might have

been disclosed to the prosecutor. Plaintiffs have filed an accompanying memorandum of law in

support of this motion.

<div style="margin-left:50%">

Respectfully submitted,
THE PLAINTIFFS

By: */s/ Craig A. Raabe*
IZARD, KINDALL & RAABE LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, Connecticut 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
204 Radcliff Drive

</div>

Nyack, NY 10960
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*


By:  */s/ David A. Lebowitz*
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*