# EXHIBIT B

# Shepack Deposition Excerpts

```
UNITED STATES DISTRICT COURT
CONNECTICUT DISTRICT OF NEW YORK
-------------------------------------X
RALPH BIRCH,

                              PLAINTIFF,


      -against-         Case No.:
                        3:20:CV-1790(VAB)


TOWN OF NEW MILFORD, ET AL.,

                              DEFENDANTS.
-------------------------------------X

            DATE: October 19, 2021

            TIME: 10:05 a.m.



      DEPOSITION of DAVID SHEPACK,

taken by the Plaintiffs, pursuant to a

Subpoena and to the Federal Rules of Civil

Procedure, held at the offices of Koskoff,

Koskoff & Bieder, P.C., 1 Moss Avenue,

Danbury, Connecticut 06810, before ToniAnn

Lucatorto, a Notary Public of the State of

New York.
```

**Page 134**

2 was evidence was. She was the only -- no.
3 Didn't the mother live in the house? I
4 don't know who testified -- you'll have to
5 look at the transcript. I don't know who
6 testified about identifying these were the
7 items taken. I don't recall.
8     Q.    But those items were never
9 recovered?
10     A.    To my knowledge, no.
11     Q.    So it was the word of a witness
12 that those items were, in fact, stolen from
13 the house, right?
14     A.    Yes. Sure. Sure.
15     Q.    So you would agree with me that
16 if someone wanted to challenge that
17 assumption that this was a burglary, and
18 that a few items had been stolen from the
19 house, the presence of $1,000 in cash and
20 $10,000 in jewelry left behind could help
21 them do that, right?
22     A.    It's something you could argue,
23 sure.
24     Q.    Something a good defense lawyer
25 could argue, right?

**Page 135**

2     A.    Amongst other theories, sure.
3     MR. LIEB: All right. It's
4     12:51. But I'm at an inflection
5     point in my outline, so let's break
6     for lunch.
7     (Whereupon, a recess was taken
8     at this time.)
9     Q.    Hope everyone enjoyed their
10 lunch.
11     Attorney Shepack, obviously
12 there was separate trials of Sean Henning
13 and Ralph Birch, correct?
14     A.    Yes.
15     Q.    And we've been talking earlier
16 here today about Robert Perrigini and Todd
17 Cocchia, who were jailhouse informant
18 witnesses who testified against Mr. Birch,
19 yes?
20     A.    Yes. They were in the Birch
21 trial.
22     Q.    They did not testify against
23 Mr. Henning, correct?
24     A.    Correct.
25     Q.    And at the Henning trial,

**Page 136**

2 Mildred Henning and a childhood friend or
3 acquaintance named Timothy Satoff testified
4 against Mr. Henning. Do you recall that?
5     A.    In general terms, yes.
6     Q.    And those two individuals did
7 not testify against Mr. Birch, correct?
8     A.    Correct.
9     Q.    And again, not for the benefit
10 of the lawyers in this room, but should a
11 jury eventually need to be informed about
12 this, that's because of the Bruton Rule,
13 right?
14     A.    No. Satoff and Henning -- I'm
15 sorry, what was because of Bruton?
16     Q.    The reason that Perrigini and
17 Cocchia only testified against Birch and
18 Satoff and Mildred Henning only testified
19 against Henning is because of the Bruton
20 Rule, right?
21     A.    I think -- so Perrigini and
22 Cocchia testified against Birch. I don't
23 think that was admissible against Henning
24 and -- I don't know if it was so much
25 Bruton or that they didn't -- don't forget,

**Page 137**

2 when these cases were tried, dual
3 inculpatory third party statements against
4 penal interest were not admissible, right
5 against the other party. The law has
6 actually changed since then. I mean,
7 obviously I came to the conclusion at the
8 time, obviously, that I didn't think it was
9 admissible because I didn't call them. I
10 don't know if it was Bruton or I didn't
11 think it was admissible. I don't know the
12 answer to that. But obviously I concluded
13 this group of witnesses here, this group of
14 witnesses there.
15     Q.    Fair enough.
16     Irrespective of whether it was
17 Bruton or some other rule of law in effect
18 at the time, the reason for the separate
19 trials was that Mildred and Timothy Satoff
20 were only admissible against Henning and
21 Perrigini and Cocchia were only admissible
22 against Birch?
23     A.    That's what I thought, yes. So
24 I was trying to do it right.
25     Q.    So you knew going into the