# EXHIBIT D

Deposition Exhibit 35

PLAINTIFF'S EXHIBIT
35
9/17/21 TEC

# PART A

COURT DOCKET NO.

☐ FOR P.D. USE ONLY
☐ WARRANT APPLIED FOR

# PART B

COURT DOCKET NO.
CR

**INVENTORY OF PROPERTY SEIZED
WITHOUT A SEARCH WARRANT**
JD-CR-18 REV. 10-81
Gen. Stat. 54-36

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

**TO: THE SUPERIOR COURT FOR** ☐ CRIMINAL MATTERS ☐ JUVENILE MATTERS

| ADDRESS OF COURT | JUDICIAL DISTRICT OR G.A. | UNIFORM ARREST REPORT NO. |
|---|---|---|
| COURT APPEARANCE DATE | POLICE DEPT CASE NO | COMPANION CASE NO |

| NAME AND ADDRESS OF ARRESTEE(S) (Defendant) | NAME AND ADDRESS OF OWNER(S) (Plaintiff) |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

| TOWN OF SEIZURE | DATE OF SEIZURE | TYPE OF PROPERTY |
|---|---|---|
| | | ☐ STOLEN ☐ EVIDENCE ☐ LOST/FOUND ☐ INVESTIGATION |

The following property was seized, in connection with a criminal case.

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

PART A INVENTORY NO.
PART B INVENTORY NO.
POLICE CASE NO.

PROPERTY SEIZED

If cash money was seized, enter total amount here → TOTAL AMOUNT OF CASH $ 1000.

SIGNED | TITLE | DATE | DEPARTMENT

(OVER)    INVENTORY OF PROPERTY SEIZED

| PART A | | | PART B |
|---|---|---|---|
| COURT DOCKET NO. | ☒ FOR P.D. USE ONLY ☐ WARRANT APPLIED FOR | | COURT DOCKET NO. CR |

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT
JD-CR-18 REV. 10-81
Gen. Stat. 54-36

TO: THE SUPERIOR COURT FOR ☐ CRIMINAL MATTERS ☐ JUVENILE MATTERS

| ADDRESS OF COURT | JUDICIAL DISTRICT OR G.A. | UNIFORM ARREST REPORT NO. |
|---|---|---|
| COURT APPEARANCE DATE | POLICE DEPT CASE NO. A-85-430-505 | COMPANION CASE NO. |

| NAME AND ADDRESS OF ARRESTEE(S) (Defendant) | NAME AND ADDRESS OF OWNER(S) (Plaintiff) |
|---|---|
| | 1. Everett Russell Paper / 74 Ashmore Ave, ... |
| | 2. |
| | 3. |

| TOWN OF SEIZURE | DATE OF SEIZURE | TYPE OF PROPERTY |
|---|---|---|
| West Almeria | 12-4-85 | ☐ STOLEN ☐ EVIDENCE ☒ LOST/FOUND ☐ INVESTIGATION |

The following property was seized, in connection with a criminal case:

1. A Manufactured Drive + Trust Co, ...
2. ... $1000.00
3. 3- 100$ US currency
4. 4- 50$ US currency
5.
6.
7.
8.
9.
10. more currency in the stated amount of $1000 T.C.T.
11.
12.
13. Witnessed: ... 632   Rec'd by: ...
14.   Date: ...
15.   Time: 3:30 PM

If cash money was seized, enter total amount here → TOTAL AMOUNT OF CASH $ 1000

SIGNED (Police Officer) ...  (Title) Pt/  DATE 12-4-85  DEPARTMENT WSPD

(OVER)   INVENTORY OF PROPERTY SEIZED

| PART A | | | PART B |
|---|---|---|---|
| COURT DOCKET NO. | ☑ FOR PD USE ONLY | | COURT DOCKET NO. |
| | ☐ WARRANT APPLIED FOR | | CR |

**INSTRUCTIONS**

INVENTORY OF PROPERTY SEIZED
WITHOUT A SEARCH WARRANT
JD-CR-18 REV. 10-81
Stat. 54-36

1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. Last copy for Police Department use.

THE SUPERIOR COURT FOR ☐ CRIMINAL MATTERS ☐ JUVENILE MATTERS

| ADDRESS OF COURT | JUDICIAL DISTRICT OR G.A. | UNIFORM ARREST REPORT NO. |
|---|---|---|
| FIRST APPEARANCE DATE | POLICE DEPT CASE NO. A-85-436525 | COMPANION CASE NO. |

NAME AND ADDRESS OF ARRESTEE(S) (Defendant)

NAME AND ADDRESS OF OWNER(S) (Plaintiff)
1. Everett Russell Carr
74 Aspetuck Ave. New Milford, CT
2.
3.

TOWN OF SEIZURE: New Milford
DATE OF SEIZURE: 12-3-85
TYPE OF PROPERTY: ☐ STOLEN ☐ EVIDENCE ☑ LOST/FOUND ☐ INVESTIGATION

The following property was seized, in connection with a criminal case:

1. A New Milford Bank & Trust Co. Bank envelope containing the
2. following currency denominations totaling $1000.00
3. 9 - 100 $ U.S. currency
4. 4 - 50 $ U.S. currency
5.
6.
7.
8.
9.
10. Above currency in the stated amount of $1000.00 T.O.T.
11.
12.
13. Witnessed: Det. M. J. Sullivan #635    Rec'd By: [signature]
14.    Date: 1/01/86
15.    Time: 12:00 PM

If cash money was seized, enter total amount here → TOTAL AMOUNT OF CASH $ 1000.00

SIGNED (Police Officer) [signature] #622  (Title) Det.  DATE 12-4-85  DEPARTMENT New Milford P.D.

(OVER)    INVENTORY OF PROPERTY SEIZED

NOTE: CARBONLESS PAPER — NO CARBON REQUIRED

## ORDER OF THE COURT

| | ITEM(S) NUMBER | |
|---|---|---|
| **RETURN TO OWNER(S)** | | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within 6 months from the date of this order, upon proper claim therefor, otherwise the property shall be disposed of pursuant to Section 54-36a (f) of the Connecticut General Statutes. |
| **CONTROLLED SUBSTANCE(S)** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled substance(s) and it is hereby ordered that said item(s), along with associated paraphenalia, be destroyed. (Gen. Stat. 19-469) |
| **FIREARMS** | ITEM(S) NUMBER | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Bureau of Identification of the Connecticut State Police Department. (G.S. 54-36e) |

**OTHER PROPERTY**

ITEM(S) NUMBER

The preceding item(s) of property in the foregoing inventory is/are hereby ordered:

- ☐ money shall be turned over to the Clerk of Court for deposit to the State Treasurer.
- ☐ turned over to the Examiner of Seized Property for disposition.
- ☐ destroyed.
- ☐ turned over to the following charitable, educational or governmental agency or institution:

NAME AND ADDRESS OF AGENCY OR INSTITUTION

**GAMBLING**

ITEM(S) NUMBER

The preceding item(s) of property in the foregoing inventory is/are adjudged seized, pursuant to Connecticut General Statute 53-278(c) and said item(s) are hereby ordered to be disposed of as follows:

- ☐ money shall be turned over to the Clerk of Court for deposit to the State Treasurer.
- ☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition.
- ☐ turned over to the following charitable, educational, or governmental agency or institution.

NAME AND ADDRESS OF AGENCY OR INSTITUTION

| ORDER OF THE COURT (Name of Judge) | JUDICIAL DISTRICT OR G.A. | SIGNATURE OF JUDGE | DATE SIGNED |
|---|---|---|---|
| | | | |

## NOTICE OF ORDER OF THE COURT

NOTICE is hereby given of the foregoing Order of the Court. 54-36e requires you to complete and file with this court, the Return of Compliance.

TO (Name of Police Dept.)

| FROM (Name of Court) | SIGNED (Clerk of Court, Authorized Assistant) | DATE SIGNED |
|---|---|---|
| | | |

**RETURN OF COMPLIANCE**

The undersigned represents that the person or department having custody or possession of said property has complied with the above Order of the Court by:

☐ 1. turning said property over to:

| (Name of Individual) | (Title of Individual) | (Date Turned Over) |
|---|---|---|

☐ 2. destroying said property in the following manner:

| (Manner of Destruction) | (Place Destroyed) | (By Whom) | (Name of Witness) |
|---|---|---|---|

☐ State Tox. Lab notified - receipt attached.   ☐ Turned over to Narc. Control Unit/Dept. of Consumer Protection.

☐ 3. Said property was not claimed by the owner(s) within 6 months and request is hereby made for disposition of said property pursuant to section 54-36a (f) of the Connecticut General Statutes.

| NAME OF POLICE DEPARTMENT | SIGNATURE AND TITLE | DATE |
|---|---|---|
| | | |

I acknowledge receipt of the item(s) listed below and relieve the above Police Dept. of responsibility for said item(s).

| NUMBER | SIGNED (Owner, Agent) | RELEASED BY (Print Name) | DATE RELEASED |
|---|---|---|---|
| | | | |