# EXHIBIT E

## Deposition Exhibit 36



PLAINTIFF'S
EXHIBIT
36
9/17/21 EC

POSSESSED PROPERTY RECEIPT

POLICE DEPARTMENT                    NEW MILFORD, CONN.

CASE NO. _CR 85-1378_                DATE _12/04/85_

I, ___Diane Columbo___ OF ___Aspetuck Ave., N.M., CT___

ACKNOWLEDGE THE RELEASE TO ME BY THE NEW MILFORD POLICE
DEPARTMENT OF THE FOLLOWING PROPERTY:

8    100.00 Dollar Bills

4    50.00 Dollar Bills

Last Item

IT IS UNDERSTOOD THAT THE NEW MILFORD POLICE DEPARTMENT IS
HEREBY RELIEVED OF FURTHER RESPONSIBILITY IN REFERENCE TO THE
ABOVE DESCRIBED ARTICLES.

SIGNATURE OF OWNER OR AUTHORIZED AGENT _Diana Columbo_

RELEASED BY _Det. Stu Yoach_

BIRCH001877