# EXHIBIT F

Jordan Interrogatory Responses Nos. 1-2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                       Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                       Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792] |

**PLAINTIFFS' FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANTS TOWN OF NEW MILFORD, STEVEN JORDAN AND ROBERT SANTORO**

PLEASE TAKE NOTICE that, pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, and the applicable Local Rules of the United States District Court for the District of Connecticut (the "Local Rules"), Plaintiffs Ralph Birch and Shawn Henning (together, "Plaintiffs") request that Defendants Town of New Milford, Steven Jordan, and Robert Santoro answer the following Requests for Production of Documents, Interrogatories, and Requests for Admission (collectively, the "Requests") within 30 days and produce for copying and inspection at the office of Kirschbaum Law Group, LLC, 433 South Main Street, Suite 101, West Hartford, CT 06110 all documents and materials described herein.

**INTERROGATORIES**

1. State every fact, and identify every document, that you contend supports, on its own or in combination with other fact(s) and/or document(s), the proposition that Defendant Jordan caused the document marked as Plaintiffs' Deposition Exhibit 35 to be disclosed to any prosecutorial official at any time before November 19, 1991.

**Defendant Jordan has no information as to what happened to Exhibit 35, however as it was a form produced by Graham there is a natural inference that Graham retained the form.**

2. State every fact, and identify every document, that you contend supports, on its own or in combination with other fact(s) and/or document(s), the proposition that Defendant Jordan caused the document marked as Plaintiffs' Deposition Exhibit 36 to be disclosed to any prosecutorial official at any time before November 19, 1991.

**The Defendant Jordan has no specific recollection as to what was done with exhibit 36, but as it was found in the files of the New Milford Police Department, there is a natural inference that he filed it correctly when finished with it and it was available to the prosecuting authorities.**