UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH and SHAWN HENNING,

                Plaintiffs,

-against-

TOWN OF NEW MILFORD et al.,

                Defendants.

No. 3:20-CV-1790 (VAB)
[*rel.* No. 3:20-CV-1792]

## PLAINTIFFS' PROPOSED VERDICT FORM

### I. Part One – Liability

*Answer all 11 questions in Part One.*

*Questions 6-11 each have two parts, (a) and (b). For each of these questions, if you answer "yes" to part (a), you must also answer part (b). If you answer "no" to part (a), skip part (b) and move to the next question.*

<u>Section 1983</u>

1. Do you find that Defendant Steven Jordan violated Plaintiff Ralph Birch's right to a fair trial by suppressing favorable and material evidence?

    Yes _____    No _____

2. Do you find that Defendant Steven Jordan violated Plaintiff Shawn Henning's right to a fair trial by suppressing favorable and material evidence?

    Yes _____    No _____

3. Do you find that Defendant David Shortt violated Plaintiff Ralph Birch's right to a fair trial by failing to intervene to prevent him from being deprived of liberty based on fabricated evidence?

    Yes _____    No _____

1

Negligence

4. Do you find Defendant Steven Jordan liable for statutory negligence against Plaintiff Ralph Birch?

   Yes _____   No _____

5. Do you find Defendant Steven Jordan liable for statutory negligence against Plaintiff Shawn Henning?

   Yes _____   No _____

6. *(a)* Do you find Defendant Steven Jordan liable for common-law negligence against Plaintiff Ralph Birch?

   Yes _____   No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

   Yes _____   No _____

7. *(a)* Do you find Defendant Steven Jordan liable for common-law negligence against Plaintiff Shawn Henning?

   Yes _____   No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

   Yes _____   No _____

8. *(a)* Do you find Defendant David Shortt liable for common-law negligence against Plaintiff Ralph Birch?

   Yes _____   No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

   Yes _____   No _____

## Negligent Infliction of Emotional Distress

9. *(a)* Do you find Defendant Steven Jordan liable for negligent infliction of emotional distress against Plaintiff Ralph Birch?

    Yes _____ No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

    Yes _____ No _____

10. *(a)* Do you find Defendant Steven Jordan liable for negligent infliction of emotional distress against Plaintiff Shawn Henning?

    Yes _____ No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

    Yes _____ No _____

11. *(a)* Do you find Defendant David Shortt liable for negligent infliction of emotional distress against Plaintiff Ralph Birch?

    Yes _____ No _____

   *(b)* If so, do you find that the "identifiable victim, imminent harm" exception to municipal immunity applies?

    Yes _____ No _____

*If you answered "yes" to any of Questions 1, 2, 3, 4, 5, 6b, 7b, 8b, 9b, 10b, or 11b, proceed to Parts Two and Three on the next page.*

*Otherwise, your deliberations have finished. Sign and date the verdict sheet and inform the Court in a note that you have reached a verdict.*

**II.  Part Two – Indemnification** [*to be included if the Court denies Plaintiffs' motion in limine to instruct the jury that the Town of New Milford will indemnify the individual defendants*]

*If you answered "yes" to any of Questions 1, 2, 4, 5, 6b, 7b, 9b, or 10b in Part One, answer this question:*

1. Do you find the Town of New Milford liable for indemnification of Defendant Steven Jordan?

    Yes  _____        No  _____

*If you answered "yes" to any of Questions 3, 8b, or 11b in Part One, answer this question:*

2. Do you find the Town of New Milford liable for indemnification of Defendant David Shortt?

    Yes  _____        No  _____


**III.  Part Three – Damages**

*If you answered "yes" to any of Questions 1, 3, 4, 6b, 8b, 9b, or 11b in Part One, answer this question:*

1. What amount of compensatory damages do you award to Plaintiff Ralph Birch?

    $_____

*If you answered "yes" to any of Questions 2, 5, 7b, or 10b in Part One, answer this question:*

2. What amount of compensatory damages do you award to Plaintiff Shawn Henning?

    $_____


*Your deliberations have finished. Sign and date the verdict sheet and inform the Court in a note that you have reached a verdict.*


Dated: _____, 2024

                                                                          _____
                                                                          Foreperson