# EXHIBIT A

PLAINTIFF'S EXHIBIT 2 8/11/21 EC

OFFICER DOMBROWSKI

## NEW MILFORD POLICE DEPT.

**CRIME** — UNTIMELY DEATH

DATE 12/02/85

| | |
|---|---|
| Victim or Complainant Age Name & Address | Everett R. Carr    Age: 65<br>74 Aspetuck Avenue    DOB: 05/02/20<br>New Milford, CT   06776 |
| Time & Date of Crime | Discovered: 4:49AM on 12/02/85 |
| Place of Crime | 74 Aspetuck Avenue, New Milford, CT<br>hallway leading from kitchen to downstair bedrooms |
| A[ccu]sed A[ge] Name & Address Description | |
| Property Damaged or Stolen | |
| Witnesses Age Name & Address | |

BIRCH000909

| | |
|---|---|
| Mode of Operation of Accused | Unknown at this time. |

| | |
|---|---|
| Officer's Investigation | On 12/02/85 at approximately 4:50AM this officer was assigned to assist Officer Shortt and Sgt. Carlson at 74 Aspetuck Avenue. Upon arrival this officer met with Officer Shortt and Sgt. Carlson in the kitchen of the residence and observed the ;tim lying on the hallway floor leading from the kitchen to the downstair bathroom and bedrooms. At this time Sgt. Carlson told this officer that it was my case. See this officer's supplement for more information. |

| |
|---|
| Action Taken |
| Court Disposition |

BIRCH000910

Page 1

| POLICE DEPARTMENT<br>New Milford, Conn. | GENERAL REPORT<br>SUPPLEMENT | Report No. CR 85 1378<br>Supplement No. |
|---|---|---|
| DATE OF THIS REPORT 12/03/85 | DATE OF ORIGINAL REPORT | CLASSIFICATION |

DETAILS

On 12/02/85 this officer was working the 11:00PM - 7:00AM patrol shift. At approximately 4:45AM this officer requested to return to police headquarters for a personal break. At 4:49AM this department received a call from a female who stated that her father had just gotten home and was covered with blood. Officer Shortt and Sgt. Carlson were assigned the complaint. This officer arrived at police headquarters for my personal break at 4:50AM. When i walked into the station I heard Officer Shortt sign off at the complaint. SGT. Carlson sighned off shortly afterward. Sgt. carlson then radioed headquarters for another officer at that location. I was then assigned to that location and arrived there at 4:55AM.

Upon my arrival I went to the front door and heard a voice inside say to go around to the back door. I went to the rear of the house and entered the home. I was now in the kitchen. Inside the kitchen I saw Sgt. Carlson, Officer Shortt, a woman that was later identified as Diana Columbo, and several small dogs. I then saw an older man lying on the hallway floor. The hallway led from the kitchen to the rest of the home. The man was covered with blood and was lying in a great deal of blood. The man was lying with his head towards the south and his feet towards the north. He was lying on his right side with his back against a door and wall. I then observed a small dachshund type of a dog standing in the blood on the floor and licking the blood. I then stepped around the body in an attempt to get the dog away from the body to protect the scene as much as possible. The dog then ran into the room on the left which appeared to be a bedroom. This officer attempted to retrieve the animal and stepped into the room. When I did this the dog ran under a bed. At this time I shut the bedroom door, stepped around the body, and back into the kitchen. Sgt. Carlson, Officer Shortt and myself then secured the hallway with crime scene tape. At this time the ambulance crew arrived which consisted of two males and one female. One of the members Robert J. O'Rourke, 205 Carmen Hill#2, New Milford, CT., 354-1244, examined the body and found no sighns of life.

BIRCH000911

| POLICE DEPARTMENT<br>New Milford, Conn. | GENERAL REPORT<br>SUPPLEMENT | Page 2<br>Report No. CR 85 1378<br>Supplement No. ____ |
|---|---|---|
| DATE OF THIS REPORT 12/03/85 | DATE OF ORIGINAL REPORT | CLASSIFICATION |

**DETAILS**

The female member, Anita Bagot, 60 BelAir condominiums, Route 202, New Milford,Ct., 355-2375, went into another room and comforted Diana Columbo.

Detective Sergeant John Roma arrived on the scene a short time after the ambulance crew and took charge of the investigation after Sgt. Carlson briefed him on what was known at that time.

Dr. Francis A. Stratford,Jr. the Medical Examiner arrived at 5:41AM and pronounced the man dead at 5:50AM. The Medical Examiner's case number is L-85-521.

Capt. N. Lillis arrived on the scene at 6:29AM.

Detective Steve Jordan arrived on the scene at 5:57AM. At 6:02AM Det. Sgt.Soma started taking pictures of the scene with Det. Jordan taking notes for him.

At 6:03AM Philip B. Espitee,P.O. Box 1211, New Milford,Ct., 354-5071, an ambulance technician arrived on the scene to see if they needed any help.

At 6;09AM the ambulance crew left the scene after being informed that the body would have to remain where it was until the Connecticut State Police—Major Crime Squad was done with it.

At 6:20AM this officer along with Officer Shortt taped off the entire area of the home at the approximate property lines. This was done with crime scene tape that said CRIME SCENE DO NOT CROSS.

At 6:41AM New Milford PoliceChief Gerald F. Olmstedarrived on the scene. The Chief's Assistant, Jeff Meyers arrived at 6:51AM.

At. 6:56AM Sgt. Carlson told this officer that Officer Pecha and Officer Ward were canvassing the area.

At 7:31AM Sgt. Brian Acker of the Connecticut State Police Major Crime Squad arrived on the scene.

At 7:53AM Lt. Jim Hiltz of the Connecticut State Police Major Crime Squad arrived on the scene.

At 7:58AM everybody in the home moved outside the home and outside the outer peri-

BIRCH000912

| POLICE DEPARTMENT<br>New Milford, Conn. | GENERAL REPORT<br>SUPPLEMENT | Page 3<br>Report No. CR 85 1378<br>Supplement No. _____ |
|---|---|---|
| DATE OF THIS REPORT 12/03/85 | DATE OF ORIGINAL REPORT | CLASSIFICATION |

DETAILS

meter that this officer and Officer Shortt had put up. This officer however stayed within this area so as to watch the rear door to make sure that no one entered the house. Officer Shortt relieved this officer twice at this post. No one entered the home while either officer was watching the door.

The Connecticut State Police Major Crime Squad arrived on the scene at 12:05PM.

At 12:26PM the crime scene was turned over to the Connecticut State Police Major Crime Squad and this officer was relieved of his post.

Ptlm. Jerome H. Dombrowski #11

BIRCH000913

| POLICE DEPARTMENT New Milford, Conn. | GENERAL REPORT SUPPLEMENT | Report No. CR 85 1378 Supplement No. |
|---|---|---|
| DATE OF THIS REPORT 12/03/85 | DATE OF ORIGINAL REPORT 12/02/85 | CLASSIFICATION |

**DETAILS**

The following is a list of individuals that were in the home from the time Diana Columbo discovered the body until the time that everybody left the house and this officer was posted as a guard at the rear door.

Diana Columbo, 74 Aspetuck Avenue, New Milford, CT  355-4586

Ptlm. David Shortt, New Milford Police Dept.  355-3133, 264-8814

Sgt. Richard Carlson, New Milford Police Dept.  355-3133, 426-0190

Ptlm. Jerome Dombrowski, New Milford Police Dept.  355-3133, 756-9606

Robert J. O'Rourke, New Milford Ambulance Association, 354-1244

Anita Bagot, New Milford Ambulance Association, 355-2375

Mark Morsey, New Milford Ambulance Association, 354-1206

Detective Sergeant John Roma, New Milford Police Dept. 355-3133, 355-2843

Philip B. Espitee, New Milford Ambulance Association, 354-5071

Capt. Norbert Lillis, New Milford Police Dept. 355-3133, 354-7203

Detective Steve Jordan, New Milford Police Dept, 355-3133, 355-3930

Chief Gerald F. Olmsted, New Milford Police Dept, 355-3133, 775-8696

Jeff Meyers, Chief's Aid, New Milford Police Dept. 355-3133, 743-2276

Dr. Francis A. Stratford, Jr., Medical Examiner, 355-4295

Sgt. Brian Acker, Connecticut State Police Major Crime Squad

Lt. Jim Hiltz, Connecticut State Police Major Crime Squad


Submitted by Ptlm. Jerom H. Dombrowski #11

BIRCH000914