# EXHIBIT B

Plaintiffs' Exhibit 53

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-302-C REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

cpl

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT HAS BEEN SENT | SUPPLEMENTARY | RE-OPEN | ASSIST | CLOSING |
|---|---|---|---|---|---|---|
| A85-436535 | HOMICIDE | ☐ | X | ☐ | ☐ | ☐ |

INTERVIEW: DIANA COLUMBO    DOB-06/30/47
Previously Interviewed

On 12/3/85 at 1530 hours, this writer along with Det. Michael McMahon re-interviewed Ms. Columbo at the home of her sister Elsa Bianciella of 104 West 46th Street, Bayonne, N.J.

Numerous questions were asked to Ms. Columbo concerning items at her home that may have been touched or removed. The crime scene processing crew at the scene had brought out points of interest that had to be addressed. A silver Pontiac automobile that was parked in the garage, had keys in the ignition and a set of keys, with a white tag attached, lying on the front seat. Ms. Columbo stated it was not unusual for her father to leave his keys in the ignition. The keys on the front seat were those of P.O. Box 540 in New Milford which is rented by Burkhart/Roentgen. Ms. Columbo stated her father picked up the mail for the company three (3) times a week. I also informed her that the glove compartment of the Pontiac was open and Ms. Columbo could not explain why it was in that condition.

A small chest that contained make-up and cosmetics which was located in the dining room was pulled away from the wall. Beneath it were two (2) make-up mirrors, one on each side on the floor. Ms. Columbo stated that the chest was against the wall of the dining room and the two make-up mirrors were on the left side of it next to the french doors leading to the living room. She also explained that a small Derringer type gun, chrome with white handles, was in a top drawer in an oak chest in the dining room. Also in the dining room were two silver candle holders on a small chest near the door leading to the breezeway. In the door leading to the breezeway was a set of keys on a chain that had a brass tag that had "Classy Lady" stamp on same. She stated that she left them there. Found on one of the dining room chairs was a six pack of plastic beer can holder. Ms. Columbo stated her father, in all likelihood left it there.

Ms. Columbo was also asked about the position of the television in her sitting room, a blanket found on the couch in the sitting room, a pocketbook found on a coffee table in the sitting room, and a paper dish with crumbs on smae that

| STATUS OF CASE | 1. ACTIVE  2. CLEARED ARREST | 3. SUSPENDED  4. X-CLEARED | F. FUGITIVE  6. NO CRIMINAL ASPECT | CODE | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR X IS USED.) | PAGE NUMBER |
|---|---|---|---|---|---|---|
| | | | | 1 | | 1 of 3 |
| SUPERVISOR'S SIGNATURE | | ID NO. 227 | INVESTIGATING TPR'S SIGNATURE Det Joseph Gasher | ID NO. 285 | DATE OF REPORT 12/4/85 | |

MASTER COPY

JAN 31 ENT'D

3-16 Initial Disclosures - 000119

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-302-C REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

cpl

| CASE NUMBER | INCIDENT TYPE | ☐ PROSECUTOR'S REPORT HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |
|---|---|---|---|---|---|---|
| A85-436535 | HOMICIDE | | | | | |

CONTINUED FROM PAGE 1

was on an end table also in the sitting room. Ms. Columbo explained that the back of the t.v. was pushed into the window cubicle even with the bookcase shelving on each wall. She explained that the pocketbook was hers as was the blanket and the empty dish.

She further explained that the interior of the home was papered and painted approx. two (2) years ago and the locks were never put back on the windows.

Ms. Columbo also stated that she had recently purchased, from Bradlees, eight steak knives with flat handles that should be in the kitchen cabinets. She explained there were also four or five older steak knives with wooden handles in the same cabinet.

I asked Ms. Columbo if she washed her hands after touching her father and she stated that she thought she had. Ms. Columbo also stated that when she was upstairs along with a woman from the ambulance crew, she had taken off her white panty hose and placed them on a group of shoe boxes that she had in the sitting room. She also took off a pair of blue high heel shoes but didn't recall where she left them.

After getting the aforementioned information, I took a five page statement from Ms. Columbo concerning the evening of 12/1/85 and morning of 12/2/85 when she discovered her father's body. The statement clarifies two matters that were contradictory. On the morning of the discovery, and upon the arrival of Sgt. John Roma of the N.M.P.D. she had told him (Roma) that she was home during the night and had heard her father coughing but did not check on him. She told this to Sgt. Roma because she did not want her boss and very dear friend, Dick Burkhart, toknow that she was out that evening at the home of Robert Wolff.

She at first thought that her father had died of hemmoraging and did not realize he was a victim of a homicide. Because of that she didn't think it was wrong to tell Sgt. Roma she was home so Mr. Burkhart wouldn't learn that she was with Mr. Wolff. Ms. Columbo explained to Mr. Burkhart that she was dating a man of her age but didn't tell him who it was.

STATUS OF CASE: 1. ACTIVE  2. CLEARED ARREST  3. SUSPENDED  4. X-CLEARED  F. FUGITIVE  6. NO CRIMINAL ASPECT
CODE 1
PAGE NUMBER 2 of 3
ID NO. 225
ID NO. 285
DATE OF REPORT 12/4/85
MASTER COPY
JAN 31 ENT'D

3-16 Initial Disclosures - 000120

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-302-C REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

cpl

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |
|---|---|---|---|---|---|---|
| A85-436535 | HOMICIDE | ☐ | | | | |

CONTINUED FROM PAGE 2

Ms. Columbo also told this writer that she at first thought she left Wolff's home at around 2:30 or 3:00am, but she now realizes that she left around 4:00am and got home 30 to 40 minutes later and discovered her father's body. The first call received at the N.M.P.D. was at 4:50am.

The contents of Ms. Columbo's written statement agree with her first oral statement that she gave to Det. McMahon and myself on 12/2/85 and reported on by Det. McMahon of the N.M.P.D.

Ms. Columbo also stated orally on 12/3/85 that when she arrived home on 12/2/85 she observed her father's bedroom light on, the kitchen light, a first floor hallway lamp and the second floor bathroom light on. She explained that this wasn't unusual and that she had sometimes left a hallway light on when she went out. When she arrived home early in the morning and saw her father's light on, she thought that he was awake and was going to say something to her about the lateness of her coming in. She thought to herself when she went into the kitchen, "well I might as well face the music" relating to her father saying something to her about the time. She then walked into the hallway and discovered her father on the floor with blood around him. She checked his pulse and when he didn't respond, she started calling for help.

See attached statement.

| STATUS OF CASE | 1. ACTIVE  2. CLEARED ARREST | 3. SUSPENDED  4. X-CLEARED | F. FUGITIVE  6. NO CRIMINAL ASPECT | CODE | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED.) | PAGE NUMBER |
|---|---|---|---|---|---|---|
| | | | | 1 | | 3 of 3 |

SUPERVISOR'S SIGNATURE — ID NO. 22> — INVESTIGATING OFFICER'S SIGNATURE Joseph — ID NO. 285 — DATE OF REPORT 12/4/85

MASTER COPY

JAN 31 ENT'D

3-16 Initial Disclosures - 000121

SP-633-C REV. 9/83

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number A85-436535
Date 12/3/85
Time Started 1530
Time Ended 1710

WITNESS STATEMENT OF **Diana Columbo**

I, **Diana Columbo**, date of birth **6/30/47**,
of **74 Aspetuck Avenue**, town/city of **New Milford (355-4586)**,

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On Sunday, 12/1/85 I was at home during the day with my father, Everett Russell Carr better known as Charlie. My father and mother live with me at the above address and have been there since March of 1985. My mother Evelyn had gone to New Jersey on Thanksgiving night with my sister Millie of Rockaway, N.J. Mother had gone to New Jersey to check on some furniture for their new apartment in Bayonne, N.J.

At approx. 1:00pm, both dad and I took a nap in our respective bedrooms. Upon awakening at approx. 3:00pm, I called my father upstairs and we both watched a movie, "Against All Odds" on my V.C.R. After the movie, my father went downstairs and I stayed upstairs, unhooked the VCR and watched an HBO movie, "Saturday Night Fever". I then watched "Protocol" with Goldie Hawn again on HBO. I did go downstairs and asked my father to watch the movie with me. He was sitting in the dining room at the time. He stated, "I don't have to watch it as you have it on loud enough, I can hear it". I asked him if he ate and he said yes he had a hamburger and something else, but I can't remember what else he said he had. I then went back upstairs and continued to watch Protocol to about 9:30pm when I received a phone call from Bob Wolff of Washington, CT. Bob stated he had just arrived home from Vermont and was very tired. He asked if I would come over to his home. I told him I was having a little car trouble that maybe I would ask my father for the use of his car. Bob stated, "why don't

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____

Page 1 of 3 Pages

MASTER COPY

3-16 Initial Disclosures - 000122

STATEMENT OF _____Diana Columbo_____ (Cont.)

you start over now and if you don't arrive by 10:00 to 10:15pm, I'll backtrack and look for you." I explained, "alright, I'll come over". I went downstairs and my father was in the dining room and he stated, "I don't know why I'm sitting here, I think I'll go to the V.F.W." I told him I was going out too and he told me to be careful with the car. I told him where I was going. My father had on his new blue jeans (Levi) that I bought for him and a blue plaid flannel shirt. He also told me that he was going to wear a brown leather jacket that I had also just bought him at Pants and Stuff of New Milford, CT. He stated, "I'm leaving, I'm just going to make sure the dogs are in the kitchen" I left before him and headed to Bob Wolff's house, arriving at approx. 10:00pm. When I arrived at Bob Wolff's home, I called my father to let him know that I arrived alright but there was no answer at the house. I assumed he went to the V.F.W. as planned. I stayed at Bob's and we both fell asleep. I awoke at approx. 4:00am and went home arriving at approx. 4:30pm. I parked my car facing the rear of the home at an angle. When I was coming down Aspetuck Ave. I noticed my father's bedroom light on. I also noticed the kitchen light was on. I went into the house through the rear door which was unlocked. The door is always unlocked and it is not unusual for it to be that way.
I went into the kitchen and to the hallway and saw my father lying on the floor against the basement door. His head was facing toward the kitchen and his eyes were open. I knelt by him and told him I was going to help him up. I felt his hand and wrist and told him to move his head to get his blood circulating. He did not move at all nor did his eyes move. I got scared and started to make phone calls for help. When I first saw my father, he only had

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page 2 of 3 Pages

MASTER COPY

3-16 Initial Disclosures - 000123

SP-630-C-1 REV. 9/83  STATE OF CONNECTICUT  Case Number A85-436535
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

STATEMENT OF _____Diana Columbo_____ (Cont.)

on his tee shirt and underpants. I thought that he had hemmoraged and passed out. After making the phone calls for help, the police arrived at the front door. I tried to open the front door but it was jammed. I told the policeman to go to the rear door. The policeman looked at my father and then called in on his walkie talkie radio for help. Shortly thereafter, many police and people arrived at my home. During the time people were there, I had gone upstairs along with Anita, one of the medical personnel. I remember taking off my white pantyhose and leaving them on a stack of shoe boxes in my sitting room. I also took off my blue shoes but I don't remember where I left them.
I went downstairs and was told by one of the police officers told me to stay upstairs. A short time later, Mr. Burkhart arrived at my home and I went with him to his farm and awaited my family from New Jersey.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____