# EXHIBIT J

PLAINTIFF'S EXHIBIT
101
12/6/21

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP 207 C REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

cpl

CASE NUMBER: A85-436535
INCIDENT TYPE: HOMICIDE
☐ PROSECUTOR'S REPORT HAS BEEN SENT
☒ SUPPLEMENTARY ☐ RE-OPEN ☐ ASSIST ☐ CLOSING

INTERVIEW: MARK MORSEY   DOB-08/04/50
EMPLOYER: SNETCO   HOME ADDRESS: 151 Second Hill Rd. New Milford 354-1206

On 12/11/85 at approx. 4:45pm, Mark Morsey was interviewed at New Milford Police Dept. In his statement, Morsey told me that he was the third EMT on the scene. His observations were recorded in the statement. Morsey also noted that he observed one of the Police Officers and Anita Bagot shoving the left door in the kitchen; (left door as you view the scene from the back door) the door was blocked by the small table/dressing stand from the dining room.

STATUS OF CASE: 1. ACTIVE  2. CLEARED ARREST  3. SUSPENDED  4. X CLEARED  F. FUGITIVE  6. NO CRIMINAL ASPECT
CODE: 1
AGE OF OLDEST ACCUSED: 2
PAGE NUMBER: 1 of 1
DATE OF REPORT: 12/11/85

MASTER COPY
JAN 31 ENT'D

SP-633-C REV. 9/83

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number A85-436535
Date 12/11/85
Time Started 4:15pm
Time Ended 5:00pm

WITNESS STATEMENT OF **MARK A. MORSEY**

I, Mark A. Morsey, date of birth 08/04/50, of 151 Second Hill Road, town/city of New Milford, make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On the morning of 12/2/85 at approx. 4:50am my scanner went off alerting me to a "possible assault". I called in to the answering service to see who is closest to either the scene or the ambulance barn. When I called in I spoke with the dispatcher and she told me that there was a possible assault/suicide. I asked if the rest of my crew was coming and I was told Bob and Anita were coming. I was told that the Police wanted us there as soon as possible. I got dressed and went straight to the barn and rolled the ambulance out. My crew was there within 2-3 minutes and we responded to the scene. Upon arrival, I followed Bob, with the crash kit and Anita into the house. When I got inside, I observed Bob with a stethoscope attempting to find a pulse on an elderly white male, laying on his right side, facing towards back door, his head and shoulders visible from the kitchen. There was alot of blood visible. Bob said to Carlson, he's definitely dead. I observed from a distance that the white male, who was in good shape and had lots of tattooes seemed to have a 3"-4" slash across the carotid artery, it was difficult to tell due to the amount of blood. I could hear a woman crying hysterically in the background. I also saw a brown dog sitting on a blanket in the kitchen. After that, we helped to secure the scene with the yellow crime scene tape.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____

Page 1 of 2 Pages

MASTER COPY

3-16 Initial Disclosures - 000440

SP-630-C-1 REV. 9/83

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number A85-436535

STATEMENT OF __MARK A. MORSEY__ (Cont.)

When I first came into the kitchen, I also observed Anita and one of the Police officers at a door to my left. They were pushing on the door trying to force it open. It didn't just swing open they had to push on it. Once it was open, we used that route through the house to avoid contaminating the area around the body.

I also observed a picture that was crooked above the body and what appeared to be bloody handprints or marks on the wall.

After that, more people came and we helped run an evidence line. As we walked by the dark colored car that was parked facing the rear door of the house, Bob touched the hood and remarked that the hood was hot.

At one point, I walked through the kitchen, dining room and living room and at the bottom of the stairs, I listened to check on Anita to make sure everything was ok.

Within ten minutes, the woman who lived there, came downstairs and retrieved a fur coat that was in the dining room on one of the chairs closest to the living room. She then went upstairs.

After that, the doctor came and more Police arrived. Bob O'Rourke did use the phone to notify the answering service as we thought it best not to use the ambulance radio.

To my best recollection, that is the events that transpired that morning.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____