# EXHIBIT N

PLAINTIFF'S EXHIBIT
103
12/6/21

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

**CONTINUATION OF INVESTIGATION REPORT**

cpl

CASE NUMBER: A85-436535

HOMICIDE

☒ SUPPLEMENTARY

INTERVIEW: GEORGE BURKHART   DOB-12/16/65
Falls Village, CT   (824-0276)

On 12/2/85 at approx. 8:20am, George Burkhart arrived at the New Milford P.D. so the Police could conduct an interview with him. At approx. 8:32, this Officer conducted the interview and Burkhart gave this Officer a written and sworn to statement as to his knowledge of what had taken place at the Carr residence. Burkhart informed me that he spent the night at his apartment in Portchester, N.Y. That at approx. 5:00am his father Richard Burkhart called him and woke him up. His father told him that Diana Columbo had called him. She was very hysterical so he did not really know what had exactly happened. His father thought that Diana's father, Charlie might be dead. He had bad lungs and thought that Charlie might have coughed up his lungs. He wanted George to go to the house to clean up the blood that might be there. He went to Charlie's house and was met by his father. He learned then that something else might have happened to Charlie. His father asked him to hang around the house and wait to get the last dog that was still inside the house. George related that he worked with Charlie quite a bit. He felt that Charlie was a very easy going guy that would not look or cause trouble, but would walk away from it if necessary.

1 of 1

12/4/85

MASTER COPY