# EXHIBIT O

PLAINTIFF'S EXHIBIT
9
8/11/21 EC

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP 307 C  REV. 1/83

**CONTINUATION OF INVESTIGATION REPORT**

cpl

mc-2

| CASE NUMBER | INCIDENT TYPE | | | | | | |
|---|---|---|---|---|---|---|---|
| A85-436535 | HOMICIDE | ☐ PROSECUTOR'S REPORT HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING | |

**ACTION TAKEN:**

On 5/22/86 at approx. 8:00pm an unknown male called my home residence to give me some information. The voice sounded like a white male between 25-45 years of age. He stated, "If you want to know who did the New Milford murder it was a guy called Richard Burkhart." He further stated that it took place about 4:00am. He said Burkhart was a sociopath and that he had tried to kill this caller on some other occasion. He stated Burkhart's girlfriend did some time for him and that girl was the victim's daughter. He further stated that the people we thought did the thing were only burglars and didn't do the murder. This is all I can recall from the conversation.

| STATUS OF CASE | | | | | CODE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | | | 1 of 1 | |
| | | | | | | 742 | 5/22/86 | | |

MASTER COPY

JUN 0 2 1986