UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                    Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                    Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>October 22, 2024 |

## **JOINT MOTION FOR A TELEPHONIC STATUS CONFERENCE**

On behalf of all parties, the Plaintiffs move for a telephonic status conference at the Court's earliest convenience. In support of this motion, the Plaintiffs state the following:

1. Through the persistent efforts of Magistrate Judge Richardson, Shawn Henning and the Town Defendants have reached an agreement in principle to settle this matter.

2. According to required Town of New Milford procedures, the settlement has to be approved through a process involving the Town Council, the Board of Finance and a special meeting of town citizens, during which the citizens will vote to approve or reject the settlement. It is expected that the settlement process will extend into December of this year.

3. The parties wish to discuss with the Court the current trial schedule in light of this development.

4. At this time, Plaintiff Birch and the Town Defendants have not agreed to and do not foresee a settlement.

1

Respectfully submitted,
THE PLAINTIFFS

By: /s/ Craig A. Raabe
IZARD, KINDALL & RAABE LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, Connecticut 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
204 Radcliff Drive
Nyack, NY 10960
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*

By: /s/ Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*