UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>      Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>      Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>December 11, 2024 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement between Plaintiff Shawn Henning and Defendants Town of New Milford and Steven Jordan, all parties hereby stipulate to dismissal of Mr. Henning's claims with prejudice and without fees or costs to any party. This Joint Stipulation of Dismissal does not include any claims that Ralph Birch has asserted.

                Respectfully submitted,

                SHAWN HENNING, PLAINTIFF

                By: */s/ Craig A. Raabe*
                IZARD, KINDALL & RAABE LLP
                Craig A. Raabe (ct04116)
                Seth R. Klein (ct18121)
                29 South Main Street, Suite 305
                West Hartford, Connecticut 06107
                (860) 513-2939
                craabe@ikrlaw.com

                W. JAMES COUSINS, P.C.
                W. James Cousins (ct06382)
                54 Danbury Road, Suite 413
                Ridgefield, Connecticut 06877
                (203) 205-0622

2

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
204 Radcliff Drive
Nyack, NY 10960
(914) 714-0543


TOWN OF NEW MILFORD
AND STEVEN JORDAN,
DEFENDANTS


    */s/ Elliot B. Spector*
Elliot B. Spector (ct05278)
Jeffrey O. McDonald (ct28195)
Forrest Noirot
Hassett & George, P.C.
945 Hopmeadow Drive
Simsbury, CT 06070
Tel. No.: (860) 651-1333
ebspector87@gmail.com