UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>       Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>       Defendants. | No.  3:20-CV-1790 (VAB) |

**MOTION FOR ADMISSION OF ALYSSA ISIDORIDY
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(e), the undersigned counsel for Plaintiff hereby respectfully moves this Court to permit Alyssa Isidoridy to be admitted to practice *pro hac vice*, for all purposes, in the above-captioned matter.

The Declaration of Alyssa Isidoridy in support of this motion, attached hereto as Exhibit A, sets forth the following facts:

1. Ms. Isidoridy is an attorney at Kaufman Lieb Lebowitz & Frick LLP, located at 18 East 48th Street, Suite 802, New York, NY 10017.  Her telephone number is (646) 580-1690. Her fax number is (646) 933-1184. Her email address is aisidoridy@kllflaw.com.

2. There are no disciplinary proceedings pending against Ms. Isidoridy in any jurisdiction; no discipline has previously been imposed on Ms. Isidoridy in any jurisdiction; and Ms. Isidoridy is a member in good standing of the New York Bar, where she was admitted in 2018. Her record of admission is maintained by the Appellate Division, First Department, 27 Madison Ave., New York, NY 10010, and her bar identification number is 5702311.

3. Upon the submission of this motion, Ms. Isidoridy will make a payment to the Clerk of this Court of a fee of $200.00, which shall be placed in a fund maintained by the Clerk pursuant to the Plan for the Administration of the Non-Appropriated Fund as provided by Local Civ. Rule 83.1(e)(1)(e).

4. A certificate of her good standing from New York, the state in which Ms. Isidoridy has her primary office, is filed in support of this motion, attached hereto as Exhibit B.

5. The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

6. Ms. Isidoridy designates the undersigned, Douglas E. Lieb, 18 East 48th Street, Suite 802, New York, New York 10017, as her agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission.

7. Ms. Isidoridy has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Ms. Isidoridy understands that if this motion is granted and she is admitted to practice in this Court *pro hac vice*, she will be bound by the Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

WHEREFORE, based on the foregoing, the undersigned respectfully moves that Alyssa Isidoridy be admitted, *pro hac vice*.

Dated: January 10, 2025                              Respectfully submitted,

                                                            /s/ *Douglas E. Lieb*
                                                    Douglas E. Lieb, ct31164
                                                    Kaufman Lieb Lebowitz & Frick LLP
                                                    18 East 48th Street, Suite 802
                                                    New York, New York 10017
                                                    (212) 660-2332
                                                    dlieb@kllf-law.com