# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>       Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>       Defendants. | No. 3:20-CV-1790 (VAB)<br><br>DECLARATION OF ALYSSA D. ISIDORIDY |

  Alyssa D. Isidoridy declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746:

  1. I am an attorney for the Plaintiff, Ralph Birch, in this case.

  2. I am an attorney at Kaufman Lieb Lebowitz & Frick LLP, located at 18 East 48th Street, Suite 802, New York, NY 10017. My telephone number is (212) 660-2332. My fax number is (646) 933-1148. My email address is aisidoridy@kllflaw.com.

  3. There are no disciplinary proceedings pending against me in any jurisdiction, no discipline has previously been imposed on me in any jurisdiction, and I am a member in good standing of the New York Bar, where I was admitted in 2018. My record of admission maintained by the Appellate Division, First Department, 27 Madison Ave., New York, NY 10010, and my bar identification number is 5702311.

  4. Upon submission of the attached motion, I will make a payment to the Clerk of this Court of a fee of $200.00, which shall be placed in a fund maintained the Clerk pursuant to the Plan for the Administration of the Non- Appropriated Fund as provided by Local Civ. Rule 83.1(e)(1)(e).

5. I am filing with the Clerk of the Court a certificate of my good standing from New York, the state in which I have my primary office, with this motion.

6. The granting of the attached motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

7. I hereby designate Douglas E. Lieb, 18 East 48th Street, Suite 802, New York, New York 10017, as my agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I understand that if the attached motion is granted and I am admitted to practice in this Court pro hac vice, I will be bound by the Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 10, 2025

Alyssa Isidoridy
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
aisidoridy@kllflaw.com