UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RALPH BIRCH,<br><br>                    Plaintiff,<br><br>          v.<br><br>TOWN OF NEW MILFORD et al.,<br><br>                    Defendants. | No. 3:20-CV-1790 (VAB)<br><br>January 10, 2025 |

**CONSENT MOTION TO SET PROPOSED DEADLINES FOR
ADDITIONAL AND/OR AMENDED PRETRIAL FILINGS**

Counsel for the remaining parties, Plaintiff Ralph Birch and Defendants Town of

New Milford, Steven Jordan, and Robert Santoro as Administrator of the Estate of

David Shortt, have conferred and agree that, in light of the fact that the March 10 trial of

this action will now involve only Mr. Birch's claims, some additional and/or amended

pretrial filings may be appropriate.

With the consent of Defendants, Plaintiff therefore respectfully requests that the

Court set the following deadlines:

- **February 5, 2025**: Deadline for (1) Revised Joint Trial Memorandum with

    updated witness and exhibit lists and objections; (2) Any revised proposed

    jury instructions or verdict forms; and (3) Any additional motions in limine;

- **February 14, 2025**: Deadline for opposition to any additional motions in

    limine;

- **February 19, 2025**: Deadline for replies in further support of any additional

    motions in limine.

We thank the Court for its attention to this matter and look forward to the previously scheduled Final Pretrial Conference on February 26, 2025.

Dated:        January 10, 2025

                                              PLAINTIFF RALPH BIRCH

                                              By: */s/ Douglas E. Lieb*

                                              KAUFMAN LIEB LEBOWITZ & FRICK LLP

                                              David A. Lebowitz, *pro hac vice*
Douglas E. Lieb, ct31164
Alyssa Isidoridy, *pro hac vice* pending

18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332
dlebowitz@kllf-law.com
dlieb@kllf-law.com
aisidoridy@kllf-law.com

2