# Exhibit B

*Policeman Retires After Closing His Toughest Case*,
Waterbury Sunday Republican, September 3, 1989



Waterbury Sunday Republican, September 3, 1989—B3

**LOCAL:** Canaan, Oxford, Plymouth, Torrington

# Policeman retires after closing his toughest case

By BRIGITTE RUTHMAN
Staff Writer

CANAAN — When he joined the state police in 1964, Andrew Ocif wanted to solve a murder and a bank robbery.

He helped catch his first bank robbers in 1970. After investigating 20 murders, he solved the one he considered most difficult earlier this year.

So after 25 years of police work that have involved him in some of the state's most notorious crimes, he retired Thursday.

Ocif, 49, delayed his retirement until Ralph Birch and Shawn Henning were convicted of stabbing a New Milford man in a botched burglary four years ago. The victim's daughter, Diana Columbo, singled out Ocif for his diligence in pursuing the case for more than three years.

Although they were suspects from the beginning, only circumstantial evidence linked the two men to the murder scene. Ocif visited Birch's grandmother in Illinois and "did a lot of convincing" to win her confidence and pivotal statements that led to the convictions.

"Every case is solvable," he said.

In a letter to Major Crime Squad Lt. James Hiltz, Assistant State's Attorney David Shepack said the case would never have been solved without Ocif's "dedicated professionalism."

His key role in a dramatic bank robbery and car chase was played out 19 years ago, when he found three robbery suspects in Sharon. Ocif, then Kent's resident trooper, followed a hunch and found the getaway car along Route 341. Several officers joined in the chase that ensued along Route 22 in New York state. Two of the suspects shot at police and Ocif fired back, the only time he ever fired his gun in the line of duty.

The chase ended when a tractor trailer was pulled across the road to block the suspects' path.

Ocif received a teletype message of thanks from then-Commissioner Leo Mulcahy, but still feels slighted for not receiving an award.

After he graduated from New Milford High School, Ocif spent four years in the Air Force and two years as a bank teller and computer operator at the Litchfield National Bank in New Milford. That experience proved crucial in later fraud and embezzlement investigations.

Assigned to Troop B in Canaan in 1965, Ocif developed a knack for investigative work under the booming voice of Sgt. Victor Kielty. His first years as a rookie were spent working long hours when there was "no such thing as overtime."

"If something happened and they didn't have enough manpower, you got the assignment," he said. "You were lucky to work 12 to 13 hours (a day). They'd forget about you sitting out there."

By 1966 he was ready for a new job. It was about then that the union won a 50-hour work week.

Assigned to Kent as resident trooper in 1968, he developed a unique rapport with residents who always had access to his listed home telephone number. It is where he still lives with his wife, Donna, and two daughters.

He went to work for the Chief State's Attorney's Office in 1978 after the collapse of the Hartford Civic Center roof to investigate the source of "mysterious cables" found in the building. No criminal angle emerged, he said, but "someone would have gone to jail" if anyone had died in the collapse.

He earned a bachelor's degree in criminal justice in 1979 and moved to the statewide Bureau of Criminal Investigations, where he investigated municipal corruption. From 1981 to 1984 he served in the Special Revenue Investigative Unit, where he conducted extensive background and character investigations on applicants for legalized gambling licenses.

In 1984 he won an appointment to the highly touted Western District Major Crime Squad, a job that put him on call 24 hours a day to work on the district's most serious crimes. Investigating crime scenes had developed into highly specialized work that combined effective teamwork, forensic knowledge and exhaustive interviews.

"No one crime is solved alone," he said.

He developed a keen thoroughness and was driven by the reward that convictions can sometimes bring. But they will never erase the haunting memories of a vicious side of life that most never see, like the brutal 1979 slaying of 12-year-old Katherine Ebersold by 16-year-old Ron Neuhausser in Burlington.

Like most of his former co-workers, he supports the death penalty. Experience, not cynicism, has left him believing that "anything man has control over is up for corruption" and that trust should not be implicit. He believes people have a right to be secure in their homes.

He left behind only one unsolved case: the 1952 disappearance of Connie Smith, a case he took over when new developments emerged last year. The homesick camper vanished on her way from Camp Sloane to Lakeville. The case, and Ocif, were featured on national television last year.

Hiltz, who will see three senior members of his team retire this fall, praised Ocif's meticulous attention to detail, his dedication and his compassion for victims, which has been "his driving force."

The experience that Ocif, Detective Robert Caulkins and Sgt. Robert Connor take with them will leave a void that will take years to fill, Hiltz said.

But Ocif thinks it's time to go. He is considering a number of job offers and the possibility of pursuing a completely different career.

"I've got a niece getting married Sept. 30," Ocif said. "I know I'll be at the wedding. I could never plan it that way before."



Andrew Ocif
Every case solvable