

S  E OF CONNECTICUT
DE ARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
SP-302-C REV. 1/83

# CONTINUATION OF INVESTIGATION REPORT

| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT ☐ HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |
|---|---|---|---|---|---|---|
| A-85-436535 | Murder | | | | | |

**WITNESS:**    LARSON, Bruce., Chief
Herscher, Illinois Police Dept.
Herscher, Illinois
Ph# 815-426-2131

**ACTION TAKEN:**    On 09-16-88, Chief Larson was contacted by MS. LISA
POMBERT, the Notary Public who had notarized MRS.
HENNING'S statement after this officer and Det. Siedel
had departed. She told Chief Larson that her brother,
TIMOTHY SAATHOFF, had been SHAWN HENNING'S friend when
SHAWN lived in Herscher with his grandparents. POMBERT
stated that her brother had made the statement that SHAWN
had called him and told Timmy that he had been involved
in a murder, but, that he (SHAWN) had not committed it.

CHIEF LARSON attempted to obtain a statement from TIMOTHY
SAATHOFF by setting up an appointment to interview him
on 09-20-88, however, SAATHOFF did not show up. On 10-12-88,
SAATHOFF was interviewed and a typed statement was obtained
which was notarized by LISA POMBERT.

The statement and a report from Chief Larson was sent via
the U.S. mail and was received by this officer at Troop L,
Litchfield on 10-17-88. The report is attached to this
report. The statement is attached to a report listed under
TIMOTHY SAATHOFF'S name.

CASE OPEN

| STATUS OF CASE | 1. ACTIVE 2. CLEARED ARREST | 3. SUSPENDED 4. X-CLEARED | F. FUGITIVE 6. NO CRIMINAL ASPECT | CODE 1 | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 USED.) | PAGE NUMBER 1 of 1 |
|---|---|---|---|---|---|---|
| SUPERVISOR'S SIGNATURE | | ID NO. 106 | INVESTIGATING TPR'S SIGNATURE | | ID NO. 368 | DATE OF REPORT 10-24-88 |

| 1 Complainant's Name (Firm Name if Business) | 2 Case No |
|---|---|
| Detective Andy O'Cif Connecticut State Police Trp L Litchfield, CT. 06759 | M87-08219 M88-09574 |

| 3. Complainant's Residence Address | City  State | 4. Res. Phone | 5. Offense or Incident | 6. Classification (Ofc. Use) |
|---|---|---|---|---|
| | | | Agency Assist | |

| 7. Reporting Person | 8. Res. Phone | 9. Date and Time Received |
|---|---|---|
| Bruce E. Larson | (815) 426-2004 | 10/12/88   1000 hrs |

| 10. Reporting Person's Address | City  State | 11. Bus. Phone | 12. Date and Time of Original Incident |
|---|---|---|---|
| Herscher Police Dept. 272 E. 2nd St. Herscher Illinois 60941 | | (815) 426-2131 | Original Agency Assist Misc. Rpt 08/05/87 |

13. Narrative: Supplementary Information Received

Reporting Person, R/O, was requested to assist the above Compl. in reference to gathering information from local Herscher sources to assist in a murder investigation in the Compl.'s jurisdiction.

On 09/16/88 after meeting with the Compl. and K.J. Siedel of the Conn. State Police and Mrs. Lawrence Henning of Herscher, R/O contacted Lisa Pombert to notorize a statement that Mrs. Henning had made to the Compl. and Siedel. Pombert notorized the statement and then all parties involved left the Police Department. Later, the same day, Pombert contacted R/O and questioned as to whether the incident involved Shawn Henning. R/O advised her that it did and that Shawn was in trouble in Connecticut. Pompert then stated that her brother, Timothy Saathoff had been a friend of Shawn's when he lived in Herscher, and that Shawn had called Timothy a couple of times since he had left the area. Pombert also stated that her borther had made the statement that Shawn had called and told him, Timothy, that Shawn had been involved in a murder, but that he hadn't committed the murder. R/O later attempted to contact Timothy Saathoff in order to set up a time to interview Saathoff and find out what Henning had stated to him. An appointment was set-up for September 20, 1988, for Saathoff to meet with R/O at the Herscher Police Department. On September 20, 1988 Saathoff did not meet with R/O, R/O made several attempts to contact Saathoff in order to set-up another appointment but was unable to contact Saathoff. On 10/11/88 R/O contacted Saathoff and arrangements were made to meet with R/O at 1000 hrs on 10/12/88 at the Herscher Police Department. On 10/12/88 at approximately 1000 hrs R/O met with Saathoff at the Herscher Police

| Reporting Officer    No. | 2nd Officer | No. | 15. Supervisor Approving | No. |
|---|---|---|---|---|
| Bruce E. Larson 501 | | | Police Chief, HPD | |

2 Case No.

| UNFOUNDED | CLEARED BY ARREST | EXCEPTIONAL CLEARANCE | PENDING |
|---|---|---|---|

CASE STATUS N/A

(page #1 of 2)

| FOLLOW-UP REPORT | HERSCHER POLICE HERSCHER, ILLINOIS | 1. Complainant's Name (Firm Name if Business) O'Cif | 2. Case No M87-08219 M88-09574 |
|---|---|---|---|

| 3. Complainant's Residence Address Conn. State Police | City State | 4. Res. Phone | 5. Offense or Incident Agency Assist | 6. Classification (Ofc. Use) |
|---|---|---|---|---|

| 7. Reporting Person R/O | 8. Res. Phone | 9. Date and Time Received 10/12/88 1000 hrs |
|---|---|---|

| 10. Reporting Person's Address | City State | 11. Bus. Phone | 12. Date and Time of Original Incident |
|---|---|---|---|

13. Narrative: Supplementary Information Received

Department. Saathoff was briefed on the situation concerning Henning at which time Saathoff advised that the information Pombert had given was true. Saathoff stated that Henning had called him approximately 2 1/2 to 3 years ago and made the statement that he, Henning, had been at the scene of a murder while burglarizing a house. Saathoff advised that Henning stated that he had not committed the murder, but he had been there. Henning did not say who had committed the murder. R/O then reqested Saathoff give a written statement in reference to the telephone conversation. Saathoff agreed and R/O typed the statement for him. Upon completion of the statement, Saathoff made the comment that Henning would cover for anybody before he would tell on them. Saathoff's statement was notorized and mailed to the Compl. for furhter use in the investigation.

| | |
|---|---|
| Timothy P. Saathoff | Lisa Pombert |
| W/M DOB: 01/19/68 | 295 Vernon St. |
| 469 E. Smith St. | Herscher, IL. 60941 |
| Bonfield, IL. 60913 | Ph# (815)426-2228 |
| Ph# (815)937-5610 | |

| Reporting Officer Bruce E. Larson | No. 501 | 2nd Officer | No. | 15. Supervisor Approving Herscher Police Chief | No. |
|---|---|---|---|---|---|

2 Case No.

| CASE STATUS: N/A | UNFOUNDED | CLEARED BY ARREST | EXCEPTIONAL CLEARANCE | PENDING |
|---|---|---|---|---|

page #2 of 2


| CASE NUMBER | INCIDENT TYPE | PROSECUTOR'S REPORT ☐ HAS BEEN SENT | ☒ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☐ CLOSING |
|---|---|---|---|---|---|---|
| A-85-436535 | Murder | | | | | |

WITNESS:  SAATHOFF, Timothy., P.
469 E. Smith Street
BONFIELD, ILLINOIS
DOB: 01-19-68
Ph# 815-937-5610

On 10-12-88, the aforementioned subject was interviewed
by Chief Bruce Larson of the Herscher, Illinois P.D.
Timothy told Chief Larson that he had received phone
calls over the past couple of years from SHAWN HENNING.
He also told him that SHAWN had called about two and
one half years ago stating that he was in jail again,
but, it was for a murder that he did not commit. SHAWN
told him that he had broken into a house with another
guy and that a murder took place while they were there,
however, he (SHAWN) did not commit the murder. A typed
statement was then obtained from MR. SAATHOFF by Chief
Larson which was notarized by LISA POMBERT.

This statement is attached to this report.

| STATUS OF CASE | 1. ACTIVE  2. CLEARED ARREST | 3. SUSPENDED  4. X-CLEARED | F. FUGITIVE  8. NO CRIMINAL ASPECT | CODE 1 | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 USED) | PAGE NUMBER 1 of 1 |
|---|---|---|---|---|---|---|
| SUPERVISOR'S SIGNATURE | | ID NO. | INVESTIGATING TPR'S SIGNATURE | | ID NO. 368 | DATE OF REPORT 10-24-88 |