**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RALPH BIRCH | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ET AL | : | |
| | : | |
| *Defendants* | : | |
| | : | |
| | : | |
| | : | FEBRUARY 24, 2025 |

## **REQUEST FOR CONTINUANCE OF PRETRIAL**

Defendants, Town of New Milford, Steven Jordan and the Estate of David Shortt, through counsel, move for a continuance of the Pretrial scheduled for February 26, 2025 to March 3, 2025. Counsel for Defendants is on trial at the New Haven Superior Court in the matter of *Stearns v. The Greens Association (Doc. #NNH-CV22-61020395-S).*

Counsel for Plaintiff consents to the requested adjournment in light of defense counsel's schedule, while respectfully noting that the Court's ruling concerning the motion in limine at ECF No. 271 would be helpful at the Court's earliest opportunity, as it affects the travel plans of numerous expert witnesses.

WHEREFORE, Defendants respectfully request that the continuance be granted and the February 26, 2025 pretrial be adjourned to March 3, 2025.

1

E

          DEFENDANTS, NEW MILFORD, STEVEN JORDAN and THE ESTATE OF DAVID SHORTT

          By: /s/
Jeffrey O. McDonald, Esq.
Federal Bar #ct28195
Hassett & George, P.C.
945 Hopmeadow Drive
Simsbury, CT 06070
(860) 651-1333
jmcdonald@hgesq.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RALPH BIRCH | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, ET AL | : | |
| *Defendants* | : | |
| | : | |
| | : | |
| | : | |
| | : | FEBRUARY 24, 2025 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date first above a copy of the foregoing **TOWN DEFENDANTS' REQUEST TO CONTINUANCE OF THE PRETRIAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    BY /s/
Jeffrey O. McDonald
Federal Bar #ct28195
Hassett & George, P.C.
945 Hopmeadow Drive
Simsbury, CT 06070
(860) 651-1333
jmcdonald@hgesq.com

*S:\Insurance Defense\CIRMA\Birch v. New Milford\NewMilford.Birch-Henning\Pleadings - Birch\pleadings\DOCs\2021\Request for Continuance of Pretrial.docx*