# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br>February 26, 2025 |

## **CONSENT MOTION FOR ORDER**

This firm represents Plaintiff Ralph Birch. On consent of all parties, Plaintiff moves the Court to enter the proposed order attached hereto as Exhibit 1. In support of this motion, Plaintiff states the following:

1. On January 31, 2025, Plaintiff served upon the Clerk of Court, Rockville Superior Court, G.A. 19, in Rockville, CT, a subpoena for the entire court file (including all exhibits) from Plaintiff's 2015 habeas trial.

2. The court file includes several physical exhibits.

3. To facilitate the transfer of the file and exhibits out of state custody, the State of Connecticut Judicial Branch ("CT Judicial Branch") has requested that the Court enter the proposed order, which details certain procedures regarding the transfer to and storage of the exhibits at the Richard C. Lee United States Courthouse in New Haven, CT.

4. The language of the proposed order was developed in consultation with Steven Bidwell, Counsel, Legal Services of the CT Judicial Brach Superior Court Operations Division.

5. All parties to this action consent to this request.

1

Respectfully submitted,

By: /s/ *Alyssa Isidoridy*
KAUFMAN LIEB LEBOWITZ
& FRICK LLP
Alyssa D. Isidoridy, *pro hac vice*
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb, (ct31164)
18 E. 48thStreet, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT. 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*