UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>       Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>       Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>February 26, 2025 |

## ORDER RE STORED EXHIBITS

  With respect to the documents and things that the parties wish to have stored in the Exhibit Room located at the Richard C. Lee United States Courthouse, Clerk's Office, 141 Church St, New Haven ("New Haven Clerk") the following procedures shall apply:

  1. A representative from the Tolland Judicial District Chief Clerk's Office shall deliver subpoenaed materials, including the entire court file and all exhibits from the November-December 2015 joint habeas trial of Ralph Birch and Shawn Henning before Hon. Samuel J. Sferrazza ("the File and Exhibits"), to the New Haven Clerk on or before March 7, 2025.

  2. Except as provided below, the File and Exhibits shall be contained in unsealed bankers boxes. Upon entry into the Courthouse all material in the bankers boxes shall be made available for inspection by the Court Security Officers.

  3. After inspection of the material by the Court Security Officers, the representative from the Tolland Judicial District Chief Clerk's Office shall seal the banker boxes with tape.

  4. Each of the bankers boxes shall be labeled with the caption of the case including the civil action file number.

  5. The state court and federal court shall coordinate the handling of exhibits to ensure that the state court retains access to the File and Exhibits, as necessary, while respecting the federal court's custodial responsibilities.

  6. The File and Exhibits shall be returned to G.A. 19, located at 20 Park Street, Rockville, CT, 06066, at the later of 45 days after a final judgment or 45 days after the time to file the final appeal has expired. For purposes of this paragraph, a "final judgment" shall mean a judgment that has not been vacated or reversed after all appeals therefrom have been decided.

7. Counsel of record for the plaintiff and defendant are permitted access to the File and Exhibits deposited in the Exhibit Room. For all others, access to the material deposited in the Exhibit Room may be permitted by the written consent of counsel of record for the plaintiffs and the defendants or further Order of the Court.

8. There shall be a log maintained which states the date, in/out time and identity of each person who has been granted access to the material.

9. After any person has been granted access to the material, that person shall return the material to the bankers box from which it was removed and the bankers box shall be sealed again in the manner provided in paragraph 3 above.

It is so ordered.

Dated this ____ day of _____, 20___ at _____, Connecticut.

_____
Hon. Victor A. Bolden
United States District Judge