UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                    Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                    Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>March 3, 2025 |

## SECOND MOTION FOR ORDER

This firm represents Plaintiff Ralph Birch, who moves the Court to enter the revised proposed order attached hereto as Exhibit 1. In support of his motion, Plaintiff states the following:

1. This is Plaintiff's Second Motion. *See* ECF No. 281.

2. Pursuant to the Court's Order, ECF No. 282, and directions at the Pretrial Conference dated March 3, 2025, the revised proposed order is narrowed in scope and limited to the transfer and storage of eight physical exhibits from Plaintiff's habeas trial. It also explicitly permits the use of the exhibits in open court. Ex. 1 ¶ 10.

3. All parties to this action and the State of Connecticut Judicial Branch consent to this request.

Respectfully submitted,

By: */s/ Alyssa Isidoridy*
KAUFMAN LIEB LEBOWITZ &
FRICK LLP
Alyssa D. Isidoridy, *pro hac vice*
David A. Lebowitz, *pro hac vice*
Douglas E. Lieb (ct31164)
18 E. 48th St., Suite 802
New York, NY 10017
(212) 660-2332

1