UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>                    Plaintiff,<br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>                    Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>March 3, 2025 |

## ORDER RE STORED EXHIBITS

The parties wish to have several relevant subpoenaed exhibits from the November-December 2015 joint habeas trial of Ralph Birch and Shawn Henning before Hon. Samuel J. Sferrazza stored in the Exhibit Room located at the Richard C. Lee United States Courthouse, Clerk's Office, 141 Church St, New Haven ("New Haven Clerk"). These include Habeas Exhibits 26 (Pony sneakers); 28 (Subzero work boots); 29 (Texas Steer work shoes); and 158a-e (five heel molds) (the "Relevant Exhibits"). With respect to the Relevant Exhibits, the following procedures shall apply:

1. A representative from the Tolland Judicial District Chief Clerk's Office shall deliver the Relevant Exhibits to the New Haven Clerk on or before March 7, 2025.

2. Except as provided below, the Relevant Exhibits shall be contained in unsealed bankers boxes. Upon entry into the Courthouse all material in the bankers boxes shall be made available for inspection by the Court Security Officers.

3. After inspection of the material by the Court Security Officers, the representative from the Tolland Judicial District Chief Clerk's Office shall seal the banker boxes with tape.

4. Each of the bankers boxes shall be labeled with the caption of the case including the civil action file number.

5. The state court and federal court shall coordinate the handling of exhibits to ensure that the state court retains access to the Relevant Exhibits, as necessary, while respecting the federal court's custodial responsibilities.

6. The Relevant Exhibits shall be returned to G.A. 19, located at 20 Park Street, Rockville, CT, 06066, at the later of 45 days after a final judgment or 45 days after the time to file the final appeal has expired. For purposes of this paragraph, a "final judgment" shall mean a judgment that has not been vacated or reversed after all appeals therefrom have been decided.

7. Counsel of record for the plaintiff and defendant are permitted access to the Relevant Exhibits deposited in the Exhibit Room. For all others, with the exception of paragraph 10, below, access to the material deposited in the Exhibit Room may be permitted by the written consent of counsel of record for the plaintiffs and the defendants or further Order of the Court.

8. There shall be a log maintained which states the date, in/out time and identity of each person who has been granted access to the material.

9. After any person has been granted access to the material, that person shall return the material to the bankers box from which it was removed and the bankers box shall be sealed again in the manner provided in paragraph 3 above.

10. Nothing herein should be construed to prohibit the Relevant Exhibits from being displayed and utilized in open court and admitted into evidence. To the extent the Relevant Exhibits are admitted into evidence, the jury shall be permitted to examine them upon request at the discretion of the Court.

It is so ordered.

Dated this ____ day of _____, 20___ at _____, Connecticut.

_____
Hon. Victor A. Bolden
United States District Judge