UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br>    *Plaintiff*,<br><br>    v.<br><br>TOWN OF NEW MILFORD et al.,<br>    *Defendants*. | No. 3:20-cv-1790 (VAB) |

**SUPPLEMENTAL VOIR DIRE QUESTIONNAIRE**

Now I am going to ask you another series of questions. Before asking them, I am going to provide you with a little bit of background information on the case that will be tried.

This is a civil lawsuit. The party who brings a civil lawsuit is called the plaintiff. In this case, the Plaintiff is Ralph Birch.

A party who is sued is called a defendant. In this case, the Defendants are Steven Jordan, Robert Santoro as Administrator of the Estate of David Shortt, and the Town of New Milford.

This is a civil rights case under 42 U.S.C. § 1983 with supplemental state law claims. Mr. Birch asserts § 1983 causes of action for suppression of material favorable evidence and failure to intervene to prevent the deprivation of liberty based upon fabricated evidence. He also asserts state law causes of action for negligence and negligent infliction of emotional distress.

I am now going to introduce you, by name generally, to the attorneys, parties, and potential witnesses in this case. For these questions, and those that follow, I will just need to raise your hand, if you have anything responsive to any of these questions. If necessary, we will follow up with you individually.

1. Does anyone know or know anyone who knows Mr. Ralph Birch, the Plaintiff?

2. Mr. Birch is represented by David A. Lebowitz, Douglas E. Lieb, and Alyssa Isidoridy from the law firm Kaufman, Lieb, Lebowitz & Frick LLP. Does anyone know or know

anyone who knows Mr. Lebowitz, Mr. Lieb, Ms. Isidoridy or anyone affiliated with their law firm, Kaufman, Lieb, Lebowitz & Frick LLP?

3. Two of the Defendants in this case are Steven Jordan, a former member of the New Milford Police Department, and Robert Santoro as Administrator of the Estate of David Shortt who was also a member of the Town of New Milford Police Department. Does anyone know or know anyone who knows Mr. Jordan, Mr. Santoro, or knew Mr. Shortt?

4. Another Defendant in this case is the Town of New Milford. Does anyone know or know anyone who knows anyone who works for the Town of New Milford?

5. The Defendants are represented by Elliot B. Spector, Jeffery O. McDonald, and Forrest Noirot from the law firm Hassett & George, P.C. Does anyone know or know anyone who knows Mr. Spector, Mr. McDonald, Mr. Noirot, or anyone affiliated with the law firm Hassett & George, P.C.?

6. Other than what you have just heard about this case in court today, has anyone heard about or is familiar with this case in any way?

7. Does anyone know anyone else in the jury pool here today?

8. The following other people are individuals who may testify or have some knowledge about the matters in this case. If you know any of these people, or know someone who knows any of these people, please raise your hand.

    a. Shawn Henning
    b. Brian Acker
    c. Michael Graham
    d. Andrew Ocif
    e. Norbert Lillis
    f. John Roma
    g. Joseph Quartiero
    h. Todd Cocchia
    i. George Heg
    j. William Bodziak
    k. Lucinda Lopes-Phelan
    l. Greg Hampikian
    m. James Hiltz
    n. Jerome Dombrowski
    o. Karen Goodrow:
    p. Christine Roy
    q. Anita (Bagot) Brearton
    r. Alfred Mencuccini
    s. Dawn Gallo Scarpelli

9. Have you, a family member or anyone close to you, ever had any experience with the Town of New Milford Police Department or the Connecticut State Police that might affect your ability to be fair and impartial in hearing this case?

10. Have you read or heard anything about the Town of New Milford Police Department or the Connecticut State Police that might affect your ability to be fair and impartial in hearing this case?

11. Have you, a family member or anyone close to you, ever worked for any municipality in the State of Connecticut, or the State of Connecticut itself?

12. Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a current or former law enforcement officer merely because they are or were a law enforcement officer?

13. Have you, a family member or anyone close to you, ever been the victim of a crime, any crime, such that it might affect your ability to be fair and impartial in hearing this case?

14. Have you, a family member or anyone close to you, ever been accused of a crime, any crime, such that it might affect your ability to be fair and impartial in hearing this case?

15. Have you, a family member or anyone close to you, ever been questioned by the police or participated in a police investigation, such that it might affect your ability to be fair and impartial in hearing this case?

16. Other than what has already been discussed, does anyone have any views about the American legal system generally, or criminal justice system in the United States specifically that might affect your ability to be fair and impartial in hearing this case?

17. Because this is a civil case, Mr. Birch must prove his case as to any of his claims by a preponderance of the evidence, that is, he must prove that his case is more likely true than not true. Does anyone know of any reason or have any belief that might affect your ability to follow my instructions with respect to what mut be proven here?

18. If Mr. Birch prevails in proving his case as to any of his claims, the Defendants may be liable to Mr. Birch in damages. If damages are to be awarded, I will instruct you on the law to follow on damages. Does anyone know of any reason or have any belief that might affect your ability to follow my instructions on damages, if you find that Mr. Birch has proven his case as to any of his claims?

19. During the case, I will instruct you on the law you must apply to any facts that you hear. Does anyone have any reason or belief, such as a moral, philosophical, ethical, religious or any other belief, that would affect your ability to follow the law, as I will instruct you?

20. If selected as a juror, does anyone have any problem following my instruction that they are not to discuss this case with anyone, read anything about this case or any of the subject matter involving it and not engage in any social media activities regarding this

case, such as posting on Facebook, X (formerly known as Twitter), Instagram, Snapchat, TikTok, or any such media outlet, until their service as a juror has concluded?

21. **FINAL QUESTION:** Aside from everything that has already been asked and discussed, does anyone know of any other reason why they could not serve on this jury?