UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH,
    *Plaintiff*,

v.

TOWN OF NEW MILFORD et al.,
    *Defendants*.

No. 3:20-cv-1790 (VAB)

**VERDICT FORM**

**Part I. LIABILITY**

    **A. 42 U.S.C. § 1983 – Failure to Intervene in the Fabrication of Evidence**

    Did Ralph Birch prove by a preponderance of the evidence that David Shortt violated his right to a fair trial by failing to intervene to prevent him from being deprived of liberty based on fabricated evidence?

    Yes: _____   No: _____

*If you have answered "No" to Part I.A., then you should proceed to answer Parts I.B. and I.C., but you should skip Part II.A. If you answered "Yes" to Part I.A., then you should proceed to answer Parts I.B. and I.C., and you will answer Part II.A.*

    **B. 42 U.S.C. § 1983 – Suppression of Material Favorable Evidence**

    Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan violated his right to a fair trial by suppressing favorable and material evidence?

    Yes: _____   No: _____

*If you have answered "No" to Part I.B., then you should proceed to answer Part I.C., but you should skip Part II.B.. If you answered "Yes" to Part I.B., then you should proceed to answer Parts I.C., and you will answer Part II.B.*

### C. Negligence

Was the harm likely to be caused to Ralph Birch by David Shortt's actions or inactions imminent and apparent to David Shortt?

Yes: _____   No: _____

Was the harm likely to be caused to Ralph Birch by Steven Jordan's actions or inactions imminent and apparent to Steven Jordan?

Yes: _____   No: _____

*If you have answered "No" to the question in Part I.C. that relates to David Shortt, then you should skip Parts I.C.1. and I.C.3. that relate to David Shortt, and proceed to either Part II or Part III, depending on your answers to Parts I.A. and I.B.*

*If you answered "Yes" to the Part I.C. question that relates to David Shortt, then you should proceed to answer Parts I.C.1. and I.C.3.*

*If you have answered "No" to the question in Part I.C. that relates to Steven Jordan, then you should skip Part I.C.1. that relates to Steven Jordan, Part I.C.2., and Part I.C.3. that relates to Steven Jordan, then you should proceed to either Part II or Part III, depending on your answers to Parts I.A. and I.B.*

*If you answered "Yes" to the Part I.C. question that relates to Steven Jordan, then you should proceed to answer Part I.C.1. that relates to Steven Jordan, Part I.C.2., and Part I.C.3. that relates to Steven Jordan.*

#### 1. Common-Law Negligence

a. Did Ralph Birch prove by a preponderance of the evidence that David Shortt is liable for common-law negligence against Ralph Birch?

Yes: _____   No: _____

b. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for common-law negligence against Mr. Birch?

Yes: _____   No: _____

2. **Statutory Negligence**

   a. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for statutory negligence against Mr. Birch?

      Yes: _____    No: _____

3. **Negligent Infliction of Emotional Distress**

   a. Did Ralph Birch prove by a preponderance of the evidence that David Shortt is liable for negligent infliction of emotional distress against Ralph Birch?

      Yes: _____    No: _____

   b. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for negligent infliction of emotional distress against Ralph Birch?

      Yes: _____    No: _____

*If you have answered "No" as to any of the questions in Parts I.C.1., I.C.2. and I.C.3., then you should skip the questions related to any such question in Part II. If you have answered "Yes" as to any of the questions in Parts I.C.1., I.C.2. and I.C.3., please proceed to answer the questions related to any such question in Part II.*

**Part II. DAMAGES**

   A. **42 U.S.C. § 1983 – Failure to Intervene in the Fabrication of Evidence**

      1. Compensatory Damages

         If you answered "Yes" as to question I.A., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by David Shortt?

         Compensatory Damages:    $ _____

      2. Punitive Damages

            a. If you answered "Yes" as to questions I.A. and II.A.1., do you find the awarding of punitive damages to Ralph Birch against David Shortt appropriate?

               Yes: ___  No: ___

3

      b. If you answered "Yes" to questions I.A., II.A.1., and II.A.2.a., what amount of punitive damages, if any, do you award Ralph Birch against David Shortt?

      Punitive Damages: $ _____

**B. 42 U.S.C. § 1983 – Suppression of Material Favorable Evidence**

  1. Compensatory Damages

  If you answered "Yes" as to question I.B., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by Steven Jordan?

  Compensatory Damages:   $ _____

  2. Punitive Damages

      a. If you answered "Yes" as to questions I.B. and II.B.1., do you find the awarding of punitive damages to Ralph Birch against Steven Jordan appropriate?

      Yes: \_\_\_  No: \_\_\_

      b. If you answered "Yes" to questions I.B., II.B.1., and II.B.2.a., what amount of punitive damages, if any, do you award Ralph Birch against Steven Jordan?

      Punitive Damages: $ _____

**C. Negligence**

  1. **Common-Law Negligence**

      a. Compensatory Damages

          (1) If you answered "Yes" as to question I.C.1.a., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by David Shortt?

          Compensatory Damages:  $ _____

    (2) If you answered "Yes" as to questions I.C.1.b., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by Steven Jordan?

    Compensatory Damages: $ _____

  b. Punitive Damages

    (1) If you answered "Yes" as to questions I.C.1.a., and II.C.1.a(1), do you find the awarding of punitive damages to Ralph Birch against David Shortt appropriate?

    Yes: \_\_\_ No: \_\_\_

    (2) If you answered "Yes" as to question I.C.1.b. and II.C.1.a(2), do you find the awarding of punitive damages to Ralph Birch against Steven Jordan appropriate?
    Yes: \_\_\_ No: \_\_\_

2. **Statutory Negligence**

 a. Compensatory Damages

 If you answered "Yes" as to question I.C.2.a., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by Steven Jordan?

 Compensatory Damages: $ _____

 b. Punitive Damages

 If you answered "Yes" as to questions I.C.2.a. and II.C.2.a., do you find the awarding of punitive damages to Ralph Birch against Steven Jordan appropriate?

 Yes: \_\_\_ No: \_\_\_

   3. **Negligent Infliction of Emotional Distress**

      a. Compensatory Damages

          (1) If you answered "Yes" as to question I.C.3.a., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by David Shortt?

          Compensatory Damages:  $ _____

          (2) If you answered "Yes" as to question I.C.3.b., what amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by Steven Jordan?

          Compensatory Damages:  $ _____

      b. Punitive Damages

          (1) If you answered "Yes" as to questions I.C.3.a. and II.C.3.a(1), do you find the awarding of punitive damages to Ralph Birch against David Shortt appropriate?

          Yes: ___ No: ___

          (2) If you answered "Yes" as to question I.C.3.b. and II.C.3.a(2), do you find the awarding of punitive damages to Ralph Birch against Steven Jordan appropriate?

          Yes: ___ No: ___

**Part III. Conclusion of Deliberations**

**Thank you.**

**Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

_____   _____ a.m./p.m.                    _____

Date            Time                                            Signature of Foreperson

6