UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL JURY SELECTION MINUTES

Date: 03/10/2025

_____Birch_____
Vs.
_____New Milford et al_____

Start Time: 8:42AM   End Time: 4:00PM
Recess (if more than ½ hr) 12:41PM to 1:41PM
Total Time: 6 hour(s) 18 minute(s)

Case #: 3:20-cv-1790 VAB
Honorable Judge: Victor A. Bolden
Deputy Clerk: Tatihana Murphy
Counsel for Pla(s): Isidoridy, Lieb, & Lebowitz,
Counsel for Dft(s): McDonal, Spector & Noirot
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: _____ Language: _____

- ☒ Jury Selection held
- ☐ Jury Selection continued until _____ at _____
- ☒ Number of jurors present 72
- ☒ Voir Dire oath administered by Clerk
- ☐ Voir Dire oath previously administered by Clerk
- ☐ Voir Dire by Court
- ☒ Peremptory challenges exercised
- ☒ Jury of 8 drawn ☒ and sworn ☒ Jury trial commences
- ☒ Remaining jurors excused
- ☐ Joint trial memorandum due _____
- ☒ Jury trial scheduled to begin on 3/11/2025 at 9:00AM.
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☒ COPY TO: Jury clerk with juror lists

**NOTES**

Rev. 4/9/24