**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date __3/11/2025_____

_____ Birch _____

Vs.

_____ New Milford et al _____

Start Time __8:58AM____ End Time __2:58PM____

Recess (if more than ½ hr) __12:00PM__ to __1:03PM__

Total Time __4____ hour(s) __57_____ minute(s)

Case # _____ 3:20-cv-1790 VAB _____

Honorable Judge __Victor A. Bolden_____

Deputy Clerk __Tatihana Murphy_____

Counsel for Pla(s) __Isidoridy, Lieb, & Lebowitz,____

Counsel for Dft(s) __McDonald, Spector & Noirot____

Reporter/ECRO/Courtsmart __Heather Ireland_____

Interpreter_____ Language _____

---

**JURY TRIAL**

☐ Jury trial begun

☑ Jury of __8____ reported.  ☐ Jury sworn  ☑ Jury remains under oath

☐ Juror # _____ excused

☑ Jury trial held  ☑ Jury trial continued until __03/12/25_____ at __9:00AM____

☐ Plaintiff(s) rests  ☐ Defendant(s) rests

☐ Summations held  ☐ Court's charge to the jury

☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories  given to jury

☐ Jury commences deliberations on _____ at _____

☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

☑ Copy of minutes and jury sign-in sheet given to Jury Clerk

---

**BENCH TRIAL**

☐ Bench trial begun

☐ Bench trial held  ☐ Bench trial continued until _____ at _____

☐ Plaintiff (s) rests  ☐ Defendant(s) rests

☐ Bench trial concluded  ☐ DECISION RESERVED

---

**MOTIONS**

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

**VERDICT**

☐ Court declares a MISTRIAL

☐ Verdict form filed

☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded

☐ Jury polled

**NOTES**