**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL JURY/BENCH TRIAL MINUTES**

Date: 3/13/2025

_____Birch_____
Vs.
_____New Milford et al_____

Start Time: 8:40AM   End Time: 3:23PM
Recess (if more than ½ hr): 11:53AM to 1:01PM
Total Time: 5 hour(s) 35 minute(s)

Case #: 3:20-cv-1790 VAB
Honorable Judge: Victor A. Bolden
Deputy Clerk: Tatihana Murphy
Counsel for Pla(s): Isidoridy, Lieb, & Lebowitz,
Counsel for Dft(s): McDonald, Spector & Noirot
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: _____ Language: _____

**JURY TRIAL**
☐ Jury trial begun
☒ Jury of 8 reported.  ☐ Jury sworn  ☒ Jury remains under oath
☐ Juror # _____ excused
☒ Jury trial held    ☒ Jury trial continued until 03/14/25 at 9:00AM
☐ Plaintiff(s) rests  ☐ Defendant(s) rests
☐ Summations held  ☐ Court's charge to the jury
☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury
☐ Jury commences deliberations on _____ at _____
☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
☒ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
☐ Bench trial begun
☐ Bench trial held  ☐ Bench trial continued until _____ at _____
☐ Plaintiff (s) rests  ☐ Defendant(s) rests
☐ Bench trial concluded  ☐ DECISION RESERVED

**MOTIONS**
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☒ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Rev. 4/11/24