## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL JURY/BENCH TRIAL MINUTES

Date: 3/14/2025

_____Birch_____
Vs.
_____New Milford et al_____

Start Time: 8:40AM   End Time: 3:59PM
Recess (if more than ½ hr): 12:00PM to 1:00PM
Total Time: 6 hour(s) 19 minute(s)

Case #: 3:20-cv-1790 VAB
Honorable Judge: Victor A. Bolden
Deputy Clerk: Tatihana Murphy
Counsel for Pla(s): Isidoridy, Lieb, & Lebowitz,
Counsel for Dft(s): McDonald, Spector & Noirot
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: _____ Language: _____

**JURY TRIAL**
- ☐ Jury trial begun
- ☒ Jury of 8 reported.  ☐ Jury sworn  ☒ Jury remains under oath
- ☐ Juror # ____ excused
- ☒ Jury trial held   ☒ Jury trial continued until 03/18/25 at 9:00AM  Charging conference parties only 3/17/25
- ☒ Plaintiff(s) rests  ☒ Defendant(s) rests
- ☐ Summations held  ☐ Court's charge to the jury
- ☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury
- ☐ Jury commences deliberations on _____ at _____
- ☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
- ☒ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
- ☐ Bench trial begun
- ☐ Bench trial held  ☐ Bench trial continued until _____ at _____
- ☐ Plaintiff(s) rests  ☐ Defendant(s) rests
- ☐ Bench trial concluded  ☐ DECISION RESERVED

**MOTIONS**
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Rev. 4/11/24