UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br>    *Plaintiff*,<br><br>    v.<br><br>TOWN OF NEW MILFORD et al.,<br>    *Defendants*. | No. 3:20-cv-1790 (VAB) |

**VERDICT FORM**

**Part I. LIABILITY – DEFENDANT DAVID SHORTT**

  **A. 42 U.S.C. § 1983 – Failure to Intervene in the Fabrication of Evidence**

  1. Did Ralph Birch prove by a preponderance of the evidence that David Shortt violated his right to a fair trial by failing to intervene to prevent him from being deprived of liberty based on fabricated evidence?

     Yes: _____   No: _____

  **B. Negligence**

  2. Was the harm likely to be caused to Ralph Birch by David Shortt's actions or inactions imminent and apparent to David Shortt?

     Yes: _____   No: _____

     *If you answered No to Question 2, skip Questions 3 and 4 and proceed to Part II. If you answered Yes to Question 2, proceed to answer Questions 3 and 4.*

  3. Did Ralph Birch prove by a preponderance of the evidence that David Shortt is liable for common-law negligence?

     Yes: _____   No: _____

  4. Did Ralph Birch prove by a preponderance of the evidence that David Shortt is liable for negligent infliction of emotional distress against Ralph Birch?

     Yes: _____   No: _____

1

**Part II. LIABILITY – DEFENDANT STEVEN JORDAN**

    **A. 42 U.S.C. § 1983 – Suppression of Material Favorable Evidence**

       5. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan violated his right to a fair trial by suppressing favorable and material evidence?

         Yes: _____     No: _____

*If you answered Yes to Question 5, skip Questions 6, 7, 8 and 9 and proceed to Part III. If you answered No to Question 5, proceed to answer Questions 6 and 7.*

    **B. Negligence**

       6. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for statutory negligence against Mr. Birch?

         Yes: _____     No: _____

       7. Was the harm likely to be caused to Ralph Birch by Steven Jordan's actions or inactions imminent and apparent to Steven Jordan?

         Yes: _____     No: _____

       *If you answered No to Question 7, skip Questions 8 and 9 and proceed to Part III. If you answered Yes to Question 7, proceed to answer Questions 8 and 9.*

       8. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for common-law negligence against Mr. Birch?

         Yes: _____     No: _____

       9. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for negligent infliction of emotional distress against Ralph Birch?

         Yes: _____     No: _____

**Part III. COMPENSATORY DAMAGES**

*Only complete this section if you answered Yes to one or more of Questions 1, 3, 4, 5, 6, 8 and 9. If you answered No all of those Questions, skip Question 10 proceed to Part IV.*

    10.   What amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by the Defendant(s)?

          $ _____

**Part IV. CONCLUSION OF DELIBERATIONS.**

**Thank you.**

**Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

_____    _____a.m./p.m.         _____

Date        Time                                 Signature of Foreperson