UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL JURY/BENCH TRIAL MINUTES

Date: March 17, 2025

Birch
Vs.
New Milford et al

Start Time: 10:15    End Time: 2:58
Recess (if more than ½ hr): 12:15 to 1:40
Total Time: 3 hour(s) 18 minute(s)

Case #: 3:20cv1790 (VAB)
Honorable Judge: Victor A. Bolden
Deputy Clerk: Diahann Lewis
Counsel for Pla(s): Isidoridy, Lebowitz, Lieb
Counsel for Dft(s): Spector, Noirot, McDonald
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: _____ Language: _____

**JURY TRIAL**
- ☐ Jury trial begun
- ☐ Jury of ____ reported.  ☐ Jury sworn  ☐ Jury remains under oath
- ☐ Juror # ____ excused
- ☒ Jury trial held    ☒ Jury trial continued until 03/18/25 at 8:30
- ☐ Plaintiff(s) rests  ☐ Defendant(s) rests
- ☐ Summations held  ☐ Court's charge to the jury
- ☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury
- ☐ Jury commences deliberations on _____ at _____
- ☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
- ☐ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
- ☐ Bench trial begun
- ☐ Bench trial held  ☐ Bench trial continued until _____ at _____
- ☐ Plaintiff (s) rests  ☐ Defendant(s) rests
- ☐ Bench trial concluded  ☐ DECISION RESERVED

**MOTIONS**
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☒ ORAL Motion Rule 50 Motion - denied w/out prejudice filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☒ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Charge conference held.
Jury not present.

Rev. 4/11/24