UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH,
*Plaintiff*,

v.

TOWN OF NEW MILFORD et al.,
*Defendants.*

No. 3:20-cv-1790 (VAB)

**VERDICT FORM**

**Part I. LIABILITY**

**A. 42 U.S.C. § 1983 – Failure to Intervene in the Fabrication of Evidence**

Did Ralph Birch prove by a preponderance of the evidence that David Shortt violated his right to a fair trial by failing to intervene to prevent him from being deprived of liberty based on fabricated evidence?

Yes: _____    No: ✓

*If you have answered "No" to Part I.A., you should proceed to answer Parts I.B. and I.C.*

**B. 42 U.S.C. § 1983 – Suppression of Material Favorable Evidence**

Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan violated his right to a fair trial by suppressing favorable evidence?

Yes: _____    No: ✓

*If you have answered "Yes" to Part I.B. then you WILL NOT answer any questions in Part I.C. that relates to Steven Jordan, but you will answer Part II.*

**C. Negligence**

Was the harm likely to be caused to Ralph Birch by David Shortt's actions or inactions imminent and apparent to David Shortt?

Yes: ✓    No: _____

1

Was the harm likely to be caused to Ralph Birch by Steven Jordan's actions or inactions imminent and apparent to Steven Jordan?

Yes: _____     No: __✓__

*If you have answered "No" to the question in Part I.C. that relates to David Shortt, then you should skip Part I.C.1.a.*

*If you answered "Yes" to the Part I.C. question that relates to David Shortt, then you should proceed to answer Parts I.C.1.a.*

*If you have answered "No" to the question in Part I.C. that relates to Steven Jordan, then you should skip Parts I.C.1.b and I.C.2.*

*If you answered "Yes" to the Part I.C. question that relates to Steven Jordan, then you should proceed to answer Parts I.C.1.b and I.C.2.*

1. **Common-Law Negligence**

    a. Did Ralph Birch prove by a preponderance of the evidence that David Shortt is liable for common-law negligence against Ralph Birch?

        Yes: __✓__     No: _____

    b. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for common-law negligence against Mr. Birch?

        Yes: _____     No: _____

2. **Statutory Negligence**

    a. Did Ralph Birch prove by a preponderance of the evidence that Steven Jordan is liable for statutory negligence against Mr. Birch?

        Yes: _____     No: _____

**Part II. DAMAGES**

*Only complete this part if you answered "Yes" to one or more of the questions in Parts I.A., I.B., I.C.1, or I.C.2. If you answered "No" to all of those Questions, skip this part and proceed to Part III.*

A. **Compensatory Damages**

1. What amount of compensatory damages, if any, do you award Ralph Birch for the injuries proximately caused by the Defendant(s)?

   Compensatory Damages: $ __5,700,000__

**B. Nominal Damages**

1. If you answered "Yes" as to any question in Part I and found that Steven Jordan and/or David Shortt are liable for injuries caused to Ralph Birch but did not award Mr. Birch any compensatory damages under question II.A.1, you must award Mr. Birch $1 in nominal damages.

   Nominal Damages:   $ _____

**Part III. Conclusion of Deliberations**

Thank you.

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.

__3/19/25__   __1:43__ a.m./__p.m.__         _____/S/_____

Date         Time                               Signature of Foreperson

3