AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Birch

V.

New Milford et al

COURT EXHIBIT LIST

Case Number: 3:20cv1790 (VAB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Victor A. Bolden, U.S. District Judge | Lieb, Lebowitz, Isidoridy | McDonald, Spector, Noirot |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/10/2025 - 3/19/2025 | Heather Ireland | Diahann Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/18/2025 | | | Court Exhibit #1 - Jury Note |
| | | 3/18/2025 | | | Court Exhibit #2 - Jury Note |
| | | 3/19/2025 | | | Court Exhibit #3 - Jury Note - Verdict |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages