United States District Court
District Court
Exhibits Log: 3:20-cv-1790 VAB
3:20-cv-1790 Birch v. New Milford et al, 3/10/2025

| EXHIBIT | DESCRIPTION |
|---|---|
| Inst-Joint-1 | Parties` Stipulated Facts |
| Def-A | Cocchia Interview Audio Recording.wav |
| Def-B | Cocchia Interview Transcript |
| Def-C | Continuation of investigative report, 7.14.88 |
| Def-D | States Attorney Agreement with Cocchia |
| Def-E | Officer Quartiero Handwritten Notes |
| Def-F | Inventory of Property Seized without a search warrant 12.4.85 |
| Def-G | Possessed Property Receipt, 12.4.1985 |
| Def-I | Receipt for seized property, 12.2.85 |
| Def-J | Continuation of Investigation Report, evidence report, 2.2.85 |
| Def-K | Return for and inventory property seized on search and seizure warrant |
| Def-L | NMPD Department General Order D.2 Order 87-2, dated 11.1.987 |
| Def-M | Crime Scene Video |
| Def-N | Cocchia Written Statement taken by Shortt 1.18.89 |
| Def-O | Photo report |
| Def-U | Continuation of investigation report 12.16.1985 |
| Def-W | Continuation of investigation report 1.14.1986 |
| Def-X | 2.17.1989 Memo re Open File Policy |
| Def-Y | 3.5.1987 letter from Watson to Evelyn Carr |
| Pla-2 | 12-2-85 NMPD Dombrowski Report re Crime Scene |
| Pla-8 | 5-5-87 O`Mara Report re Birch 12-9-85 Interrogation |
| Pla-10 | 6-10-86 Ocif Report re Burkhart Interview |
| Pla-12 | 3-5-87 Letter from Watson to Evelyn Carr |
| Pla-15 | Three photos of stolen Buick |
| Pla-16 | 12-7-85 Zarzeski Report re Buick recovery |
| Pla-17 | CGS 54-86c |
| Pla-18 | 12-9-85 O`Mara Report re Birch Interrogation |
| Pla-28 | Town of New Milford Police Operations Manual 1985 |
| Pla-29 | Department General Order D.2 Order 87-2 2-1-87 |
| Pla-32 | Graham 12-5-85 Report re Carr House Seizure |
| Pla-33 | Graham Receipt of Seized Property |
| Pla-34 | 4-3-87 Ocif Report re Shortt Return of $67 to Evelyn Carr |
| Pla-35 | JD-CR-18 re Seizure of $1000 |
| Pla-36 | Possessed Property Receipt for $1,000 |
| Pla-37 | 12-4-85 Jordan Report re Interview with Peter Barrett |
| Pla-38 | 12-4-85 Zarzeski Report re Laurel Gardens surveillance |
| Pla-40 | 1-23-86 report re 12-5-85 seizure |
| Pla-41 | 1-4-89 report re 12-2-85 Roma-Jordan photos |
| Pla-42 | 12-7-85 report re shoe stores |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-43 | 1-23-86 Jordan report re 12-8-85 seizure |
| Pla-46-a | Photographs of NMPD Homicide Box and contents |
| Pla-46-b | Photographs of NMPD Homicide Box and contents |
| Pla-46-c | Photographs of NMPD Homicide Box and contents |
| Pla-46-d | Photographs of NMPD Homicide Box and contents |
| Pla-46-e | Photographs of NMPD Homicide Box and contents |
| Pla-46-f | Photographs of NMPD Homicide Box and contents |
| Pla-46-g | Photographs of NMPD Homicide Box and contents |
| Pla-52 | Photo of victim (Crime Scene Photo No. 31) |
| Pla-53 | 12-4-85 Quartiero report of 12-3-85 Columbo interview |
| Pla-54 | 12-6-85 Quartiero report re Donna Dacey + statement |
| Pla-55 | Quartiero handwritten notes |
| Pla-59 | Quartiero handwritten notes |
| Pla-63 | Evidence flow sheets for items 27 and 18 |
| Pla-68 | 2-17-89 Memo re Open File Policy |
| Pla-73 | Cocchia interview transcript |
| Pla-74 | Shepack notes on Cocchia interview transcript |
| Pla-86 | 12-2-85 Warrant Application |
| Pla-93 | 5-16-86 Ocif report of interview of Mark Kulesza |
| Pla-94 | 6-9-86 Ocif report of interview of Edward Chaffee |
| Pla-96 | 12-8-87 Ocif report of first Perugini interview |
| Pla-103 | 12-4-85 report re interview of George Burkhart |
| Pla-111 | 12-4-85 Lillis memo re fresh cuts and quarters |
| Pla-116 | 3-24-86 Ocif Report re VCR |
| Pla-119 | 7-14-88 Ocif Report re Cocchia Interview |
| Pla-128 | Crime Scene Photo Log |
| Pla-179-02 | crime scene photo listed in PX128 |
| Pla-179-03 | crime scene photo listed in PX128 |
| Pla-179-04 | crime scene photo listed in PX128 |
| Pla-179-05 | crime scene photo listed in PX128 |
| Pla-179-06 | crime scene photo listed in PX128 |
| Pla-179-07 | crime scene photo listed in PX128 |
| Pla-179-08 | crime scene photo listed in PX128 |
| Pla-179-09 | crime scene photo listed in PX128 |
| Pla-179-10 | crime scene photo listed in PX128 |
| Pla-179-11 | crime scene photo listed in PX128 |
| Pla-179-12 | crime scene photo listed in PX128 |
| Pla-179-13 | crime scene photo listed in PX128 |
| Pla-179-14 | crime scene photo listed in PX128 |
| Pla-179-15 | crime scene photo listed in PX128 |
| Pla-179-16 | crime scene photo listed in PX128 |
| Pla-179-17 | crime scene photo listed in PX128 |
| Pla-179-18 | crime scene photo listed in PX128 |
| Pla-179-19 | crime scene photo listed in PX128 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-179-20 | crime scene photo listed in PX128 |
| Pla-179-21 | crime scene photo listed in PX128 |
| Pla-179-22 | crime scene photo listed in PX128 |
| Pla-179-23 | crime scene photo listed in PX128 |
| Pla-179-24 | crime scene photo listed in PX128 |
| Pla-179-25 | crime scene photo listed in PX128 |
| Pla-179-26 | crime scene photo listed in PX128 |
| Pla-179-27 | crime scene photo listed in PX128 |
| Pla-179-28 | crime scene photo listed in PX128 |
| Pla-179-29 | crime scene photo listed in PX128 |
| Pla-179-30 | crime scene photo listed in PX128 |
| Pla-179-31 | crime scene photo listed in PX128 |
| Pla-179-32 | crime scene photo listed in PX128 |
| Pla-179-33 | crime scene photo listed in PX128 |
| Pla-179-34 | crime scene photo listed in PX128 |
| Pla-179-35 | crime scene photo listed in PX128 |
| Pla-179-36 | crime scene photo listed in PX128 |
| Pla-179-37 | crime scene photo listed in PX128 |
| Pla-179-38 | crime scene photo listed in PX128 |
| Pla-179-39 | crime scene photo listed in PX128 |
| Pla-179-40 | crime scene photo listed in PX128 |
| Pla-179-41 | crime scene photo listed in PX128 |
| Pla-179-42 | crime scene photo listed in PX128 |
| Pla-179-43 | crime scene photo listed in PX128 |
| Pla-179-44 | crime scene photo listed in PX128 |
| Pla-179-45 | crime scene photo listed in PX128 |
| Pla-179-46 | crime scene photo listed in PX128 |
| Pla-179-47 | crime scene photo listed in PX128 |
| Pla-179-48 | crime scene photo listed in PX128 |
| Pla-179-49 | crime scene photo listed in PX128 |
| Pla-179-50 | crime scene photo listed in PX128 |
| Pla-179-51 | crime scene photo listed in PX128 |
| Pla-179-52 | crime scene photo listed in PX128 |
| Pla-179-53 | crime scene photo listed in PX128 |
| Pla-179-54 | crime scene photo listed in PX128 |
| Pla-179-55 | crime scene photo listed in PX128 |
| Pla-179-56 | crime scene photo listed in PX128 |
| Pla-179-57 | crime scene photo listed in PX128 |
| Pla-179-58 | crime scene photo listed in PX128 |
| Pla-179-59 | crime scene photo listed in PX128 |
| Pla-179-60 | crime scene photo listed in PX128 |
| Pla-179-61 | crime scene photo listed in PX128 |
| Pla-179-62 | crime scene photo listed in PX128 |
| Pla-179-63 | crime scene photo listed in PX128 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-179-64 | crime scene photo listed in PX128 |
| Pla-179-65 | crime scene photo listed in PX128 |
| Pla-179-66 | crime scene photo listed in PX128 |
| Pla-179-67 | crime scene photo listed in PX128 |
| Pla-179-68 | crime scene photo listed in PX128 |
| Pla-179-69 | crime scene photo listed in PX128 |
| Pla-179-70 | crime scene photo listed in PX128 |
| Pla-179-71 | crime scene photo listed in PX128 |
| Pla-179-72 | crime scene photo listed in PX128 |
| Pla-179-73 | crime scene photo listed in PX128 |
| Pla-179-74 | crime scene photo listed in PX128 |
| Pla-179-75 | crime scene photo listed in PX128 |
| Pla-179-76 | crime scene photo listed in PX128 |
| Pla-179-77 | crime scene photo listed in PX128 |
| Pla-179-78 | crime scene photo listed in PX128 |
| Pla-179-79 | crime scene photo listed in PX128 |
| Pla-179-80 | crime scene photo listed in PX128 |
| Pla-179-81 | crime scene photo listed in PX128 |
| Pla-182 | Transcript of State v. Birch (1989), with nonjury portions removed |
| Pla-183 | Pony Sneakers (Habeas Ex. 26) |
| Pla-184 | Subzero Work Boots (Habeas Ex. 28) |
| Pla-185 | Texas Steer Work Shoes (Habeas Ex. 29) |
| Pla-186 | Photo of bloody chevron footprint (Habeas Ex. 152) |
| Pla-187 | Photos of 3 bloody footprints (Habeas Ex. 153) |
| Pla-188 | Photo of bloody Vibram heel footprint (Habeas Ex. 154) |
| Pla-189 | Photo of bloody Vibram full footprint (Habeas Ex. 155) |
| Pla-190 | Known impressions of Vibram footprints (Habeas Ex. 156) |
| Pla-191 | Photo of bloody Vibram full footprint (Habeas Ex. 157) |
| Pla-192 | Heel exemplar (Habeas Ex. 158a) |
| Pla-193 | Heel exemplar (Habeas Ex. 158b) |
| Pla-194 | Heel exemplar (Habeas Ex. 158c) |
| Pla-195 | Heel exemplar (Habeas Ex. 158d) |
| Pla-196 | Heel exemplar (Habeas Ex. 158e) |
| Pla-197 | Lab Report 7-1-08 (Habeas Ex. 34) |
| Pla-198 | Lab Report 3-31-10 (Habeas Ex.35) |
| Pla-199 | Lab Report 6-29-11 (Habeas Ex. 36) |
| Pla-200 | Lab Report 5-7-12 (Habeas Ex. 37) |
| Pla-201 | Lab Report 7-30-12 (Habeas Ex. 38) |
| Pla-203 | Lab Report 3-13-13 (Habeas Ex. 40) |
| Pla-204 | Lab Report 7-31-13 (Habeas Ex. 41) |
| Pla-205 | Lab Report 11-27-13 (Habeas Ex. 42) |
| Pla-206 | Lab Report 4-7-14 (Habeas Ex. 43) |
| Pla-207 | Lab Report 1-2-15 (Habeas Ex. 44) |
| Pla-208 | Lab Report 10-29-15 (Habeas Ex. 45) |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-211 | Connecticut State Police Casebook binders |
| Pla-213 | Ocif report of 1-31-89 interview of Todd Cocchia |
| Pla-214 | Ocif report of 1-25-89 arrest of Ralph Birch |
| Pla-215 | McCafferty report of 1-18-89 interview of Todd Cocchia |
| Pla-216 | Ocif report of 7-6-88 interview of Ralph Birch |
| Pla-217 | 12-21-88 letter from Assistant States Atty David Shepack |
| Pla-220 | Todd Cocchia Testimony in Probable Cause Hearing 2-14-89 |
| Pla-221 | Photo of open dresser drawer with White Owl box |
| Pla-223 | Photo of open dresser drawer with White Owl box |
| Pla-225 | Photo of Shawn Hennings arrest |
| Pla-227 | Photo of Shawn Hennings room |
| Pla-228 | Photo of Ralph Birch with mother on release date |
| Pla-229 | Photo of Birch with Shawn Henning on Birchs release date |
| Pla-230 | Photo of exterior of David Hennings house |
| Pla-231 | Photo of Ralph Birch |
| Pla-232 | Calendar November-December 1985 |
| Pla-233 | Lab Report 02-05-2010 (Habeas Ex. 17) |
| Pla-234 | Lab Report 08-09-2011 (Habeas Ex. 19) |
| Pla-235 | Lab Report 06-20-2013 (Habeas Ex. 23) |
| Pla-236 | Lab Report 05-13-2011 (Habeas Ex. 18) |
| Pla-238 | Lab Report 08-09-2011 (Habeas Ex. 19) |
| Pla-239 | Continuation of Investigation Report, 1-30-86, DEFS000558 |
| Pla-240 | Photo of Ralph Birch with mother, Somers Correctional |