# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL JURY/BENCH TRIAL MINUTES

Date: March 19, 2025

Birch
        Vs.
New Milford et al

Start Time: 2:05   End Time: 2:14
Recess (if more than ½ hr) _____ to _____
Total Time _____ hour(s) 09 minute(s)

Case #: 3:20cv1790 (VAB)
Honorable Judge: Victor A. Bolden
Deputy Clerk: Diahann Lewis
Counsel for Pla(s): Isidoridy, Lieb, Lebowitz
Counsel for Dft(s): McDonald, Spector, Noirot
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: _____ Language: _____

## JURY TRIAL
☐ Jury trial begun
☐ Jury of _____ reported.   ☐ Jury sworn   ☐ Jury remains under oath
☐ Juror # _____ excused
☐ Jury trial held   ☐ Jury trial continued until _____ at _____
☐ Plaintiff(s) rests   ☐ Defendant(s) rests
☐ Summations held   ☐ Court's charge to the jury
☐ All full exhibits   ☐ Verdict form   ☐ Interrogatories given to jury
■ Jury commences deliberations on 03/19/25 at 8:45
■ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
■ Copy of minutes and jury sign-in sheet given to Jury Clerk

## BENCH TRIAL
☐ Bench trial begun
☐ Bench trial held   ☐ Bench trial continued until _____ at _____
☐ Plaintiff (s) rests   ☐ Defendant(s) rests
☐ Bench trial concluded   ☐ DECISION RESERVED

## MOTIONS
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☒ Verdict form filed
☒ VERDICT:

| |
|---|
| In favor of plaintiff in the amount of $5,700,000 |

☒ Court accepts verdict and orders verdict verified and recorded
☒ Jury polled

**NOTES**

| |
|---|
|  |

Rev. 4/11/24