UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BIRCH
    *Plaintiff*

V.

TOWN OF NEW MILFORD,
ANDREW OCIF,
SCOTT O'MARA,
JOHN MICHERINO,
STEVEN JORDAN,
JOSEPH QUARTIERO,
MICHAEL GRAHAM,
BRIAN ACKER,
HENRY LEE,
ROBERT SANTORO
    D*efendants*

3:20-cv-1790 VAB

JUDGMENT

    A complaint was filed on December 2, 2020. On May 3, 2024, the Court entered an order granting the stipulation of dismissal of Defendants Andrew Ocif, Scott O'Mara, John Mucherino, Paul V. Lioon, as Administrator of the Estate of H. Patrick McCafferty, Joseph Quartiero, Michael Graham, Brian Acker, and Henry Lee (collectively the "State Defendants"), without costs to any party. Order, ECF No. 206. On December 12, 2024 the Court entered an order granting the stipulation of dismissal of Plaintiff Shawn Henning without fees or costs to any party. Order, ECF No. 260.

    This matter then came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On March 19, 2025, after deliberation, the jury returned a verdict in favor of the plaintiff Ralph Birch and against Robert Santoro as Administrator of the Estate of David Shortt, and awarded the plaintiff, $5.700,000 in compensatory damages. Jury Verdict, ECF No. 304. Because the jury verdict in the amount of

$5,700,000.00 exceeds the compromise amount offered by Plaintiff, the Plaintiff is therefore entitled to 8% simple annual interest on the amount of the verdict, which was awarded solely on causes of action pursuant to state law. *See* Jury Verdict, ECF No. 304 (Mar. 19, 2025); Notice re Offer of Compromise, ECF No. 309 (Mar. 20, 2025) ("The jury verdict in the amount of $5,700,000.00 exceeds the compromise amount offered by Plaintiff."); Conn. Gen. Stat. § 52-192a(c) ("If the court ascertains from the record that the plaintiff has recovered an amount equal to or greater than the sum certain specified in the plaintiff's offer of compromise, the court shall add to the amount so recovered eight per cent annual interest on said amount . . . ."). Because Plaintiff served the offer of compromise within eighteen (18) months of commencing this action on December 2, 2020, the interest is calculated from the date this action was filed. *Compare* Complaint, ECF No. 1 (Dec. 2, 2020) *with* Sealed Offer of Compromise, ECF No. 79 (Ocr. 25, 2021); *see* Conn. Gen. Stat. § 52-192a(c) ("The interest shall be computed from the date the complaint in the civil action or application under section 8-132 was filed with the court if the offer of compromise was filed not later than eighteen months from the filing of such complaint or application.").

Four years and 108 days elapsed between the commencement of this action on December 2, 2020, and the jury's verdict on March 19, 2025. Plaintiff is therefore entitled to 8% simple interest for each of the elapsed four complete years, plus (108/365) * 8% simple interest, or 2.367% simple interest, for the remaining elapsed partial year, for a total of **34.367% simple interest** on the verdict amount. Pursuant to General Statute § 52-192a(c), the Court also awards to the Plaintiff the maximum amount of $350 in reasonable attorneys' fees. *See* Conn. Gen. Stat. § 52-192a(c) ("The court may award reasonable attorney's fees in an amount not to exceed three hundred fifty dollars . . ."). The total amount of the Court's judgment, before taxation of costs, should therefore be: $7,659,269.00 **(134.367% * $5,700,000.00) + $350 = $7,659,269.00.**

In addition, as a result of the jury verdict in favor of the Plaintiff against Robert Santoro as Administrator of the Estate of David Shortt, judgment is also entered against

the Town of New Milford, Conn. Gen. Stat. §52-557n(a) ("[e]xcept as otherwise provided by law, a political subdivision of the state shall be liable to damages for person or property caused by . . . [t]he negligent acts or omissions of such political subdivision or any employee, officer or agent thereof acting within the scope of his employment or official duties . . . ."). The jury also returned a verdict in favor of Steven Jordan on all counts. Jury Verdict, ECF No. 304.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that judgment is entered against the Defendants, the Town of New Milford and Robert Santoro as Administrator of the Estate of David Shortt, in the amount of **$7,659,269.00**, in favor of the plaintiff, judgment is entered in favor of Steven Jordan on all counts, and the case is now closed.

Dated at New Haven, Connecticut, this 28th day of March 2025

DINAH MILTON KINNEY, Clerk

By: /s/ Tatihana Murphy
Deputy Clerk

EOD: 3/28/2025