**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RALPH BIRCH, | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD et al., | : | |
| | : | |
| *Defendants* | : | |
| | : | April 15, 2025 |

## DEFENDANTS' POST-TRIAL MOTION FOR JUDGMENT AS A MATTER OF LAW, AND FOR AN OFFSET OF THE JURY VERDICT

The Defendants, Town of New Milford and Robert Santoro, as Administrator of the Estate of David Shortt (collectively, the "Defendants"), move for judgment as a matter of law; alternatively, Defendants also move for an offset of the jury's verdict (Doc. 304). See Fed. R. Civ. Proc. 50; Fed. R. Civ. Proc. 59 and C.G.S. § 54-102uu.

WHEREFORE, the Court should grant this motion and enter judgment for Defendants as a matter of law; alternatively, the Cout should offset the jury's verdict (Doc. 304) pursuant to C.G.S. § 54-102uu.

**1**

DEFENDANTS
TOWN OF NEW MILFORD, STEVEN JORDAN, ROBERT SANTORO AS ADMINISTRATOR OF THE ESTATE OF DAVID SHORTT

BY/s/  *Forrest A. Noirot*
Jeffrey O. McDonald (ct28195)
Elliot B. Spector (ct05278)
Forrest A. Noirot (ct31754)
Hassett & George, P.C.
628 Hebron Avenue Suite 212
Glastonbury, CT 06033
T: (860)651-1333
F: (860)651-1888
ebspector87@gmail.com
jmcdonald@hgesq.com
fnoirot@hgesq.com

**2**

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888  Juris 407894

**CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY/s/   Forrest A. Noirot<br>Federal Bar No.: ct31754

3

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888   Juris 407894