# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BIRCH, | : | 3:20-cv-01790-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD et al., | : | |
| | : | |
| *Defendants* | : | |
| | : | April 15, 2025 |

### DECLARATION OF FORREST A. NOIROT

I, Forrest A. Noirot, do declare under penalty of perjury that the following is true and correct and is based upon my personal knowledge.

1. I am over the age of eighteen (18) and I understand and believe in the obligations of an oath

2. I am an Associate with Hassett & George, P.C., which has represented the Town of New Milford; Steven Jordan; and Robert Santoro, as Administrator of the Estate of David Shortt, in reference to the above captioned matter since December of 2020.

3. Attached as Exhibit B is a true and accurate copy of the Settlement Agreement (the "Settlement Agreement") between Ralph Birch (the "Plaintiff") and The State of Connecticut, Andrew Ocif, Scott O'Mara, John Mucherino, Michael Graham, Joseph Quartiero, Brian Acker, Henry Lee and the Estate of H. Patrick McCafferty (collectively,

1

"State Defendants"), entered into on September 19, 2023.

4. Pursuant to the Settlement Agreement, Plaintiff settled all claims against the State Defendants in exchange for, among other things, payment of $12,600,000.00.

5. Plaintiff Ralph Birch pursued his claim under C.G.S. § 54-102uu with the Office of the Claims Commissioner, *Ralph J. Birch v. State of Connecticut*, File No. 26626, as referenced in the Settlement Agreement.

6. Attached as Exhibit C is a true and accurate copy of the compiled legislative history of Connecticut Public Act 24-106 ("PA 24-106"), which was enacted in 2024 and amended Connecticut General Statues § 54-102uu.

DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S. CODE § 1746

I, Forrest A. Noirot, declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 15th day of April 2025.

_____
Forrest A. Noirot

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070  (860) 651-1333  facsimile (860) 651-1888  Juris 407894