# Exhibit B

## SETTLEMENT AND RELEASE AGREEMENT

THIS SETTLEMENT AND RELEASE AGREEMENT (the "Agreement") is made and entered into this 19th day of September 2023 between the plaintiffs Ralph Birch and Shawn Henning (hereinafter collectively referred to as the "Plaintiffs" and along with the defendants collectively as the "Parties") and THE STATE OF CONNECTICUT, Andrew Ocif, Scott O'Mara, John Mucherino, Michael Graham, Joseph Quartiero, Brian Acker, Henry Lee and the Estate of H. Patrick McCafferty (all of the foregoing are collectively referred to herein as the "State Defendants" and collectively with the plaintiff, the "Parties").

WHEREAS, lawsuits captioned *Ralph Birch v. Town of New Milford, Et Al*, No. 3:20CV1790 (VAB) and *Shawn Henning v. Town of New Milford*, No. 3:20CV1792 (VAB) are pending in the United States District Court for the District of Connecticut, and an appeal captioned *Birch v. New Milford*, No. 23-1092, is pending in the United States Court of Appeal for the Second Circuit (the "Litigation" and/or "Suits"); and

WHEREAS, the Suits involve a number of disputes between the Parties (the "Disputes"); and

WHEREAS, the Parties have agreed to compromise and settle claims that exist among and between them as a result of the Suits to avoid further litigation and controversy.

## AGREEMENT

NOW, THEREFORE, in consideration of the promises, agreements, covenants, and representations contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

Plaintiffs' Obligations: The plaintiffs will execute this Settlement and Release Agreement, an IRS Form W-9, and a Stipulation of Dismissal of all claims against the State Defendants in the Suits, pursuant to Fed. R. Civ. P. 41(a), with prejudice and without an award of costs. In addition, each plaintiff will file a withdrawal, with prejudice, of their claims filed with the Office of the Claims Commissioner: *Ralph J Birch v. State of Connecticut*, File No. 26626, and *Shawn Henning v. State of Connecticut*, File No. 26629.

Defendants' Obligations:

- Within thirty (30) days of legislative approval pursuant to Conn. Gen. Stat. § 3-125a, the State of Connecticut will pay the sum of $12,600,000.00 (TWELVE MILLION SIX HUNDRED THOUSAND DOLLARS) to Izard, Kindall & Raabe LLP as Attorneys for Shawn Henning and the sum of $12,600,000.00 (TWELVE MILLION SIX HUNDRED THOUSAND DOLLARS) to Kaufman Lieb Lebowitz & Frick LLP as Attorneys for Ralph Birch, said amount reflecting full and final settlement of this action as to the State Defendants.

- Within fourteen (14) days of the date on which this Agreement is fully executed, Henry Lee will voluntarily dismiss his appeal in No. 23-1092 pursuant to Second Circuit Local Rule 42.1, without an award of costs, without prejudice to reinstatement on or before March 29, 2024. Lee shall not request reinstatement of this appeal unless the Connecticut General Assembly rejects this Agreement pursuant to Conn. Gen. Stat. § 3-125a.

Best Efforts and Good Faith. The Parties hereby agree to use their best efforts and good faith in carrying out all the terms of this Agreement. All of the Parties hereby agree and, where appropriate, authorize their respective counsel to execute any additional documents and take any similar procedural actions which reasonably may be required in order to effectuate the Agreement or otherwise to fulfill the intent of the Parties hereunder.

Releases. The Plaintiffs hereby release the State Defendants as follows:

The plaintiffs RALPH BIRCH and SHAWN HENNING, individually and on behalf of their heirs, beneficiaries, successors and assigns, for and in consideration of the payment of the proceeds of this settlement, and other valuable considerations, the receipt of which is hereby acknowledged, do herewith release and forever discharge the State Defendants, THE STATE OF CONNECTICUT, Andrew Ocif, Scott O'Mara, John Mucherino, Michael Graham, Joseph Quartiero, Brian Acker, Henry Lee and the Estate of H. Patrick McCafferty, and all other present and former officers and employees of the State of Connecticut, their heirs, successors and assigns, from all actions, causes of action, suits, claims, controversies, damages and demands of every nature and kind, including attorneys' fees and costs, monetary and equitable relief, which the plaintiffs, their heirs, successors and assigns ever had, now have or hereafter can, shall or may have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release of Liability, including but not limited to acts arising out of, or in any way related to the incidents or circumstances which formed the basis for the Suits, including such actions as may have been or may in the future be brought in the federal courts, the courts of the State of Connecticut, any state or federal administrative agency or before the Claims Commissioner pursuant to Conn. Gen. Stat. § 4-141, et seq. Said release of liability includes, but is not limited to, the claims asserted against the State Defendants in the Suits identified above as well as all causes of action alleging violations of the plaintiffs' state and federal constitutional rights, their rights arising under the statutes and laws of the United States and/or the State of Connecticut, and such causes of action as may be available under the common law.

No Admission of Liability. The Parties represent and warrant to each other that the Parties specifically understand and agree that the Parties' settlement and compromise of their differences and the Suits is a compromise of disputed claims. The existence of this Agreement or any payment made hereunder shall not be construed as an admission of liability, or of the correctness of any judicial decision or opinion, or of the truth of the allegations, claims, or contentions of any party, and that there are no covenants, promises, undertakings, or understandings between the parties outside of this Agreement except as

2

specifically set forth herein. The State Defendants expressly deny any claim of wrongdoing whatsoever, including without limitation any claim that any State Defendant fabricated evidence.

<u>Counterparts</u>. This Agreement may be executed in counterparts, each of which shall be deemed an original. This Agreement shall be binding upon the Parties and their respective heirs, successors, and assigns.

<u>Full Agreement</u>. The Parties acknowledge and agree that this Agreement represents the full and complete agreement of the Parties and that this Agreement supersedes and replaces any prior agreements, whether oral or written except orders of court extended in suit which shall survive. Any amendments or modifications of this Agreement, including to this sentence, must be in writing and executed by both parties to be effective.

<u>Legislative Approval</u>. The parties acknowledge that, except where another provision of this Agreement provides for performance within a specified timeframe, this Agreement is not effective unless and until approved by the legislature and must be submitted to the legislature for approval pursuant to Conn. Gen. Stat. § 3-125a by the Attorney General no later than February 21, 2024.

IN WITNESS WHEREOF, the parties hereto have executed this Settlement and Release Agreement effective the date and year first above written.

3

| | |
|---|---|
| KAUFMAN LIEB LEBOWITZ<br>& FRICK LLP<br><br>*/s/ David E. Lieb*<br>_____<br>David A. Lebowitz, pro hac vice<br>Douglas E. Lieb (ct31164)<br>18 E. 48th Street, Suite 802<br>New York, NY 10017<br>(212) 660-2332<br><br>KIRSCHBAUM LAW GROUP,<br>LLC<br>Damon A. R. Kirschbaum (ct21216)<br>935 Main Street, Level A<br>Manchester, CT 06040<br>(860) 522-7000<br><br>*Counsel for Plaintiff Ralph Birch* | WILLIAM TONG<br>ATTORNEY GENERAL<br><br>*/s/ Joshua Perry*   September 19, 2023<br>_____<br>Joshua Perry<br>Solicitor General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5372<br>joshua.perry@ct.gov<br><br>*Counsel for the State Defendants* |

IZARD, KINDALL & RAABE, LLP

_____
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, CT 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*

IN WITNESS WHEREOF, the parties hereto to have executed this Release and Settlement Agreement effective September 16, 2023.

BY: _____
RALPH BIRCH

Subscribed and sworn to before me this 16th day of Sept., 2023.

_____
Notary Public / Commissioner of Superior Court

JAMES O. WHITMORE
NOTARY PUBLIC - CONNECTICUT
MY COMM. EXPIRES 05/31/2025
169212

KAUFMAN LIEB LEBOWITZ
& FRICK LLP

_____
David A. Lebowitz, pro hac vice
Douglas E. Lieb (ct31164)
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332

KIRSCHBAUM LAW GROUP, LLC
Damon A. R. Kirschbaum (ct21216)
935 Main Street, Level A
Manchester, CT 06040
(860) 522-7000

*Counsel for Plaintiff Ralph Birch*

WILLIAM TONG
ATTORNEY GENERAL

_____
Joshua Perry
Solicitor General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5372
joshua.perry@ct.gov

*Counsel for the State Defendants*

IZARD, KINDALL & RAABE, LLP

_____
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 513-2939

W. JAMES COUSINS, P.C.
W. James Cousins (ct06382)
54 Danbury Road, Suite 413
Ridgefield, CT 06877
(203) 205-0622

LAW OFFICES OF PAUL CASTELEIRO
Paul Casteleiro (ct31177)
1000 Herrontown Road
Princeton, NJ 08540
(914) 714-0543

*Counsel for Plaintiff Shawn Henning*

IN WITNESS WHEREOF, the parties hereto to have executed this Release and Settlement Agreement effective September 13, 2023.

BY: _____
SHAWN HENNING

Subscribed and sworn to before me this 13th day of September, 2023.

_____
Notary Public / Commissioner of Superior Court

6