UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BIRCH,<br><br>      Plaintiff,<br><br>-against-<br><br>TOWN OF NEW MILFORD et al.,<br><br>      Defendants. | No. 3:20-CV-1790 (VAB)<br>[*rel.* No. 3:20-CV-1792]<br><br><br><br>July 14, 2025 |

### SATISFACTION OF JUDGMENT

Plaintiff Ralph Birch hereby gives notice that the judgment entered by the Court on March 28, 2025, in the amount of $7,659,269.00 has been satisfied by Defendants Town of New Milford and Robert Santoro as Administrator of the Estate of David Shortt, as of July 10, 2025.

Dated:  July 14, 2025        THE PLAINTIFF,
                      RALPH BIRCH

                        By: /s/ Douglas E. Lieb
                        KAUFMAN LIEB LEBOWITZ
                        & FRICK LLP
                        David A. Lebowitz, *pro hac vice*
                        Douglas E. Lieb (ct31164)
                        Alyssa Isidoridy, *pro hac vice*
                        18 E. 48th Street, Suite 802
                        New York, NY 10017
                        (212) 660-2332

                        KIRSCHBAUM LAW GROUP,
                        LLC
                        Damon A. R. Kirschbaum (ct21216)
                        935 Main Street, Level A
                        Manchester, CT 06040
                        (860) 522-7000